# EXHIBIT 1

Prepared by:



LT1-5-2007011926-1

David S. Kriss, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue
New York, NY 10017

LT2-0-0-10

## ASSIGNMENT AND ASSUMPTION
## OF LEASEHOLD INTEREST

This Assignment and Assumption  is made as of this 25ᵗʰ day of January, 2007 by and between
UNION STATION VENTURE II, LLC, a Delaware limited liability company with an address c/o AEW
Capital Management, L.P., World Trade Center East, Two Seaport Lane, Boston, MA 02210
("Assignor"), and UNION STATION INVESTCO LLC, a Delaware limited liability company, with an
address at c/o Ashkenazy Acquisition Corp., 433 Fifth Avenue, New York, NY 10016 ("Assignee").

### Background

Assignor is the holder of a leasehold interest ("Leasehold Interest") under that certain Sublease
Agreement by and between Union Station Redevelopment Corporation, a District of Columbia non-profit
corporation and Union Station Venture, Ltd., a District of Columbia limited partnership, dated October
31, 1985, a Memorandum of which was recorded April 15, 1987 as Instrument No. 18823, as assigned to
Assignor by that certain Assignment and Assumption of Leasehold Interest dated as of November 5,
2004, as the same has been amended prior to the date hereof (the "Lease"), in certain real property known
as Union Station and located in the City of Washington, District of Columbia, as more particularly
described in Exhibit A attached hereto.

Pursuant to that certain Real Estate Purchase and Sale Agreement between Assignor and
Assignee (or its affiliate) dated as of October 27, 2006 (the "Sale Contract"), Assignor desires to assign
the Leasehold Interest to Assignee, and Assignee desires to assume the Leasehold Interest from Assignor.

### Agreement

In consideration of the mutual covenants contained herein and other good and valuable
consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor and Assignee
agree as follows:

1.      Assignment.  Assignor hereby transfers and assigns to Assignee the Leasehold Interest
and all of Assignor's right, title and interest under the Lease.

2.      Assumption.  By executing this Assignment and Assumption, Assignee hereby accepts
and agrees to perform all of the terms, covenants and conditions of the Lease on the part of lessee therein
required to be performed, whenever arising.

3.      Matters of Record.  This assignment is made subject to all matters of record affecting the
Leasehold Interest, including without limitation any deed of trust currently encumbering the Leasehold
Interest.

**AFTER RECORDING RETURN TO:**
LandAmerica Commercial Services
1015 15ᵗʰ Street, N.W., Suite 300
Washington, DC 20005

File No. 06-001664 /DPN

4.      Successors and Assigns.  This Assignment and Assumption shall inure to the benefit of, and be binding upon, the successors, executors, administrators, legal representatives and assigns of the parties hereto.

5.      Survivability and Limitation of Liability.  This Assignment and Assumption shall be subject to the same limitations on liability of Assignor (including without limitation the Claim Cap, as that term is defined in the Sale Contract) and limitations on the survivability of representations, warranties, covenants and indemnities of Assignor set forth in the Sale Contract.

[Remainder of page intentionally blank; signature page follows]

IN WITNESS WHEREOF, UNION STATION VENTURE II, LLC, a Delaware limited liability company, has caused this instrument to be executed by U.S. Eastrich/Conn Limited Partnership, a Delaware limited partnership, its sole general partner, and U.S. Eastrich/Conn Limited Partnership, a Delaware limited partnership, has caused this instrument to be executed by Eastrich/Union Station, Inc., a Delaware corporation, its sole general partner, which has caused this instrument to be signed by Ronald M. Pastore, its President, and does hereby appoint said Ronald M. Pastore to be its attorney-in-fact to acknowledge these presents as its act and deed.

ASSIGNOR:

UNION STATION VENTURE II, LLC, a Delaware limited liability company

By:     U.S. Eastrich/Conn Limited Partnership, a Delaware limited partnership, its sole general partner

       By:     Eastrich/Union Station, Inc., a Delaware corporation, its sole general partner

       By: _Ronald m Pastore_____
          Name: Ronald M. Pastore
          Title: President

COMMONWEALTH OF MASSACHUSETTS

Suffolk County, ss.

On this 5ᵗʰ day of January, 2007, before me, the undersigned notary public, personally appeared Ronald M. Pastore, proved to me through satisfactory evidence of identification, which was personally known to me , to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose, as President of Eastrich/Union Station, Inc., a Delaware corporation, in its capacity as sole general partner of U.S. Eastrich/Conn Limited Partnership, a Delaware limited partnership, in its capacity as sole general partner of Union Station Venture II, LLC, a Delaware limited liability company.

