# EXHIBIT 2

EXECUTION VERSION

# ASSIGNMENT OF LEASEHOLD DEED OF TRUST, SECURITY AGREEMENT, ASSIGNMENT OF LEASES, FINANCING STATEMENT AND FIXTURE FILING

WILMINGTON TRUST, NATIONAL ASSOCIATION, as Trustee on behalf of the holders of US 2018-USDC, Commercial Mortgage Pass-Through Certificates, Series 2018-USDC, to be indexed as Grantor

(Assignor)

to

KOOKMIN BANK CO., LTD., in its capacity as trustee of KTB CRE Debt Fund No. 8, a Korean investment trust, to be indexed as Grantee

(Assignee)

Dated:  as of January 5, 2022
Location:  Union Station
          40-50 Massachusetts Avenue, Northeast
          Washington, D.C.

PREPARED BY AND UPON
RECORDATION RETURN TO:
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attention:  Kabaye Liku, Esq.

US\27293384.4

## ASSIGNMENT OF LEASEHOLD DEED OF TRUST, SECURITY AGREEMENT, ASSIGNMENT OF LEASES, FINANCING STATEMENT AND FIXTURE FILING

KNOW THAT effective as of the 5th day of January, 2022, WILMINGTON TRUST, NATIONAL ASSOCIATION, as Trustee on behalf of the holders of US 2018-USDC, Commercial Mortgage Pass-Through Certificates, Series 2018-USDC ("**Assignor**"), in consideration of $10.00 and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby grants, conveys, assigns and transfers to KOOKMIN BANK CO., LTD., in its capacity as trustee of KTB CRE Debt Fund No. 8, a Korean investment trust ("**Assignee**"), all right, title and interest of Assignor in and to that certain Leasehold Deed of Trust, Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing, dated as of May 8, 2018, made by Union Station Investco LLC, a Delaware limited liability company ("**Borrower**"), to Lawyers Title Realty Services, Inc., (together with its successors and assigns, collectively, "**Trustee**"), as trustee, for the benefit of Citi Real Estate Funding Inc., a New York corporation ("**Citi**") and Natixis Real Estate Capital LLC, a Delaware limited liability company ("**Natixis**"; together with Citi, individually and/or collectively as the context may require, "**Original Mortgage Lender**"), as beneficiary, recorded on May 11, 2018 as Instrument No. 2018047331 among the Land Records of the District of Columbia (the "**Land Records**") and as assigned by Original Mortgage Lender to Assignor pursuant to that certain Assignment of Leasehold Deed of Trust, Security Agreement, Assignment of Leases and Rents, Financing Statement and Fixture Filing, dated as of June 19, 2018 and recorded on July 6, 2018 as Instrument No. 2018067325 in the Land Records (collectively, the "**Deed of Trust**"), which Deed of Trust encumbers the Borrower's leasehold estate in the Land (as defined in the Deed of Trust), as more particularly described in Exhibit A annexed hereto and made a part hereof (the "**Property**").

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns, forever.

TOGETHER WITH the notes secured thereby and the monies due and to become due thereunder.

It is expressly understood that this Assignment of Leasehold Deed of Trust, Security Agreement, Assignment of Leases, Financing Statement and Fixture Filing (this "**Assignment**") is made by Assignor without representation or warranty, express or implied, of any kind on the part of Assignor, and without recourse to Assignor in any event or for any cause whatsoever, except that Assignor represents that (i) Assignor is the current beneficiary of the Deed of Trust and (ii) Assignor has duly authorized the execution and delivery of this Assignment and the undersigned has the requisite authority to execute and deliver this Assignment on behalf of Assignor.

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

**IN WITNESS WHEREOF**, the Assignor has duly executed this Assignment as of the day and year first above written.

**ASSIGNOR**:

Wilmington Trust, National Association, as Trustee on behalf of the holders of US 2018-USDC, Commercial Mortgage Pass-Through Certificates, Series 2018-USDC

By: Green Loan Services LLC, solely in its capacity as Special Servicer

By: _____
Name: Andrew Falk
Title: Authorized Signatory

## NOTARY ACKNOWLEDGMENT

STATE OF New York
COUNTY OF New York     ss.:

On the 3rd day of January in the year 20 22, before me, the undersigned, a Notary Public in and for said State, personally appeared Andrew Falk, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument. Witness my hand and official seal.

