**I**N **T**HE **U**NITED **S**TATES **D**ISTRICT **C**OURT
**F**OR THE **D**ISTRICT OF **C**OLUMBIA

| | |
|---|---|
| **N**ATIONAL **R**AILROAD **P**ASSENGER **C**ORPORATION (**A**MTRAK) 1 Massachusetts Avenue, NW Washington, D.C. 20001<br><br>PLAINTIFF,<br><br>v.<br><br>**S**UBLEASE **I**NTEREST **O**BTAINED **P**URSUANT **TO** an Assignment and Assumption of Leasehold Interest made as of January 25, 2007, with said property interest **P**ERTAINING **T**O **D**ESCRIBED **L**EASEHOLD **I**NTERESTS AT **W**ASHINGTON **U**NION **S**TATION located at 50 Massachusetts Avenue, NE Washington, D.C. 20002<br><br>and<br><br>**U**NION **S**TATION **I**NVESTCO, LLC c/o Ashkenazy Acquisition Corp. 150 East 58th Street, Penthouse New York, New York 10155<br><br>    **S**ERVE ON: National Registered Agents, Inc. 1209 Orange Street Wilmington, Delaware 19801 **Registered Agent**<br><br>and<br><br>**U**NION **S**TATION **S**OLE **M**EMBER, LLC c/o Ashkenazy Acquisition Corp. 600 Madison Ave., 15th Floor New York, New York 10022 | *<br>*<br>*   **C**IVIL **A**CTION **N**O.<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

|  |  |
|---|---|
| **SERVE ON:** | * |
| National Registered Agents, Inc. | |
| 1209 Orange Street | * |
| Wilmington, Delaware 19801 | |
| **Registered Agent** | * |

and

|  |  |
|---|---|
| **KOOKMIN BANK CO., LTD.,** | * |
| **Individually and in its capacity as** | |
| **trustee of KTB CRE Debt Fund No. 8,** | * |
| **a Korean Investment trust** | |
| c/o Kookmin Bank – New York Branch | * |
| 565 Fifth Avenue, 24th Floor | |
| New York, New York 10017 | * |
| | |
| **SERVE ON:** | * |
| Superintendent of Financial | |
| Services of New York | * |
| One State Street | |
| New York, New York 10004 | * |
| | |
| and | * |
| | |
| **UNKNOWN OWNERS** | * |
| | |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER REGARDING DEPOSIT WITH THE
## COURT REGISTRY INVESTMENT SYSTEM

WHEREAS, the Court having determined that it is necessary to adopt local procedures to ensure uniformity in the deposit and investment of funds the Court orders placed in an interest bearing instrument,

IT IS ORDERED on this the ____ day of _____, 2022 that:

Pursuant to 28 U.S.C. §§ 2041 and 2042 and Local Rule 67.1 of the Local Rules of the United States District Court for the District of Columbia, the following shall govern the deposit, investment, and withdrawal of registry funds in this matter:

I. **Investment of Registry Funds**

A. Unless ordered otherwise, funds on deposit with the Court are to be placed in the Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts under 28 U.S.C. § 2045.

B. The Director of the Administrative Office of the United States Courts is designated as custodian for the CRIS. The Director or the Director's designee shall perform the duties of Custodian. Funds held in the CRIS remain subject to the control and jurisdiction of the Court.

C. Money from each case deposited in the CRIS shall be "pooled" together with those on deposit with the Treasury to the credit of other courts in the CRIS and used to purchase Government Account Series securities through the Bureau of Public Debt, which will be held at Treasury, in an account in the name and to the credit of the Director of Administrative Office of the United States Courts. The pooled funds will be invested in accordance with the principals of the CRIS Investment Policy as approved by the Registry Monitoring Group.

D. An account for each case will be established in the CRIS titled in the name of the case giving rise to the investment in the fund. Income generated from fund investments will be distributed to each case based on the ratio each account's principal and earnings has to the aggregate principal and income total in the fund. Reports showing the interest earned and the principal amounts contributed in each case will be made available to litigants and/or their counsel.

II. **Withdrawal of Funds**

A. Funds may not be withdrawn from the Court's Registry without a court order signed by the presiding judge in this case in accordance with 28 U.S.C. § 2042.

III. **Deductions of Fees**

A. In accordance with 28 U.S.C. § 1930, the Custodian is authorized to deduct an investment services fee for the management of investments in the CRIS and a registry fee for maintaining accounts deposited with the Court.

B. The investment services fee is assessed from interest earnings according to Court's Miscellaneous Fee Schedule. The registry fee is assessed on the basis of the rates published by the Director of the Administrative Office of the United States Courts as approved by the Judicial Conference of the United States.

_____
Judge, United States District Court for the
District of Columbia