UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)**,<br><br>    Plaintiff,<br><br>v.<br><br>**SUBLEASE INTEREST OBTAINED PURSUANT TO an Assignment and Assumption of Leasehold Interest made as of January 25, 2007, with said property interest PERTAINING TO DESCRIBED LEASEHOLD INTERESTS AT WASHINGTON UNION STATION** *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-01043 |

## UNOPPOSED MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Defendants, Union Station Investco, LLC and Union Station Sole Member, LLC by their attorneys, ArentFox Schiff LLP, file this Motion to request, under Rule 6(b), a two-week extension of time to May 20, 2022, to file an answer to the Complaint. Defendants seek this additional time to permit Defendants to prepare their response to the Complaint. Counsel for the Plaintiffs have indicated that the Plaintiff does not oppose the extension.

Dated: May 6, 2022

    Respectfully submitted,

    */s/ James H. Hulme*
    James H. Hulme
    D.C. Bar #323014
    Laurel LaMontagne
    D.C. Bar #1613468
    ArentFox Schiff LLP
    1717 K Street, NW

Washington, DC 20006
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
James.Hulme@afslaw.com