UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),<br><br>Plaintiff,<br><br>- against -<br><br>SUBLEASE INTEREST OBTAINED PURSUANT TO an Assignment and Assumption of Leasehold Interest made as of January 25, 2007, with said Property interest PERTAINING TO DESCRIBED LEASEHOLD INTERESTS AT WASHINGTON UNION STATION located at 50 Massachusetts Avenue, NE Washington, D.C. 20002, et al.<br><br>Defendants. | Case No. 1:22-cv-01043<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

THOMAS M. WOOD IV, BRIAN M. BOYLE, and Neuberger, Quinn, Gielen, Rubin, and Gibber, P.A. counsel for Defendant Kookmin Bank Co., Ltd., individually and in its capacity as trustee of KTB CRE Debt Fund No. 8, a Korean Investment Trust, as agent on behalf of Trust in Korea, Daol Fund Management Co. and agent on behalf of Trust in United States, Rexmark Holdings LLC d/b/a Rexmark ("**Defendant**"), hereby withdraw their appearance as counsel pursuant to LCvR 83.6(b). Substitute counsel for Defendant entered their appearance earlier today (Docs. 32-33). Defendant consents to this withdrawal.

Respectfully Submitted

| | |
|---|---|
| /s/ Thomas M. Wood IV<br>Thomas M. Wood IV, DC Bar # 426879<br>Brian M. Boyle, DC Bar# 999925<br>Neuberger, Quinn, Gielen,<br>Rubin & Gibber, P.A.<br>One South Street, 27th Floor<br>Baltimore, Maryland 21202<br>tmw@nqgrg.com<br>bmb@nqgrg.com<br>410-332-8523 (Direct)<br>410-332-8564 (Fax)<br><br>*Attorneys for Defendant Kookmin Bank Co., Ltd., individually and in its capacity as trustee of KTB CRE Debt Fund No. 8, a Korean Investment Trust, as agent on behalf of Trust in Korea, Daol Fund Management Co. and agent on behalf of Trust in United States, Rexmark Holdings LLC d/b/a Rexmark.* | KOOKMIN BANK CO., LTD., INDIVIDUALLY AND IN ITS CAPACITY AS TRUSTEE OF KTB CRE DEBT FUND NO. 8, A KOREAN INVESTMENT TRUST, AS AGENT ON BEHALF OF TRUST IN KOREA, DAOL FUND MANAGEMENT CO. AND AGENT ON BEHALF OF TRUST IN UNITED STATES, REXMARK HOLDINGS LLC D/B/A REXMARK<br><br>_/s/_<br><br>By: Michael Rebibo<br>Title: Authorized Representative of Rexmark as Agent |