**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL RAILROAD PASSENGER CORPORATION )
(AMTRAK)                                  )
                                          )        1:22-cv-01043-APM
            Plaintiff,                    )        Judge Amit P. Mehta
                                          )
    v.                                    )
                                          )
SUBLEASE INTEREST PERTAINING TO DESCRIBED )
LEASEHOLD INTERESTS AT WASHINGTON         )
UNION STATION, et al.                     )
                                          )
            Defendants.                   )
_____  )

**SUGGESTION OF MOOTNESS**

Lender[1] and Union Station Investco, LLC ("USI") advise the Court that they have

withdrawn the notice of termination of Jones Lang Lasalle Americas, LLC ("JLL") as the property

manager for the property. (Exhibit A). Lender and USI further advise that they will not take action

to remove JLL as property manager until such time as the Court rules on the issues of the validity

of the taking and possession of the property or until further order of the Court. Because these

developments demonstrate that there is no controversy requiring immediate judicial action,

defendants submit that Amtrak's Emergency Motion should be deemed moot or denied as moot

without prejudice.

---

[1] "Lender" refers to defendant Kookmin Bank Co., Ltd, in its capacity as trustee of KTB CRE
Debt Fund No. 8, a Korean Investment Trust  by its agent on behalf of Trust in Korea, Daol Fund
Management Co. and by its agent on behalf of Trust in United States, Rexmark Holdings LLC.

Dated: May 24, 2022                Respectfully submitted,

MORRISON COHEN LLP

*/s/ Y. David Scharf*
Y. David Scharf
Brett Dockwell
Kristin T. Roy
Latisha V. Thompson
Amber R. Will
Mahnoor Misbah
909 Third Avenue
New York, New York, 10022
(212) 735-8600

*And*

HOLLAND & KNIGHT LLP

*/s/ Paul J. Kiernan*
Paul J. Kiernan, Bar # 385627
Louis J. Rouleau, Bar #471654
Holland & Knight, LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Paul.kiernan@hklaw.com
Phone: 202-663-7276
Fax: 202-955-3000

*Attorneys for Defendant Kookmin Bank Co., Ltd.*

*And*

NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

/s/  Thomas M. Wood IV
Thomas M. Wood IV, DC Bar #426879
Brian M. Boyle, DC Bar #999925
One South Street, 27th Floor
Baltimore, Maryland 21202
 tmw@nqgrg.com bmb@nqgrg.com
410-332-8523 (Direct)
410-332-8564 (Fax)

*Attorneys for Union Station Investco LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 24th day of May 2022, I served a true and correct copy of the foregoing Suggestion of Mootness on counsel of record via the CM/ECF filing system.

/s/ Paul J. Kiernan
Paul J. Kiernan

# EXHIBIT A

**KTB CRE DEBT FUND NO. 8, A KOREAN INVESTMENT TRUST**
c/o Rexmark Holdings LLC
295 Madison Avenue, Suite 1200
New York, New York 10017

May 24th, 2022

**VIA FAX and UPS**

Jones Lang LaSalle Americas, Inc.
200 E. Randolph Dr.
Chicago, IL 60601
Attention: General Counsel – Americas

Ashkenazy Acquisition Corp.
600 Madison Ave., 15th Floor
New York, New York 10022
Attention: Ben Ashkenazy
Fax: 212-213-5713

      Re:    Union Station: Revocation of Termination of Management Agreement

Dear Sirs:

Reference is made to the $330,000,000 mortgage loan (the "Loan") made by Citi Real Estate Funding Inc. and Natixis Real Estate Capital LLC (collectively, "Original Lender") to Union Station Investco LLC, a Delaware limited liability company ("Borrower"), as evidenced, inter alia, by that certain Loan Agreement dated as of May 8, 2018 (the "Loan Agreement") between Original Lender and Borrower. Effective as of January 5, 2022, Original Lender's successor-in-interest assigned the Loan and Original Lender's entire right, title and interest to the Loan documents to Kookmin Bank Co., Ltd., in its capacity as trustee of KTB CRE Debt Fund No. 8, a Korean investment trust ("Lender").

Reference is further made to the Assignment and Subordination of Management Agreement (the "Subordination Agreement"), dated as May 8, 2018, among Original Lender, Borrower and Jones Lang LaSalle Americas, Inc. ("Manager"), which was delivered in connection with the origination of the Loan. Capitalized terms used but not defined herein have the meanings ascribed to them in the Subordination Agreement.

Reference is further made to the Complaint for Condemnation and Request for Possession filed by the National Railroad Passenger Corporation in the United States District Court for the District of Columbia (the "Court") on April 14, 2022, Case 1:22-cv-01043.

1

Reference is also made to the Amendment to Second Amended and Restated Limited Liability Company Agreement as in Effect on the Date Hereof of Union Station Investco LLC made as of May 12, 2022, which William H. Henrich was appointed Manager.

Reference is further made to a notice dated as of April 28, 2022 (the "Termination Notice") by Lender to you. In the Termination Notice, Lender exercised its right, pursuant to Section 5 of the Subordination Agreement and Sections 7.3 and 7.4 of the Loan Agreement, to terminate the Management Agreement, effective May 28, 2022.

This letter is to advise you that, effective as of the date hereof, Lender's Termination Notice is withdrawn and revoked by Lender and by Borrower. Lender and Borrower hereby agree that they will not take action to remove Manager as property manager until the Court resolves all issues of ownership and possession of the Property, or until further order of the Court.

Please be advised that Lender reserves all rights and remedies available to it under the Loan Documents and applicable law and in equity.

Please contact Michael Rebibo at 212 575 0047 or mrebibo@rexmark.com or William H. Henrich if you have any questions regarding this withdrawal and revocation of the Termination Notice.

[SIGNATURE ON FOLLOWING PAGE]

2

Sincerely,

KTB CRE Debt Fund No. 8, a Korean investment trust

By: REXMARK HOLDINGS LLC, its authorized representative

By: _____

Name:   Michael Rebibo
Title:    Managing Principal

UNION STATION INVESTCO LLC, a Delaware limited liability company

By: _____

Name:   William H. Henrich
Title:    Authorized Signatory

cc:

Ben Ashkenazy
995 5th Avenue, 14th Floor
New York, New York 10028

Kriss & Feuerstein LLP
360 Lexington Avenue
New York, New York 10017
Attention: David Kriss, Esq.
Fax: 646-454-4166

KTB CRE Debt Fund No. 8
c/o Daol Asset Management, 28th Fl.
Post Tower
60 Yeouinaru-ro, Yeongdeungpo-gu
Seoul 07325, Korea
Attention: Jaesang Eum
E-mail: jaesang.eum@i-ktb.com

3

Kookim Bank Ltd.
10 fl, Sewoo Bldg., 115, Yeouigongwon-ro
Yeongdeungpo-gu, Seoul, Korea 07241
Attn: Jean Moon
E-mail: aco.kbg@kbfg.com

Mayer Brown LLP
1221 Avenue of Americas
New York, New York 10022
Attention: David M. Stewart, Esq.
E-Mail: dstewart@mayerbrown.com

4