IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)** | * | |
| | * | CIVIL ACTION NO. 1:22-CV-01043 |
| PLAINTIFF, | * | |
| v. | * | |
| **UNION STATION INVESTCO, LLC, et al.** | * | |
| DEFENDANTS. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NATIONAL RAILROAD PASSENGER CORPORATION'S WITHDRAWAL OF ITS EMERGENCY MOTION FOR INTERIM TERM OF POSSESSION WITHOUT PREJUDICE AND CONTINUED REQUEST FOR ISSUANCE OF SCHEDULING ORDER ON ISSUES OF POSSESSION**

After Amtrak filed its Emergency Motion for Interim Term of Possession, Lender issued the document attached hereto as **Exhibit A**, which states in pertinent part that "effective as of the date hereof, Lender's Termination Notice is withdrawn and revoked by Lender and by Borrower. Lender and Borrower hereby agree that they will not take action to remove Manager as property manager until the Court resolves all issues of ownership and possession of the Property, or until further order of the Court."[1] Accordingly, Amtrak hereby withdraws its Emergency Motion for Interim Term of Possession, without prejudice, except as stated below.

As part of the Emergency Motion, Amtrak had requested that this Court order an expedited briefing schedule related to issues of possession. The parties have not yet agreed on such a schedule, but Amtrak will continue working with the other parties in an effort to do so. To the extent the parties are unable to agree on a briefing schedule within two weeks of today's date, Amtrak respectfully

---

[1] The terms used herein are defined in Exhibit A.

1

requests that the Court either issue such a schedule or hold a status conference with the parties to determine such a briefing schedule. Amtrak appreciates the Court's attention to this matter and is hopeful that the parties will not need to seek further emergency relief from the Court in the interim, though it reserves the right to do so, including to protect safety, security, and service at the Station.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF NATIONAL RAILROAD PASSENGER CORPORATION**

/s/ Patricia McHugh Lambert
Patricia McHugh Lambert, US DC Bar ID MD0008
Kambon R. Williams, US DC BAR ID MD29872
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, MD  21204
Telephone:  410-938-8800
Fax: 410-832-5650
plambert@pklaw.com
kwilliams@pklaw.com

/s/ Lindsay Harrison
Lindsay Harrison, DC Bar #977407
Jessica Ring Amunson, DC Bar #497223
Jenner & Block, LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001-4412
Telephone:  202-639-6000
Fax: 202-639-6066
lharrison@jenner.com
jamunson@jenner.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of May, 2022, I served a true and correct copy of the foregoing Withdrawal of Emergency Motion on counsel of record via the CM/ECF filing system.

/s/ Lindsay Harrison