

901 DULANEY VALLEY ROAD
SUITE 500
BALTIMORE, MD 21204

BALTIMORE | COLUMBIA | BEL AIR

TELEPHONE 410-938-8800
FAX 410-832-5600
PKLAW.COM

*Patricia McHugh Lambert - 410-339-6759 - 410-832-5628 (f) - <u>plambert@pklaw.com</u>*

May 31, 2022

<u>VIA ELECTRONIC MAIL</u>

The Honorable Amit P. Mehta
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:   *National Railroad Passenger Corporation (Amtrak) v. Sublease Interest Obtained Pursuant to an Assignment and Assumption of Leasehold Interest made as of January 25, 2007, et al.*, Case No.: 1:22-cv-01043-APM

Dear Judge Mehta:

    In response to the Order entered on May 26, 2022, following the Status Conference, this letter presents a proposed briefing schedule for Amtrak's Motion for Possession. In light of the Court's schedule and preferences, the Parties have conferred and have agreed to the following briefing schedule:

    Filing of Amtrak's Motion for Possession – July 18, 2022

    Filing of Opposition(s)/Response(s) to Amtrak's Motion for Possession – September 23, 2022

    Filing of Amtrak's Reply to any Opposition(s)/Response(s) to Amtrak's Motion for Possession – October 24, 2022

The Honorable Amit P. MehtaPESSIN KATZ LAW, P.A.
May 31, 2022
Page 2

      Please note that this briefing schedule relates only to Amtrak's Motion for Possession and not to any ancillary issues related to USI'S Answer. The Parties respectfully request that the foregoing schedule be entered and we appreciate the Court's attention to and consideration of this matter.

                            Very truly yours,

                            Patricia McHugh Lambert

PML/vet
cc:All counsel of record.