# KASOWITZ BENSON TORRES LLP

DAVID E. ROSS
DIRECT DIAL: (212) 506-1748
DIRECT FAX: (212) 835-5048
DRoss@kasowitz.com

1633 BROADWAY

NEW YORK, NEW YORK 10019

(212) 506-1700

FAX: (212) 506-1800

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

May 31, 2022

**BY ECF**

The Hon. Amit P. Mehta
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

> Re: *National Railroad Passenger Corp. (Amtrak) v. Sublease Interest Pertaining to Described Leasehold Interests at Washington Union Station, et al.*, Docket No. 1:22-cv-01043 (APM)

Dear Judge Mehta:

We represent defendants Union Station Investco, LLC ("Investco") and Union Station Sole Member, LLC ("Sole Member," and together with Investco, "Owners") in the above-referenced matter. In response to the Order entered on May 26, 2022, following the Status Conference, we write to advise the Court that defendants Kookmin Bank Co., Ltd. ("Lender") and Investco, as represented by the law firm Neuberger, Quinn, Gielen, Rubin & Gibber P.A. ("Investco/Neuberger"), have agreed to the following briefing schedule regarding Owners' motion to strike the document filed as ECF No. 36 (the "Motion"):[1]

- Owners to file and serve the Motion on or before June 3, 2022 at 5:00 p.m.;
- Lender and Investco/Neuberger to file and serve their opposition to the Motion on or before June 17, 2022 at 5:00 p.m.; and
- Owners to file and serve their reply in support of the Motion on or before June 24, 2022.

We respectfully request that the foregoing schedule be entered.

---

[1] Plaintiff Amtrak has indicated that it is taking no position at this time regarding the dispute between Owners, Lenders, and Investco/Neuberger as to who controls and has the right to speak for Investco.

K ASOWITZ  B ENSON  T ORRES  LLP

The Hon. Amit P. Mehta
May 31, 2022
Page 2

                                                  Respectfully submitted,

                                                  /s/ David E. Ross

                                                  David E. Ross

Cc:  All counsel of record (by ECF)