**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Sublease Interest Obtained Pursuant to an Assignment and Assumption of Leasehold Interest made as of January 25, 2007, with said property interest Pertaining To Described Leasehold Interests at Washington Union Station located at 50 Massachusetts Avenue, NE Washington, D.C. 20002, UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC, KOOKMIN BANK CO., LTD. INDIVIDUALLY AND IN ITS CAPACITY AS TRUSTEE OF KTB CRE DEBT FUND NO. 8, A KOREAN INVESTMENT TRUST, and UNKNOWN OWNERS,<br><br>　　　　Defendants. | Case No. 1:22-cv-01043-APM<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS UNION STATION INVESTCO LLC'S AND**
**UNION STATION SOLE MEMBER LLC'S MOTION TO STRIKE**

　　　　Defendants Union Station Investco LLC ("Investco") and Union Station Sole Member LLC ("Sole Member," and together with Investco, "Owners") respectfully submit this motion, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, to strike the purported answer, ECF No. 36 (the "Neuberger/Investco Answer"), invalidly submitted on Investco's behalf by the law firm Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. ("Neuberger") at the behest of Defendant Kookmin Bank Co., Ltd., as Trustee of KTB CRE Debt Fund No. 8 ("Lender"). The motion should be granted for the reasons expressed in the accompanying memorandum of law and Declaration of Yossi Preiserowicz (a/k/a "Joe Press"), both filed herewith. Owners request oral argument on this motion.

Pursuant to Local Rule 7(c), a proposed order is submitted herewith.[1]

Dated: June 3, 2022

KASOWITZ BENSON TORRES LLP

By: /s/ *David E. Ross*
   Henry B. Brownstein
   D.C. Bar No. 1026042
   1399 New York Avenue, Suite 201
   Washington, D.C. 20005
   Tel.: (202) 760-3400
   hbrownstein@kasowitz.com

   David E. Ross (*admitted pro hac vice*)
   David J. Mark (*admitted pro hac vice*)
   Daniel J. Koevary (*admitted pro hac vice*)
   1633 Broadway
   Tel.: (212) 506-1700
   New York, NY 10019
   dross@kasowitz.com
   dmark@kasowitz.com
   dkoevary@kasowitz.com

   *-and-*

   ARENTFOX SCHIFF LLP

   James H. Hulme
   D.C. Bar #323014
   Laurel LaMontagne
   D.C. Bar #1613468
   1717 K Street, NW
   Washington, DC 20006
   Telephone: (202) 857-6000
   Facsimile: (202) 857-6395
   James.Hulme@afslaw.com

   *Attorneys for Defendants Union Station Investco LLC and Union Station Sole Member LLC*

---

[1] Pursuant to L. Civ. R. 7(m), Owners' counsel have conferred with Lender's counsel and Neuberger regarding the subject matter of this Motion, and it is Owners' counsel's understanding that Lender and Neuberger oppose this Motion. It is Owners' counsel's understanding that Amtrak takes no position on the Motion.