# EXHIBIT 4

# MorrisonCohen LLP

Y. David Scharf
Chair and Managing Partner
(212) 735-8604
dscharf@morrisoncohen.com

May 13, 2022

**VIA FAX, EMAIL, AND OVERNIGHT MAIL**

| | |
|---|---|
| Union Station Sole Member LLC<br>c/o Ashkenazy Acquisition Corp.<br>Attention: Ben Ashkenazy<br>150 East 58th Street, Penthouse<br>New York, NY 10155<br>Fax: 212-213-5713 | Union Station Investco LLC<br>c/o Ashkenazy Acquisition Corp.<br>150 East 58th Street, Penthouse<br>New York, NY 10155<br>Fax: 212-213-5713 |
| Union Station Sole Member LLC<br>c/o Ashkenazy Acquisition Corp.<br>Attention: Ben Ashkenazy<br>600 Madison Ave., 15th Floor<br>New York, New York 10022 | Ben Ashkenazy<br>995 5th Avenue, 14th Floor<br>New York, NY 10028<br><br>Kriss & Feuerstein LLP<br>360 Lexington Avenue<br>New York, NY 10017<br>Attention: David Kriss, Esq.<br>Fax: 646-454-4160, 646-454-4166<br>Email: dkriss@kandfllp.com |

Re: Mezzanine loan in the original principal amount of One Hundred Million Dollars ($100,000,000.00) ("**Mezz Loan**") made by Kookmin Bank Co., Ltd., as Trustee of KTB CRE Debt Fund No. 8, a Korean investment trust ("**Mezz Lender**"), to Union Station Sole Member LLC, a Delaware limited liability company ("**Borrower**"), as evidenced, *inter alia*, by that certain Mezzanine Loan Agreement dated as of May 8, 2018, as modified by that certain First Modification of Mezzanine Loan Agreement and Forbearance dated as of July 8, 2020 (as further amended, modified, restated and/or replaced from time to time "**Loan Agreement**"), by and between Lender and Borrower, and any other Loan Documents (as defined in the Loan Agreement), and secured by, *inter alia*, that certain Pledge and Security Agreement dated as of May 8, 2018 ("**Pledge Agreement**") made by Union Station Sole Member LLC (in such capacity, "**Pledgor**"). The Loan Agreement, Pledge Agreement, and Loan Documents and all other documents evidencing and securing the aforementioned instruments are hereinafter referred to as the "**Mezz Loan Documents**." All addressees are collectively hereinafter referred to as "**You**."

To whom it may concern:

I write on behalf of Rexmark Holdings LLC d/b/a Rexmark, as agent in the United States of KTB CRE Debt Fund No. 8 ("**Trust**") as Mezz Lender, with Kookmin Bank Co. Ltd., as Trustee of the Trust, and Daol Fund Management Co. as asset manager in Korea of the Trust, in regard to the above-referenced Mezz Loan. Reference is hereby made to the Mezz Loan Documents. Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Mezz Loan Documents.

As of the date hereof, certain Event(s) of Default exist under the Mezz Loan Documents for, among other things, failure to make required payments as identified in that certain letter dated

MorrisonCohen LLP

May 13, 2022
Page 2

November 12, 2021 ("**Notice of Default**"), wherein Borrower was notified that certain events of default exist in connection with the Mezz Loan Documents. By reason of the foregoing, Mezz Lender is entitled, in its sole and absolute discretion, to exercise certain rights and remedies under the Mezz Loan Documents.

Mezz Lender hereby notifies Union Station Investco, LLC ("**USI**") that Mezz Lender is exercising its rights pursuant to Section 8(a) of the Pledge, and hereby exercises Mezz Lender's option to have all Pledged Company Interests (as defined in the Pledge Agreement) registered in Mezz Lender's name. Mezz Lender hereby directs USI immediately to register all Pledged Company Interests in Mezz Lender's name, so that Mezz Lender is the sole member of USI. This instruction must be complied with by USI with no further instruction from Pledgor under Section 18(h) of the Pledge Agreement.

Should you have any questions, please feel free to contact me at (212) 735-8604.

Yours sincerely,

Y. David Scharf

cc:    KTB CRE Debt Fund No. 8
       c/o KTB Asset Management Co., Ltd.
       13FL, KTB Bldg, 66 Yeouidaero
       Yeongdeungpo-gu, Seoul 07325, Korea
       Attn: Jaesang Eum
       Email: jaesang.eum@i-ktb.com

       Kookim Bank Ltd.
       10 fl, Sewoo Bldg., 115, Yeouigongwon-ro
       Yeongdeungpo-gu, Seoul, Korea 07241
       Attn: Jean Moon
       Email: aco.kbg@kbfg.com

       Rexmark Holdings LLC
       295 Madison Avenue, Suite 1200
       New York, NY 10017
       Attn: Michael Rebibo
       Fax: 212-208-0967
       Email: mrebibo@rexmark.com

       KTB DAOL Asset Management
       28FL, POST TOWER, 60 Yeouinaru-ro
       Yeoungdeungpo-gu, Seoul 07325, Korea

       Mayer Brown LLP
       1221 Avenue of Americas
       New York, New York 10022
       Attn: David M. Stewart, Esq.
       Email: dstewart@mayerbrown.com