# EXHIBIT 5

# Morrison Cohen LLP

Y. David Scharf
Chair and Managing Partner
(212) 735-8604
dscharf@morrisoncohen.com

May 13, 2022

**VIA FAX, EMAIL, AND OVERNIGHT MAIL**

| | |
|---|---|
| Union Station Sole Member LLC<br>c/o Ashkenazy Acquisition Corp.<br>Attention: Ben Ashkenazy<br>150 East 58th Street, Penthouse<br>New York, NY 10155<br>Fax: 212-213-5713 | Union Station Investco LLC<br>c/o Ashkenazy Acquisition Corp.<br>150 East 58th Street, Penthouse<br>New York, NY 10155<br>Fax: 212-213-5713 |
| Union Station Sole Member LLC<br>c/o Ashkenazy Acquisition Corp.<br>Attention: Ben Ashkenazy<br>600 Madison Ave., 15th Floor<br>New York, New York 10022 | Ben Ashkenazy<br>995 5th Avenue, 14th Floor<br>New York, NY 10028 |
| | Kriss & Feuerstein LLP<br>360 Lexington Avenue<br>New York, NY 10017<br>Attention: David Kriss, Esq.<br>Fax: 646-454-4160, 646-454-4166<br>Email: dkriss@kandfllp.com |

Re: Mezzanine loan in the original principal amount of One Hundred Million Dollars ($100,000,000.00) ("**Mezz Loan**") made by Kookmin Bank Co., Ltd., as Trustee of KTB CRE Debt Fund No. 8, a Korean investment trust ("**Mezz Lender**"), to Union Station Sole Member LLC, a Delaware limited liability company ("**Borrower**"), as evidenced, *inter alia*, by that certain Mezzanine Loan Agreement dated as of May 8, 2018, as modified by that certain First Modification of Mezzanine Loan Agreement and Forbearance dated as of July 8, 2020 (as further amended, modified, restated and/or replaced from time to time "**Loan Agreement**"), by and between Lender and Borrower, and any other Loan Documents (as defined in the Loan Agreement), and secured by, *inter alia*, that certain Pledge and Security Agreement dated as of May 8, 2018 ("**Pledge Agreement**") made by Union Station Sole Member LLC (in such capacity, "**Pledgor**"). The Loan Agreement, Pledge Agreement, and Loan Documents and all other documents evidencing and securing the aforementioned instruments are hereinafter referred to as the "**Mezz Loan Documents**." All addressees are collectively hereinafter referred to as "**You**."

To all addressees:

I write on behalf of Rexmark Holdings LLC d/b/a Rexmark, as agent in the United States of KTB CRE Debt Fund No. 8 ("**Trust**") as Mezz Lender, with Kookmin Bank Co. Ltd., as Trustee of the Trust, and Daol Fund Management Co. as asset manager in Korea of the Trust, in regard to the above-referenced Mezz Loan. Reference is hereby made to the Mezz Loan Documents. Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Mezz Loan Documents.

MorrisonCohen LLP

May 13, 2022
Page 2

Pursuant to the Pledge Agreement, the Pledgor has pledged to the Mezz Lender, and the Mezz Lender has a perfected security interest in, the Collateral (as defined in the Pledge Agreement) consisting of, among other assets, all membership interests ("**Pledged Company Interests**") in Union Station Investco LLC ("**USI**") represented by those certain limited liability company certificates of USI, and all economic, voting, and managerial rights and powers of Pledgor in USI.

As of the date hereof, certain Event(s) of Default exist under the Mezz Loan Documents for, among other things, failure to make required payments as identified in that certain letter dated November 12, 2021 ("**Notice of Default**"), wherein Borrower was notified that certain events of default exist in connection with the Mezz Loan Documents. By reason of the foregoing, Mezz Lender is entitled, in its sole and absolute discretion, to exercise certain rights and remedies under the Mezz Loan Documents.

Mezz Lender hereby notifies You and confirms that Mezz Lender, pursuant to Section 9(a)(i) of the Pledge Agreement, has exercised its right "to exercise all voting, managerial, consensual and other powers of ownership pertaining to the Collateral under Mortgage Borrower's Operating Agreement as if Lender were the sole and absolute owner thereof[.]"

In accordance with its rights under Section 9(a)(i) of the Pledge Agreement, Mezz Lender hereby advises You that, effective immediately, it has amended the Second Amended and Restated Limited Liability Company Agreement of USI as in effect on the date hereof ("**Operating Agreement**") to eliminate the second sentence in Section 9(a) of the Operating Agreement, and to appoint William H. Henrich of Getzler Henrich & Associates as the new manager under the Operating Agreement ("**New Manager**"). Mezz Lender hereby (i) notifies Ben Ashkenazy ("**Ashkenazy**") that you are no longer the manager, and accordingly, you are prohibited from taking any actions in the capacity as manager on behalf of USI, and (ii) demands and directs You to turn over all corporate books and records to the New Manager immediately, with copies to Morrison Cohen.

Notwithstanding the exercise of the foregoing rights or any other rights or remedies or the taking of (or omitting to take) any action, including, without limitation, the commencement or continuation of discussions or negotiations, the acceptance of payments, or the postponement or delay in taking any action or exercising rights or remedies, Mezz Lender has not and does not waive the Event of Default or any other defaults which may exist now or hereafter. Mezz Lender shall not be limited or restricted from enforcing any rights or remedies available to it under the Mezz Loan Documents, at law, in equity, or otherwise.

Except as specified herein, this letter does not attempt to summarize all (i) existing misrepresentations, breaches, defaults, and Events of Default existing under the Mezz Loan Documents or the documents evidencing the Mortgage Loan, or (ii) rights and remedies of the Mezz Lender under the Mezz Loan Documents.  No exercise of any rights or remedies, or taking of (or omitting to take) any action, including, without limitation, any negotiations, making or acceptance of payments, delay in making demand or enforcing rights or remedies, or other action or inaction undertaken pursuant to this letter or under the Mezz Loan Documents or otherwise,

MorrisonCohen LLP

May 13, 2022
Page 3

shall constitute a waiver, modification, limitation, or release of any of Mezz Lender's rights and remedies at law or in equity or under the Mezz Loan Documents, or otherwise, all of which the Mezz Lender hereby reserves, unless otherwise specifically stated in a written agreement signed by Mezz Lender.

You are hereby further advised that You may not take any action whatsoever or initiate or continue any legal proceeding concerning, affecting, or with regard to USI.

Should you have any questions, please feel free to contact me at (212) 735-8604.

Yours sincerely,

Y. David Scharf

cc:  KTB CRE Debt Fund No. 8
c/o KTB Asset Management Co., Ltd.
13FL, KTB Bldg, 66 Yeouidaero
Yeongdeungpo-gu, Seoul 07325, Korea
Attn: Jaesang Eum
Fax: 82-2-788-8647
Email: jaesang.eum@i-ktb.com

Kookim Bank Ltd.
10 fl, Sewoo Bldg., 115, Yeouigongwon-ro
Yeongdeungpo-gu, Seoul, Korea 07241
Attn: Jean Moon
Email: aco.kbg@kbfg.com

Rexmark Holdings LLC
295 Madison Avenue
Suite 1200
New York, NY 10017
Attn: Michael Rebibo
Fax: 212-208-0967
Email: mrebibo@rexmark.com

KTB DAOL Asset Management
28FL, POST TOWER, 60 Yeouinaru-ro
Yeoungdeungpo-gu, Seoul 07325, Korea

Mayer Brown LLP
1221 Avenue of Americas
New York, New York 10022
Attn: David M. Stewart, Esq.
Email: dstewart@mayerbrown.com