# EXHIBIT 6

Case 1:22-cv-01043-APM   Document 55-8   Filed 06/03/22   Page 1 of 3

# MorrisonCohen LLP

Y. David Scharf
Chair and Managing Partner
(212) 735-8604
dscharf@morrisoncohen.com

May 13, 2022

**VIA FAX, EMAIL, AND OVERNIGHT MAIL**

Union Station Sole Member LLC
c/o Ashkenazy Acquisition Corp.
Attention: Ben Ashkenazy
150 East 58th Street, Penthouse
New York, NY 10155
Fax: 212-213-5713

Union Station Sole Member LLC
c/o Ashkenazy Acquisition Corp.
Attention: Ben Ashkenazy
600 Madison Ave., 15th Floor
New York, New York 10022

Union Station Investco LLC
c/o Ashkenazy Acquisition Corp.
150 East 58th Street, Penthouse
New York, NY 10155
Fax: 212-213-5713

Ben Ashkenazy
995 5th Avenue, 14th Floor
New York, NY 10028

Kriss & Feuerstein LLP
360 Lexington Avenue
New York, NY 10017
Attention: David Kriss, Esq.
Fax: 646-454-4160, 646-454-4166
Email: dkriss@kandfllp.com

Re: Mezzanine loan in the original principal amount of One Hundred Million Dollars ($100,000,000.00) ("**Mezz Loan**") made by Kookmin Bank Co., Ltd., as Trustee of KTB CRE Debt Fund No. 8, a Korean investment trust ("**Mezz Lender**"), to Union Station Sole Member LLC, a Delaware limited liability company ("**Borrower**"), as evidenced, *inter alia*, by that certain Mezzanine Loan Agreement dated as of May 8, 2018, as modified by that certain First Modification of Mezzanine Loan Agreement and Forbearance dated as of July 8, 2020 (as further amended, modified, restated and/or replaced from time to time "**Loan Agreement**"), by and between Lender and Borrower, and any other Loan Documents (as defined in the Loan Agreement), and secured by, *inter alia*, that certain Pledge and Security Agreement dated as of May 8, 2018 ("**Pledge Agreement**") made by Union Station Sole Member LLC (in such capacity, "**Pledgor**"). The Loan Agreement, Pledge Agreement, and Loan Documents and all other documents evidencing and securing the aforementioned instruments are hereinafter referred to as the "**Mezz Loan Documents**."

To whom it may concern:

I write on behalf of Rexmark Holdings LLC d/b/a Rexmark, as agent in the United States of KTB CRE Debt Fund No. 8 ("**Trust**") as Mezz Lender, with Kookmin Bank Co. Ltd., as Trustee of the Trust, and Daol Fund Management Co. as asset manager in Korea of the Trust, in regard to the above-referenced Mezz Loan. Reference is hereby made to the Mezz Loan Documents. Capitalized

MorrisonCohen LLP

May 13, 2022
Page 2

terms not otherwise defined herein shall have the meanings ascribed to them in the Mezz Loan Documents.

Lender hereby notifies Borrower of Lender's intention to exercise its rights as attorney-in-fact pursuant to Section 13 of the Pledge Agreement.

Should you have any questions, please feel free to contact me at (212) 735-8604.

Yours sincerely,

Y. David Scharf

cc: KTB CRE Debt Fund No. 8
c/o KTB Asset Management Co., Ltd.
13FL, KTB Bldg, 66 Yeouidaero
Yeongdeungpo-gu, Seoul 07325, Korea
Attn: Jaesang Eum
Fax: 82-2-788-8647
Email: jaesang.eum@i-ktb.com

Kookim Bank Ltd.
10 fl, Sewoo Bldg., 115, Yeouigongwon-ro
Yeongdeungpo-gu, Seoul, Korea 07241
Attn: Jean Moon
Email: aco.kbg@kbfg.com

Rexmark Holdings LLC
295 Madison Avenue
Suite 1200
New York, NY 10017
Attn: Michael Rebibo
Fax: 212-208-0967
Email: mrebibo@rexmark.com

KTB DAOL Asset Management
28FL, POST TOWER, 60 Yeouinaru-ro
Yeoungdeungpo-gu, Seoul 07325, Korea

Mayer Brown LLP
1221 Avenue of Americas
New York, New York 10022
Attn: David M. Stewart, Esq.
Email: dstewart@mayerbrown.com