## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),<br><br>        Plaintiff,<br><br>        v.<br><br>Sublease Interest Obtained Pursuant to an Assignment and Assumption of Leasehold Interest made as of January 25, 2007, with said property interest Pertaining To Described Leasehold Interests at Washington Union Station located at 50 Massachusetts Avenue, NE Washington, D.C. 20002, UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC, KOOKMIN BANK CO., LTD. INDIVIDUALLY AND IN ITS CAPACITY AS TRUSTEE OF KTB CRE DEBT FUND NO. 8, A KOREAN INVESTMENT TRUST, and UNKNOWN OWNERS,<br><br>        Defendants. | Case No. 1:22-cv-01043-APM<br><br>**ORAL ARGUMENT REQUESTED** |

## [PROPOSED] ORDER GRANTING
## DEFENDANTS UNION STATION INVESTCO LLC'S AND
## UNION STATION SOLE MEMBER LLC'S MOTION TO STRIKE

Having considered Defendants Union Station Investco LLC's and Union Station Sole Member LLC's Motion (the "Motion") To Strike the Answer filed at ECF No. 36 (the "Neuberger/Investco Answer") by the law firm Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. ("Neuberger"), and the submissions, supporting documents, and other pleadings and papers submitted in support of the Motion and in opposition thereto:

IT IS HEREBY ORDERED that Plaintiffs' motion to strike is GRANTED; and

2

IT IS FURTHER ORDERED that the Neuberger/Investco Answer (ECF No. 36) is STRICKEN from the record in this action and shall be removed from the ECF docket in this case.

Dated: _____          _____
                                        HON. Amit P. Mehta
                                        United States District Judge