**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

------------------------------------------------

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

      Plaintiff,                                      No. 1:22-cv-01043(APM)

      v.

SUBLEASE INTEREST PERTAINING TO
DESCRIBED LEASEHOLD INTERESTS
AT WASHINGTON UNION STATION, et al.

      Defendants.

------------------------------------------------

**MEMORANDUM IN OPPOSITION TO
<u>MOTION TO STRIKE ANSWER</u>**

Union Station Investco LLC ("**Defendant**" or "**USI**"), by and through its undersigned counsel, hereby opposes the motion to strike the first, and only authorized, Answer filed on behalf of USI by undersigned counsel in response to the condemnation complaint filed by National Railroad Passenger Corporation ("**Amtrak**") (the "**Motion**").

As set forth in detail in the opposition to the Motion filed by Kookmin Bank Co., Ltd., individually and in its capacity as trustee ("**Trustee**" or "**Kookmin**") of KTB CRE Debt Fund No. 8, a Korean Investment Trust ("**Trust**"), by its agent on behalf of Trust in Korea, Daol Fund Management Co. ("**Daol Fund**") and by its agent on behalf of Trust in the United States, Rexmark Holdings LLC d/b/a Rexmark ("**Rexmark Holdings**," together with Trustee, Trust, and Daol Fund, "**Lender**") (the "**Lender's Opposition**"), the only valid manager of USI, William H. Henrich ("**Mr. Henrich**"), properly hired undersigned counsel to represent USI in this case.

1

Accordingly, the Answer undersigned counsel filed on behalf of USI is the only valid Answer. The Motion should be denied.

In sum, on or about May 13, 2022, Lender exercised various rights under a Pledge Agreement and other loan documents to take control of USI. Based on the content of these notices and simultaneous amendments to the applicable operating agreement, Mr. Henrich was named the Manager of USI with the power to act on behalf of USI, including the right to retain counsel and defend this condemnation case. Accordingly, Mr. Henrich hired undersigned counsel, who filed a valid Answer on behalf of USI (Doc. 36).

Rather than repeat the detailed factual and legal positions in Lender's Opposition, USI hereby incorporates the arguments made in Lender's Opposition (Doc. 56) herein by reference.

WHEREFORE, USI respectfully requests that the Court deny the Motion and instead strike the unauthorized Answer filed by Arent Fox Schiff LLP and Kasowitz Benson Torres LLP (Doc. 38).

    Respectfully Submitted,

     /s/  Thomas M. Wood IV
    Thomas M. Wood IV, DC Bar # 426879
    Brian M. Boyle, DC Bar# 999925
    Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
    One South Street, 27th Floor
    Baltimore, Maryland 21202
    tmw@nqgrg.com
    bmb@nqgrg.com
    410-332-8523 (Direct)
    410-332-8564 (Fax)

*Attorneys for Union Station Investco LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June 2022, I served a true and correct copy of the foregoing Memorandum in Opposition to Motion to Strike Answer on counsel of record via the CM/ECF filing system.

          /s/  Thomas M. Wood IV
          Thomas M. Wood IV