_Linda M. Prisco_____
(official signature and seal of notary)
Name: Linda m. Prisco
My commission expires: 10/18/13



IN WITNESS WHEREOF, Union Station Investco LLC, a Delaware limited liability company, has caused this instrument to be executed by Ben Ashkenazy, its President, and does hereby appoint said Ben Ashkenazy to be its attorney-in-fact to acknowledge these presents as its act and deed.

ASSIGNEE:

UNION STATION INVESTCO LLC, a Delaware limited liability company

By: _____
       Name: Ben Ashkenazy
       Title: President

STATE OF NEW YORK      )
                          ) ss:
COUNTY OF NEW YORK  )

On the ___ day of January in the year 2007, before me, the undersigned, a Notary Public in and for said State, personally appeared, Ben Ashkenazy, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

_____
Notary Public

**DAVID STEVEN KRISS**
**Notary Public, State of New York**
**No. 31-4816946**
**Qualified in Westchester County**
**Commission Expires August 31, 2008**

4

## Exhibit A

### Property Description

Parts of Lots numbered One Hundred Seventy-one (171) and One Hundred Seventy-two (172) in Square numbered Seven Hundred Twenty (720) in the subdivision made by the Washington Terminal Company, and others, as per plat recorded in the Office of the Surveyor for the District of Columbia in Book 158 at page 27, described as Parcel A and Parcel B in the descriptions that follow.  The said descriptions of Parcels A and B were prepared from a Plat of Computation recorded in the Office of the Surveyor in the District of Columbia in Survey Book 191 at page 21.

PARCEL A:

A parcel of land situate in the District of Columbia more particularly described as follows:  BEGINNING for the same at the intersection of the easterly line of 1st Street, N.E. with the northerly line of Union Station Plaza and running thence with the easterly line of 1st Street, N.E.

1. North 15 degrees 44 minutes 00 second East 277.64 feet; thence leaving the line of 1st Street, N.E. and running with the line of the S.W. ramp and link structure the following four (4) courses and distances;
2. South 74 degrees 16 minutes 00 seconds East 39.42 feet; thence
3. North 15 degrees 44 minutes 00 seconds East 142.98 feet; thence
4. 91.62 feet along the arc of a curve to the right with a radius of 58.33 feet (chord North 60 degrees 44 minutes 00 seconds East 82.49 feet); thence
5. South 74 degrees 16 minutes 00 seconds East 389.29 feet to a point on the link structure; thence leaving the link structure and running with the lines of the lower track access the following eleven (11) courses and distances;
6. North 15 degrees 44 minutes 00 seconds East 142.27 feet; thence
7. South 74 degrees 16 minutes 00 seconds East 49.22 feet; thence
8. North 15 degrees 44 minutes 00 seconds East 83.25 feet; thence
9. South 74 degrees 16 minutes 00 seconds East 19.55 feet; thence
10. South 15 degrees 44 minutes 00 seconds West 83.25 feet; thence
11. South 74 degrees 16 minutes 00 seconds East 23.53 feet; thence
12. North 15 degrees 44 minutes 00 seconds East 83.25 feet; thence
13. South 74 degrees 16 minutes 00 seconds East 19.55 feet; thence
14. South 15 degrees 44 minutes 00 seconds West 83.25 feet; thence
15. South 74 degrees 16 minutes 00 seconds East 34.14 feet; thence
16. South 15 degrees 44 minutes 00 seconds West 142.27 feet to a point on the link structure; thence with the lines of said link structure the following two (2) courses and distances;
17. South 74 degrees 16 minutes 00 seconds East 29.21 feet; thence
18. 32.39 feet along the arc of a curve to the right with a radius of 58.33 feet (chord south 58 degrees 21 minutes 34 seconds East 31.97 feet); thence
19. South 15 degrees 44 minutes 00 seconds West 57.59 feet; thence
20. South 74 degrees 16 minutes 00 seconds East 27.58 feet to the westerly line of the S.E. ramp area; thence
21. South 15 degrees 44 minutes 00 seconds West 135.45 feet; thence
22. South 74 degrees 16 minutes 00 seconds East 39.42 feet to a point on the outline of the whole tract; thence
23. South 15 degrees 44 minutes 00 seconds West 277.15 feet to the northerly line of Union Station Plaza; thence with said line the following three (3) courses and distances;

5

24. North 86 degrees 04 minutes 00 seconds West 129.83 feet; thence
25. North 74 degrees 16 minutes 00 seconds West 505.84 feet; thence
26. North 62 degrees 28 minutes 00 seconds West 129.83 feet to the point of beginning, containing 386,302 square feet, more or less.