_____
Notary Public

JoAnne M. Maloney
Notary Public, State of New York
No. 01MA6211902
Qualified in New York County
Commission Expires 09/28/20 25

[Signature Page to Assignment of Leasehold Deed of Trust, Security Agreement, Assignment of Leases, Financing Statement and Fixture Filing]

## EXHIBIT A

## Legal Description of Land

All those certain lots or parcels of lands together with all improvements thereon located and being in the City of Washington in the District of Columbia and being more particularly described as follows:

Parts of Lots numbered One Hundred Seventy-one (171) and One Hundred Seventy-two (172) in Square numbered Seven Hundred Twenty (720) in the subdivision made by the Washington Terminal Company, and others, as per plat recorded in the Office of the Surveyor for the District of Columbia in Book 158 at page 27, described as Parcel A and Parcel B in the descriptions that follow. The said descriptions of Parcels A and B were prepared from a Plat of Computation recorded in the Office of the Surveyor in the District of Columbia in Survey Book 191 at page 21.

PARCEL A:

A parcel of land situate in the District of Columbia more particularly described as follows: BEGINNING for the same at the intersection of the easterly line of 1st Street, N.E. with the northerly line of Union Station Plaza and running thence with the easterly line of 1st Street, N.E.

1. North 15 degrees 44 minutes 00 second East 277.64 feet; thence leaving the line of 1st Street, N.E. and running with the line of the S.W. ramp and link structure the following four (4) courses and distances;
2. South 74 degrees 16 minutes 00 seconds East 39.42 feet; thence
3. North 15 degrees 44 minutes 00 seconds East 142.98 feet; thence
4. 91.62 feet along the arc of a curve to the right with a radius of 58.33 feet (chord North 60 degrees 44 minutes 00 seconds East 82.49 feet); thence
5. South 74 degrees 16 minutes 00 seconds East 389.29 feet to a point on the link structure; thence leaving the link structure and running with the lines of the lower track access the following eleven (11) courses and distances;
6. North 15 degrees 44 minutes 00 seconds East 142.27 feet; thence
7. South 74 degrees 16 minutes 00 seconds East 49.22 feet; thence
8. North 15 degrees 44 minutes 00 seconds East 83.25 feet; thence
9. South 74 degrees 16 minutes 00 seconds East 19.55 feet; thence
10. South 15 degrees 44 minutes 00 seconds West 83.25 feet; thence
11. South 74 degrees 16 minutes 00 seconds East 23.53 feet; thence

12. North 15 degrees 44 minutes 00 seconds East 83.25 feet; thence

13. South 74 degrees 16 minutes 00 seconds East 19.55 feet; thence

14. South 15 degrees 44 minutes 00 seconds West 83.25 feet; thence

15. South 74 degrees 16 minutes 00 seconds East 34.14 feet; thence

16. South 15 degrees 44 minutes 00 seconds West 142.27 feet to a point on the link structure; thence with the lines of said link structure the following two (2) courses and distances;

17. South 74 degrees 16 minutes 00 seconds East 29.21 feet; thence

18. 32.39 feet along the arc of a curve to the right with a radius of 58.33 feet (chord south 58 degrees 21 minutes 34 seconds East 31.97 feet); thence

19. South 15 degrees 44 minutes 00 seconds West 57.59 feet; thence

20. South 74 degrees 16 minutes 00 seconds East 27.58 feet to the westerly line of the S.E. ramp area; thence

21. South 15 degrees 44 minutes 00 seconds West 135.45 feet; thence

22. South 74 degrees 16 minutes 00 seconds East 39.42 feet to a point on the outline of the whole tract; thence

23. South 15 degrees 44 minutes 00 seconds West 277.15 feet to the northerly line of Union Station Plaza; thence with said line the following three (3) courses and distances;

24. North 86 degrees 04 minutes 00 seconds West 129.83 feet; thence

25. North 74 degrees 16 minutes 00 seconds West 505.84 feet; thence

26. North 62 degrees 28 minutes 00 seconds West 129.83 feet to the point of beginning, containing 386,302 square feet, more or less.