Reserving and excepting therefrom that portion of a vehicle ramp, and the airspace over it that crosses Parcel A between the points described in (5) and (16) above.

PARCEL B

A land area having as its upper limit and lower surface of the S.E. ramp between Elevations 64.0 and 54.0 based on 1929 United States Coast and Geodetic Survey data, BEGINNING for the same at the end of the following four (4) courses and distances from the intersection of the easterly line of 1st Street, N.E. with the northerly line of Union Station Plaza;  (1) South Sixty-two (62) degrees, Twenty-eight (28) minutes, Zero (00) seconds East, One Hundred Twenty-nine and Eighty-three Hundredths (129.83) feet;  (2)  South Seventy-four (74) degrees, Sixteen (16) minutes, Zero (00) seconds East, Five Hundred Five and Eighty-four Hundredths (505.84) feet;  (3)  South Eighty-six (86) degrees, Four (4) minutes, Zero (00) seconds East, One Hundred Twenty-nine and Eighty-three Hundredths (129.83) feet;  (4)  North Fifteen (15) degrees, Forty-four (44) minutes, Zero (00) seconds East, Two Hundred Seventy-seven and Fifteen Hundredths (277.15) feet to the beginning point of the parcel herein to be described;  thence North Seventy-four (74) degrees, Sixteen (16) minutes Zero (00) seconds West, Thirty-nine and Forty-two Hundredths (39.42) feet;  thence North Fifteen (15) degrees, Forty-four (44) minutes Zero (00) seconds East, One Hundred Thirty-five and Forty-five Hundredths (135.45) feet;  thence South Seventy-four (74) degrees, Sixteen (16) minutes, Zero (00) seconds East, Thirty-nine and Forty-two Hundredths (39.42) feet;  thence South Fifteen (15) degrees, Forty-four (44) minutes, Zero (00) seconds West One Hundred Thirty-five and Forty-five Hundredths (135.45) feet to the beginning, containing Five Thousand Three Hundred Thirty-nine and Forty-four Hundredths (5,339.44) square feet, more or less.

RESERVING AND EXCEPTING therefrom perpetual and assignable easements for the location, construction, and replacement and/or removal of rapid transit facilities and appurtenances, and for the operation and maintenance of the aforesaid rapid transit facilities and appurtenances, within the following described land areas to the extent that the same are located beneath and through or over and across Parcels A and B, together with non-exclusive rights of ingress and egress to and from said areas as provided, to wit:

1. A sub-surface land area between Elevations 13.0 and 55.61 based on 1929 United States Coast and Geodetic Survey datum, Beginning for the same at the intersection of the easterly line of 1st Street, N.E. with the Northerly line of Union Station Plaza; proceeding thence with the Easterly line of 1st Street, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Four Hundred Ninety-seven and Sixty Hundredths (497.60) feet; thence, leaving said 1st Street South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Sixty-seven (67.00) feet; thence South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Five Hundred Eleven and Sixty Hundredth (511.60) feet;  thence North Sixty-two (62) degrees Twenty-eight (28) minutes Zero (00) seconds West, Sixty-eight and Forty-five Hundredths (68.45) feet to the beginning, containing Thirty-three Thousand Eight Hundred Eight and Twenty Hundredths (33,808.20) square feet.

2. A sub-surface land area between Elevations 25.00 and 55.61 based on 1929 United States Coast and Geodetic Survey datum, Beginning for the same at the end of the following course and distance from the intersection of the easterly line of 1st Street, N.E. with the Northerly line of Union Station Plaza; along the Northerly line of Union Station Plaza, South Sixty-two (62)