Reserving and excepting therefrom that portion of a vehicle ramp, and the airspace over it that crosses Parcel A between the points described in (5) and (16) above.

PARCEL B:

A land area having as its upper limit and lower surface of the S.E. ramp between Elevations 64.0 and 54.0 based on 1929 United States Coast and Geodetic Survey data, BEGINNING for the same at the end of the following four (4) courses and distances from the intersection of the easterly line of 1st Street, N.E. with the northerly line of Union Station Plaza; (1) South Sixty-two (62) degrees, Twenty-eight (28) minutes, Zero (00) seconds East, One Hundred Twenty-nine and Eighty-three Hundredths (129.83) feet; (2) South Seventy-four (74) degrees, Sixteen (16) minutes, Zero (00) seconds East, Five Hundred Five and Eighty-four Hundredths (505.84) feet; (3) South Eighty-six (86) degrees, Four (4) minutes, Zero (00) seconds East, One Hundred Twenty-nine and Eighty-three Hundredths (129.83) feet; (4) North Fifteen (15) degrees, Forty-four (44) minutes, Zero (00) seconds East, Two Hundred Seventy-seven and Fifteen Hundredths

(277.15) feet to the beginning point of the parcel herein to be described; thence North Seventy-four (74) degrees, Sixteen (16) minutes Zero (00) seconds West, Thirty-nine and Forty-two Hundredths (39.42) feet; thence North Fifteen (15) degrees, Forty-four (44) minutes Zero (00) seconds East, One Hundred Thirty-five and Forty-five Hundredths (135.45) feet; thence South Seventy-four (74) degrees, Sixteen (16) minutes, Zero (00) seconds East, Thirty-nine and Forty-two Hundredths (39.42) feet; thence South Fifteen (15) degrees, Forty-four (44) minutes, Zero (00) seconds West One Hundred Thirty-five and Forty-five Hundredths (135.45) feet to the beginning, containing Five Thousand Three Hundred Thirty-nine and Forty-four Hundredths (5,339.44) square feet, more or less.

RESERVING AND EXCEPTING therefrom perpetual and assignable easements for the location, construction, and replacement and/or removal of rapid transit facilities and appurtenances, and for the operation and maintenance of the aforesaid rapid transit facilities and appurtenances, within the following described land areas to the extent that the same are located beneath and through or over and across Parcels A and B, together with non-exclusive rights of ingress and egress to and from said areas as provided, to wit:

1. A sub-surface land area between Elevations 13.0 and 55.61 based on 1929 United States Coast and Geodetic Survey datum, Beginning for the same at the intersection of the easterly line of 1st Street, N.E. with the Northerly line of Union Station Plaza; proceeding thence with the Easterly line of 1st Street, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Four Hundred Ninety-seven and Sixty Hundredths (497.60) feet; thence, leaving said 1st Street South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Sixty-seven (67.00) feet; thence South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Five Hundred Eleven and Sixty Hundredths (511.60) feet; thence North Sixty-two (62) degrees Twenty-eight (28) minutes Zero (00) seconds West, Sixty-eight and Forty-five Hundredths (68.45) feet to the beginning, containing Thirty-three Thousand Eight Hundred Eight and Twenty Hundredths (33,808.20) square feet.

2. A sub-surface land area between Elevations 25.00 and 55.61 based on 1929 United States Coast and Geodetic Survey datum, Beginning for the same at the end of the following course and distance from the intersection of the easterly line of 1st Street, N.E. with the Northerly line of Union Station Plaza; along the Northerly line of Union Station Plaza, South Sixty-two (62) degrees Twenty-eight (28) minutes East, Sixty-eight and Forty-five Hundredths (68.45) feet to the beginning of the easement herein to be described proceeding thence North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Two Hundred Two and Sixty-nine Hundredths (202.69) feet; thence South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Fifty-five and Forty-nine Hundredths (55.49) feet; thence, South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Twenty and Thirty-one Hundredths (20.31) feet; thence South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Seventy-five and Fourteen Hundredths (75.14) feet; thence, North Fifteen