degrees Twenty-eight (28) minutes East, Sixty-eight and Forty-five Hundredths (68.45) feet to the beginning of the easement herein to be described proceeding thence North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Two Hundred Two and Sixty-nine Hundredths (202.69) feet; thence South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Fifty-five and Forty-nine Hundredths (55.49) feet; thence, South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Twenty and Thirty-one Hundredths (20.31) feet; thence South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Seventy-five and Fourteen Hundredths (75.14) feet; thence, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Thirty-six (36) feet; thence South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Twenty-five and Thirty-four Hundredths (25.34) feet; thence South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Thirty-six (36.00) feet; thence, South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Twelve and Eighty-three Hundredths (12.83) feet; thence, South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Fifty-five and Fifty Hundredths (55.50) feet; thence South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Six (6.00) feet; thence, South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Forty and Thirty-three Hundredths (40.33) feet; thence, South Four (4) degrees Thirty-eight (38) minutes Zero (00) seconds West, One Hundred One (101.00) feet; thence North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Forty-seven and Fifty Hundredths (47.50) feet; thence North Four (4) degrees Thirty-eight (38) minutes Zero (00) seconds East, One Hundred One (101.00) feet; thence North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Thirty-one and Fifty-six Hundredths (31.56) feet; thence South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Ninety-nine and Eleven Hundredths (99.11) feet; thence North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Thirty-five (35.00) feet; thence North Sixty-two (62) degrees Twenty-eight (28) minutes Zero (00) seconds West, Sixty-one and Thirty-eight Hundredths (61.38) feet to the beginning, containing Thirty-one Thousand Six Hundred Twenty-two and Eighty-seven Hundredths (31,622.87) square feet, together with the free right of ingress and egress thereto by Terminal Realty Baltimore Co. and Terminal Realty Penn Co., its successors and assigns over and across Parcel A.

3.  A surface land area to Elevation 73.0, based on 1929 United States Coast and Geodetic Survey datum, Beginning for the same at the end of the following three courses and distances from the intersection of the easterly line of 1ˢᵗ Street, N.E., with the northerly line of Union Station Plaza, (1) along the northerly line of Union Station Plaza, South Sixty-two (62) degrees Twenty-eight (28) minutes Zero (00) seconds East, Sixty-eight and Forty-five Hundredths (68.45) feet; (2) thence, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, One Hundred Forty-three and Thirty-seven Hundredths (143.37) feet; (3) thence, South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Seven and Thirty-seven Hundredths (7.37) feet to the beginning: proceeding thence North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Seventy-eight (78) feet; thence South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Fifty (50.00) feet; thence South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Seventy-eight (78.00) feet; thence North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Fifty (50.00) feet to the beginning, containing Thirty-nine Hundred (3900) square feet, together with the free right and access thereto by Terminal Realty Baltimore Co and Terminal Realty Penn Co., its successors and assigns and all licenses and invitees thereof, over and across Parcel A.

4.  A sub-surface land area between Elevations 25.0 and 55.50 based on 1929 United States Coast and Geodetic Survey datum, Beginning for the same at the end of the following two courses and distances from the intersection of the easterly line of 1ˢᵗ Street, N.E. with the northerly line of

7

Union Station Plaza; along the easterly line of 1st Street, N.E. (1) North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Four Hundred Ninety-seven and Sixty Hundredths (497.60) feet; (2) thence, South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Sixty-seven (67.00) feet to the beginning: proceeding thence along the same course South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Thirty-four and Eighty-one Hundredths (34.81) feet; thence South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Thirty-five and Forty-one Hundredths (35.41) feet; thence North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Thirty-four and Eighty-one Hundredths (34.81) feet; thence North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Thirty-five and Forty-one Hundredths (35.41) feet to the beginning, containing One Thousand Two Hundred Thirty-two and Sixty-two Hundredths (1232.62) square feet.

5.  A sub-surface land area between Elevations 25.0 and 55.50 based on 1929 United States Coast and Geodetic Survey datum, Beginning for the same at the end of the following course and distance from the intersection of the easterly line of 1st Street, N.E., with the northerly line of Union Station Plaza; along the easterly line of 1st Street, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Four Hundred Ninety-seven and Sixty Hundredths (497.60) feet to the beginning; proceeding thence still with the easterly line of 1st Street, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Four Hundred Seventy-nine and Six Hundredths (479.06) feet; thence, leaving 1st Street, South Seventy-six (76) degrees Sixteen (16) minutes Fifty-one (51) seconds East, Sixty and Seventy-one Hundredths (60.71) feet; thence, South Thirteen (13) degrees Forty-three (43) minutes Nine (09) seconds West, Fifty (50.00) feet to a point of curve; thence, Southwesterly by a curve to the right, the radius of which is Six Thousand One Hundred Twelve (6,112.00) feet, an arc distance of Two Hundred Thirteen and Thirty-five Hundredths (213.35) feet to a point; thence, along a radial line extended South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, 0.80 feet; thence South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Two Hundred Seventeen and Ninety-one Hundredths (217.91) feet; thence North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Sixty-seven (67.00) feet to the beginning, containing 31,462.30 square feet.