(15) degrees Forty-four (44) minutes Zero (00) seconds East, Thirty-six (36) feet; thence South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Twenty-five and Thirty-four Hundredths (25.34) feet; thence South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Thirty- six (36.00) feet; thence, South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Twelve and Eighty-three Hundredths (12.83) feet; thence, South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Fifty-five and Fifty Hundredths (55.50) feet; thence South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Six (6.00) feet; thence, South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Forty and Thirty-three Hundredths (40.33) feet; thence, South Four (4) degrees Thirty-eight (38) minutes Zero (00) seconds West, One Hundred One (101.00) feet; thence North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Forty-seven and Fifty Hundredths (47.50) feet; thence North Four (4) degrees Thirty-eight (38) minutes Zero (00) seconds East, One Hundred One (101.00) feet; thence North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Thirty-one and Fifty-six Hundredths (31.56) feet; thence South Fifteen (15) degrees Forty- four (44) minutes Zero (00) seconds West, Ninety-nine and Eleven Hundredths (99.11) feet; thence North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Thirty-five (35.00) feet; thence North Sixty-two (62) degrees Twenty-eight (28) minutes Zero (00) seconds West, Sixty-one and Thirty-eight Hundredths (61.38) feet to the beginning, containing Thirty-one Thousand Six Hundred Twenty-two and Eighty-seven Hundredths (31,622.87) square feet, together with the free right of ingress and egress thereto by Terminal Realty Baltimore Co. and Terminal Realty Penn Co., its successors and assigns over and across Parcel A.

3. A surface land area to Elevation 73.0, based on 1929 United States Coast and Geodetic Survey datum, Beginning for the same at the end of the following three courses and distances from the intersection of the easterly line of 1st Street, N.E., with the northerly line of Union Station Plaza, (1) along the northerly line of Union Station Plaza, South Sixty- two (62) degrees Twenty-eight (28) minutes Zero (00) seconds East, Sixty-eight and Forty- five Hundredths (68.45) feet; (2) thence, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, One Hundred Forty-three and Thirty-seven Hundredths (143.37) feet; (3) thence, South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Seven and Thirty-seven Hundredths (7.37) feet to the beginning: proceeding thence North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Seventy-eight (78) feet; thence South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Fifty (50.00) feet; thence South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Seventy-eight (78.00) feet; thence North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Fifty (50.00) feet to the beginning, containing Thirty-nine Hundred (3900) square feet, together with the free right and access thereto by Terminal

Realty Baltimore Co and Terminal Realty Penn Co., its successors and assigns and all licenses and invitees thereof, over and across Parcel A.

4. A sub-surface land area between Elevations 25.0 and 55.50 based on 1929 United States Coast and Geodetic Survey datum, Beginning for the same at the end of the following two courses and distances from the intersection of the easterly line of 1st Street, N.E. with the northerly line of Union Station Plaza; along the easterly line of 1st Street, N.E. (1) North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Four Hundred Ninety- seven and Sixty Hundredths (497.60) feet; (2) thence, South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Sixty-seven (67.00) feet to the beginning: proceeding thence along the same course South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Thirty-four and Eighty-one Hundredths (34.81) feet; thence South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Thirty- five and Forty-one Hundredths (35.41) feet; thence North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Thirty-four and Eighty-one Hundredths (34.81) feet; thence North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Thirty-five and Forty-one Hundredths (35.41) feet to the beginning, containing One Thousand Two Hundred Thirty-two and Sixty-two Hundredths (1232.62) square feet.

5. A sub-surface land area between Elevations 25.0 and 55.50 based on 1929 United States Coast and Geodetic Survey datum, Beginning for the same at the end of the following course and distance from the intersection of the easterly line of 1st Street, N.E., with the northerly line of Union Station Plaza; along the easterly line of 1st Street, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Four Hundred Ninety-seven and Sixty Hundredths (497.60) feet to the beginning; proceeding thence still with the easterly line of 1st Street, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Four Hundred Seventy-nine and Six Hundredths (479.06) feet; thence, leaving 1st Street, South Seventy-six (76) degrees Sixteen (16) minutes Fifty-one (51) seconds East, Sixty and Seventy-one Hundredths (60.71) feet; thence, South Thirteen (13) degrees Forty-three (43) minutes Nine (09) seconds West, Fifty (50.00) feet to a point of curve; thence, Southwesterly by a curve to the right, the radius of which is Six Thousand One Hundred Twelve (6,112.00) feet, an arc distance of Two Hundred Thirteen and Thirty- five Hundredths (213.35) feet to a point; thence, along a radial line extended South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, 0.80 feet; thence South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Two Hundred Seventeen and Ninety-one Hundredths (217.91) feet; thence North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Sixty-seven (67.00) feet to the beginning, containing 31,462.30 square feet.