6.  A surface land area to Elevation 56.0, based on 1929 United States Coast and Geodetic Survey datum, Beginning for the same at the end of the following course and distance from the intersection of the easterly line of 1st Street, N.E., with the Northerly line of Union Station Plaza; along the easterly line of 1st Street, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Nine Hundred Seventy-six and Sixty-six Hundredths (976.66) feet to the beginning: proceeding thence, still with the easterly line of 1st Street North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Ninety-seven and Ninety-four Hundredths (97.94) feet; thence, leaving 1st Street, South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Sixty-seven and Twenty-five Hundredths (67.25) feet; thence, South Thirteen (13) degrees Forty-three (43) minutes Eight (08) seconds West, Ninety-five and Fifty-two Hundredths (95.52) feet; thence North Seventy-six (76) degrees Sixteen (16) minutes Fifty-one (51) seconds West, Seventy and Sixty-six Hundredths (70.66) feet to the beginning, containing 6,667.63 square feet.

7.  A sub-surface land area between Elevations 25.0 and 55.50, based on 1929 United States Coast and Geodetic Survey datum, Beginning for the same at the end of the following two courses and distances from the intersection of the easterly line of 1st Street, N.E. with the northerly line of Union Station Plaza; along the easterly line of 1st Street, (1) North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Four Hundred Ninety-seven and Sixty Hundredths (497.60)

8

feet; (2) thence South Seventy-four (74) degrees, Sixteen (16) minutes Zero (00) seconds East, Sixty-seven (67.00) feet to the beginning; proceeding thence, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Two Hundred Seventeen and Ninety-one Hundredths (217.91) feet; thence, North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Eighty Hundredths (0.80) feet; thence northeasterly by a curve to the left, the radius of which is 6,112.0 feet, an arc distance of Two Hundred Thirteen and Thirty-five Hundredths (213.35) feet to a point of tangency; thence North Thirteen (13) degrees Forty-three (43) minutes Nine (09) seconds East, Fifty (50) feet; thence North Thirteen (13) degrees Forty-three (43) minutes Eight (08) seconds East, Ninety-five and Eighty-seven Hundredths (95.87) feet; thence South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Fifty-seven and Ninety-five Hundredths (57.95) feet; thence South Thirty-seven (37) degrees Nine (09) minutes Thirty (30) seconds West, Thirty-three and Seventy-nine (33.79) feet; thence South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Five Hundred Forty-six (546.00) feet; thence North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Thirty-four and Eighty-one Hundredths (34.81) feet to the beginning, containing 22,167.60 square feet.

8.  A surface land area to Elevation 70.0, based on 1929 United States Coast and Geodetic Survey and datum, Beginning for the same at the end of the following two courses and distances from the intersection of the easterly line of 1st Street, N.E., with the Northerly line of Union Station Plaza; (1) along the easterly line of 1st Street North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Five Hundred Five and Sixty Hundredths (505.60) feet; (2) thence leaving 1st Street, South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Eighteen (18.00) feet, to the beginning: proceeding thence, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East Fifty (50.00) feet; thence South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Eighty (80.00) feet; thence South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Fifty (50.00) feet; thence North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Eighty (80) feet to the beginning, containing Four Thousand (4,000) square feet, together with the free right of access thereto by Terminal Realty Baltimore Co and Terminal Realty Penn Co., its successors and assigns and all licensees and invitees thereof, over and across both Parcels A and B.

9.  A surface land area having as its upper limit the lower surface of a necessary vehicular ramp to be built to serve a multi-level vehicular parking facility to be constructed overhead above Elevation 76.0, based on 1929 United States Coast and Geodetic Survey datum, said surface area described as Beginning for the same at the end of the following course and distance from the intersection of the easterly line of 1st Street, N.E., with the northerly line of Union Station Plaza; along the Easterly line of 1st Street, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Six Hundred Ninety-two and Sixty Hundredths (692.60) feet, to the beginning; proceeding thence, still with the easterly line of 1st Street, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Sixty-seven (67.00) feet; thence, leaving 1st Street, South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Fifty (50.00) feet; thence South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Sixty-seven (67.00) feet; thence North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Fifty (50.00) feet to the beginning, containing 3,350.00 square feet, together with the right of ingress and egress thereto by Terminal Realty Baltimore Co. and Terminal Realty Penn Co., its successors and assigns over and across Parcels A and B.