6. A surface land area to Elevation 56.0, based on 1929 United States Coast and Geodetic Survey datum, Beginning for the same at the end of the following course and distance from the intersection of the easterly line of 1st Street, N.E., with the

Northerly line of Union Station Plaza; along the easterly line of 1st Street, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Nine Hundred Seventy-six and Sixty-six Hundredths (976.66) feet to the beginning: proceeding thence, still with the easterly line of 1st Street North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Ninety-seven and Ninety-four Hundredths (97.94) feet; thence, leaving 1st Street, South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Sixty-seven and Twenty-five Hundredths (67.25) feet; thence, South Thirteen (13) degrees Forty-three (43) minutes Eight (08) seconds West, Ninety-five and Fifty-two Hundredths (95.52) feet; thence North Seventy-six (76) degrees Sixteen (16) minutes Fifty-one (51) seconds West, Seventy and Sixty-six Hundredths (70.66) feet to the beginning, containing 6,667.63 square feet.

7. A sub-surface land area between Elevations 25.0 and 55.50, based on 1929 United States Coast and Geodetic Survey datum, Beginning for the same at the end of the following two courses and distances from the intersection of the easterly line of 1st Street, N.E. with the northerly line of Union Station Plaza; along the easterly line of 1st Street, (1) North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Four Hundred Ninety-seven and Sixty Hundredths (497.60) feet; (2) thence South Seventy-four (74) degrees, Sixteen (16) minutes Zero (00) seconds East, Sixty-seven (67.00) feet to the beginning; proceeding thence, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Two Hundred Seventeen and Ninety-one Hundredths (217.91) feet; thence, North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Eighty Hundredths (0.80) feet; thence northeasterly by a curve to the left, the radius of which is 6,112.0 feet, an arc distance of Two Hundred Thirteen and Thirty-five Hundredths (213.35) feet to a point of tangency; thence North Thirteen (13) degrees Forty-three (43) minutes Nine (09) seconds East, Fifty (50) feet; thence North Thirteen (13) degrees Forty-three (43) minutes Eight (08) seconds East, Ninety-five and Eighty-seven Hundredths (95.87) feet; thence South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Fifty-seven and Ninety-five Hundredths (57.95) feet; thence South Thirty-seven (37) degrees Nine (09) minutes Thirty (30) seconds West, Thirty-three and Seventy-nine (33.79) feet; thence South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Five Hundred Forty-six (546.00) feet; thence North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Thirty-four and Eighty-one Hundredths (34.81) feet to the beginning, containing 22,167.60 square feet.

8. A surface land area to Elevation 70.0, based on 1929 United States Coast and Geodetic Survey and datum, Beginning for the same at the end of the following two courses and distances from the intersection of the easterly line of 1st Street, N.E., with the Northerly line of Union Station Plaza; (1) along the easterly line of 1st Street North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Five Hundred Five and Sixty Hundredths (505.60) feet; (2) thence leaving 1st Street, South Seventy-four (74) degrees Sixteen (16) minutes Zero (00)

seconds East, Eighteen (18.00) feet, to the beginning: proceeding thence, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East Fifty (50.00) feet; thence South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Eighty (80.00) feet; thence South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Fifty (50.00) feet; thence North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Eighty (80) feet to the beginning, containing Four Thousand (4,000) square feet, together with the free right of access thereto by Terminal Realty Baltimore Co and Terminal Realty Penn Co., its successors and assigns and all licensees and invitees thereof, over and across both Parcels A and B.