Further subject to the following reservations and conditions for and in behalf of Terminal Realty Baltimore Co. and Terminal Realty Penn Co., its successors and assigns: (a) The continued right of use, possession, operation and maintenance of the Union Station Building, concourse, concession area and related areas presently used for commercial operation by The Washington Terminal Company, its lessees,

concessionaires, licensees, passengers, officers, employees, contractors, invitees, and visitors during the period of alteration and construction of the parking facility contemplated by Public Law 90-264 and until the taking of full occupancy by the United States of America pursuant to a lease covering the property herein described, and (b) The right to use, operate, and maintain, as long as required for railroad purposes, and existing tunnel, approaches, and their appurtenances (including, but not limited to, the tracks, signals, catenary, platforms, stairways, passageways, walkways, ramps, all utilities, communication facilities, offices, locker rooms, shops and other miscellaneous facilities) across and below the Union Station Building at the Easterly side of the property, and (c) The right to continue as long as required, to use, operate, and maintain with The Washington Terminal Company officers, employees, contractors, invitees and the necessary United States Post Office personnel, the mail conveyor system in the basement of the Union Station Building and the connections thereto, the use of the tunnel connecting the east and west concourse basements to transport mail, the use and access to the adjacent mail buildings and public streets, and the use of the basement truck dock and public streets, and the use of the basement truck dock and adjacent floor area to load, unload, sort and transport mail, and (d) The right to continued use of the passageway, roadways, walkways, stairways, and ramps for purposes of access to and from and between The Washington Terminal Company points of operation and the public streets by its passengers, lessees, licensees, concessionaires, officers, employees, contractors, invitees, and visitors and to similar rights of access by means of similar facilities, property provided for in the plans and specifications of the alterations and construction contemplated by Public Law 90-264, for joint use of these facilities to serve the National Visitor Center, the parking facility, The Washington Terminal Company points of operation and other operations, if any, and the right to grant use of these facilities to others, and (e) The right to use, operate, maintain, construct, and reconstruct the utility and communication lines and appurtenances, and access to them, now existent, and as required, for The Washington Terminal Company operations both within and outside the limits of this property, so as to maintain the integrity of the distribution systems in the Union Station Building, and (f) The continued right, so long required for railroad purposes, to use, operate, maintain, construct, and reconstruct the railroad facilities and appurtenances thereon, including but not limited to, the tracks, signals, catenary, platforms, stairways, passageways, walkways, roadways, ramps, all utilities, communication facilities, offices, locker rooms, shops, buildings, and other miscellaneous facilities as are now existent, and as may be required for future railroad operations, uninterrupted by the alterations and construction contemplated by Public Law 90-264 and with due consideration to the maintenance of, and efficiency of, the railroad operations, and (g) The right to use, operate and maintain a passenger station as long as required for railroad operations, and to lease or license the use of space therein for any lawful purposes so long as the passenger station is required for railroad purposes, and to retain any income derived therefrom, and (h) The right of The Washington Terminal Company's passengers, officers, employees, lessees, licensees, concessionaries, contractors, invitees and visitors to have similar access to and from such passenger station as set forth above.

LESS AND EXCEPT that parcel described in the Leasehold Release Agreement dated September 26, 2006 by and among Burnham Developer, LLC, a Delaware limited liability company, Burnham South, LLC, a Delaware limited liability company, Union Station Redevelopment Corporation, a District of Columbia corporation, Union Station Venture II, LLC, a Delaware limited liability company, and the United States of America acting by and through the Federal Railroad Administration, recorded September 27, 2006 in the land records of the District of Columbia as Instrument Number 2006131558.

Doc# 2007011926 Fees:$4640082.48
01/25/2007   2:27PM Pages 10
Filed & Recorded in Official Records of
WASH DC RECORDER OF DEEDS LARRY TODD

| RECORDING | $ | 76.00 |
| SURCHARGE | $ | 6.50 |
| RECORDATION TAX FEE | | $2,319,999.99 |
| TRANSFER TAX FEE | | $2,319,999.99 |

BOST1\451280.2                                        10