9. A surface land area having as its upper limit the lower surface of a necessary vehicular ramp to be built to serve a multi-level vehicular parking facility to be constructed overhead above Elevation 76.0, based on 1929 United States Coast and Geodetic Survey datum, said surface area described as Beginning for the same at the end of the following course and distance from the intersection of the easterly line of 1st Street, N.E., with the northerly line of Union Station Plaza; along the Easterly line of 1st Street, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Six Hundred Ninety-two and Sixty Hundredths (692.60) feet, to the beginning; proceeding thence, still with the easterly line of 1st Street, North Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds East, Sixty-seven (67.00) feet; thence, leaving 1st Street, South Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds East, Fifty (50.00) feet; thence South Fifteen (15) degrees Forty-four (44) minutes Zero (00) seconds West, Sixty-seven (67.00) feet; thence North Seventy-four (74) degrees Sixteen (16) minutes Zero (00) seconds West, Fifty (50.00) feet to the beginning, containing 3,350.00 square feet, together with the right of ingress and egress thereto by Terminal Realty Baltimore Co. and Terminal Realty Penn Co., its successors and assigns over and across Parcels A and B.

Further subject to the following reservations and conditions for and on behalf of Terminal Realty Baltimore Co. and Terminal Realty Penn Co., its successors and assigns: (a) The continued right of use, possession, operation and maintenance of the Union Station Building, concourse, concession area and related areas presently used for commercial operation by The Washington Terminal Company, its lessees, concessionaires, licensees, passengers, officers, employees, contractors, invitees, and visitors during the period of alteration and construction of the parking facility contemplated by Public Law 90-264 and until the taking of full occupancy by the United States of America pursuant to a lease covering the property herein described, and (b) The right to use, operate, and maintain, as long as required for railroad purposes, and existing tunnel, approaches, and their appurtenances (including, but not limited to, the tracks, signals, catenary, platforms, stairways, passageways, walkways, ramps, all utilities, communication facilities, offices, locker rooms, shops and other miscellaneous facilities) across and below the Union Station Building at the Easterly side of the property, and (c) The right to continue as long as required, to use, operate, and maintain with The Washington Terminal Company officers, employees, contractors, invitees and the necessary United States Post Office personnel, the mail

conveyor system in the basement of the Union Station Building and the connections thereto, the use of the tunnel connecting the east and west concourse basements to transport mail, the use and access to the adjacent mail buildings and public streets, and the use of the basement truck dock and public streets, and the use of the basement truck dock and adjacent floor area to load, unload, sort and transport mail, and (d) The right to continued use of the passageway, roadways, walkways, stairways, and ramps for purposes of access to and from and between The Washington Terminal Company points of operation and the public streets by its passengers, lessees, licensees, concessionaires, officers, employees, contractors, invitees, and visitors and to similar rights of access by means of similar facilities, property provided for in the plans and specifications of the alterations and construction contemplated by Public Law 90-264, for joint use of these facilities to serve the National Visitor Center, the parking facility, The Washington Terminal Company points of operation and other operations, if any, and the right to grant use of these facilities to others, and (e) The right to use, operate, maintain, construct, and reconstruct the utility and communication lines and appurtenances, and access to them, now existent, and as required, for The Washington Terminal Company operations both within and outside the limits of this property, so as to maintain the integrity of the distribution systems in the Union Station Building, and (f) The continued right, so long required for railroad purposes, to use, operate, maintain, construct, and reconstruct the railroad facilities and appurtenances thereon, including but not limited to, the tracks, signals, catenary, platforms, stairways, passageways, walkways, roadways, ramps, all utilities, communication facilities, offices, locker rooms, shops, buildings, and other miscellaneous facilities as are now existent, and as may be required for future railroad operations, uninterrupted by the alterations and construction contemplated by Public Law 90-264 and with due consideration to the maintenance of, and efficiency of, the railroad operations, and (g) The right to use, operate and maintain a passenger station as long as required for railroad operations, and to lease or license the use of space therein for any lawful purposes so long as the passenger station is required for railroad purposes, and to retain any income derived therefrom, and (h) The right of The Washington Terminal Company's passengers, officers, employees, lessees, licensees, concessionaries, contractors, invitees and visitors to have similar access to and from such passenger station as set forth above.

TOGETHER WITH the beneficial easements contained in the Easements set forth in Deed by and between The Washington Terminal Company and Mount Clare Properties (D.C.), Inc., dated December 10, 1981 and recorded December 22, 1981 as Instrument No. 39354; as further set forth in and modified by Confirmatory Deed of Easement for Electric Power and Other Facilities by and between Mount Clare Properties, Inc. and The Washington Terminal Company, dated December 14, 1984 and recorded April 5, 1985 as Instrument No. 12375, as modified by WTC Easement Relocation Agreement by and among Second Street Holdings LLC, 600 Second Street Holdings LLC, Seven Hundred 2nd Street Holdings LLC, National Railroad Passenger Corporation and The Washington Terminal Company, dated November 1, 2002 and recorded November 14, 2002 as Instrument No. 2002132643, as amended and restated in its entirety by Amended and Restated WTC Easement Relocation Agreement, dated March 31, 2003 and recorded April 7, 2003 as Instrument No. 2003040244.

TOGETHER WITH the beneficial easements contained in the Pedestrian Access Easement Agreement and Amendment to Loading Dock Easement Agreement by and between Union Station Redevelopment Corporation, CSX Realty Development Corporation and the United States of America dated September 26, 1996 and recorded May 15, 1997 as Instrument No. 9700034730, as modified by Loading Dock Easement Modification Agreement dated December 16, 2002 and recorded December 17, 2002 as Instrument No. 2002146984, and as modified by the Pedestrian Access Easement Modification Agreement dated as of July 22, 2004 and recorded July 22, 2004 as Instrument Number 2004101910.

TOGETHER WITH the beneficial easements contained in the Reciprocal Easement Agreement by and among Second Street Holdings LLC, 600 Second Street Holdings LLC, Seven Hundred 2nd Street Holdings LLC, The Washington Terminal Company, the National Railroad Passenger Corporation, Union Station Redevelopment Corporation and the United States of America, dated April 4, 2003 and recorded April 7, 2003 as Instrument No. 2003040245.

TOGETHER WITH the benefits contained in the Unrecorded Parking Use Agreement dated August 15, 1986, as amended by First Amendment to Parking Use Agreement dated September 23, 2000, as evidenced by the Notice of Parking Rights dated November 9, 2004 and recorded November 12, 2004 as Instrument Number 2004155828, as amended by Amended Notice of Parking Rights dated September 25, 2006 and recorded September 27, 2006 as Instrument Number 2006131553.

TOGETHER WITH the benefits contained in the Retail Restriction Covenant dated September 27, 2006, by and among Burnham South, LLC, a Delaware limited liability company, Burnham Developer, LLC, a Delaware limited liability company, Burnham Central, LLC, a Delaware limited liability company, Burnham North, LLC, a Delaware limited liability company, Union Station Redevelopment Corporation, a District of Columbia nonprofit corporation, Union Station Venture II, LLC, a Delaware limited liability company, and the United States Of America acting by and through the Federal Railroad Administration, recorded September 27, 2006 as Instrument Number 2006131561.

TOGETHER WITH the beneficial easements contained in the Union Station Ramp Easements Agreement dated September 26, 2006 by and among Burnham Developer, LLC, a Delaware limited liability company, Burnham South, LLC, a Delaware limited liability company, Burnham Central, LLC, a Delaware limited liability company, Union Station Redevelopment Corporation, a District of Columbia nonprofit corporation, Union Station Venture II, LLC, a Delaware limited liability company, the United States Of America acting by and through the Federal Railroad Administration, recorded September 27, 2006 as Instrument Number 2006131562.

LESS AND EXCEPT that parcel described in the Leasehold Release Agreement dated September 26, 2006 by and among Burnham Developer, LLC, a Delaware limited liability company, Burnham South, LLC, a Delaware limited liability company, Union Station Redevelopment Corporation, a District of Columbia corporation, Union Station Venture II, LLC, a Delaware limited liability company, and the United States of America acting by and through

the Federal Railroad Administration, recorded September 27, 2006 as <u>Instrument Number 2006131558</u>.

TOGETHER WITH the beneficial easements contained in the Easement Agreement by and between the United States Postal Service, the Union Station Redevelopment Corporation and the United States of America acting through the Federal Administration of the Department of Transportation dated January 28, 1988 and recorded September 12, 1988 as <u>Instrument No. 50031</u>.

NOTE: At the date hereof the above property is known for Assessment and Taxation purposes as Lots 171 and 827 in Square 720.