IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

      Plaintiff,                                  No. 1:22-cv-01043(APM)

      v.

SUBLEASE INTEREST PERTAINING TO
DESCRIBED LEASEHOLD INTERESTS
AT WASHINGTON UNION STATION, et al.

      Defendants.

------------------------------------------------

**MEMORANDUM IN SUPPORT TO**
**MOTION FOR ORDER OF APPROVAL OF CONTRACT WITH PROPERTY MANAGER**

      Union Station Investco LLC ("**Defendant**" or "**USI**"), by and through its undersigned counsel, hereby joins in the relief requested by the Motion for Order of Approval of Contract with Property Manager (Doc. 59) filed by Kookmin Bank Co., Ltd., individually and in its capacity as trustee ("**Trustee**" or "**Kookmin**") of KTB CRE Debt Fund No. 8, a Korean Investment Trust ("**Trust**"), by its agent on behalf of Trust in Korea, Daol Fund Management Co. ("**Daol Fund**") and by its agent on behalf of Trust in the United States, Rexmark Holdings LLC d/b/a Rexmark ("**Rexmark Holdings**," together with Trustee, Trust, and Daol Fund, "**Lender**") (the "**Motion**").

      As set forth in detail in the Motion and the Lender's memorandum in opposition to the motion to strike (Doc. 57), the only valid manager of USI is William H. Henrich, who was appointed by Lender on May 13, 2022, pursuant to the exercise of Lender's express rights under a Pledge Agreement and other loan documents. Initially, USI sought to hire Cushman & Wakefield ("**C&W**") to manage Union Station. Following the motion of the National Railroad Passenger

1

Corporation ("**Amtrak**") (Doc. 41), which Amtrak later withdrew (Doc. 47), USI committed to work with the existing property manager, Jones Lang LaSalle Americas, Inc. ("**JLL**").  JLL, however, continues to take orders from the former manager, Ben Ashkenazy and his companies (collectively, "**Ashkenazy**"), who have been actively undermining and obstructing USI's attempts to continue working with JLL.  (Doc. 57 at 7-8, 10-11).  To date, as a result of Ashkenzay's interference, JLL has so far declined to execute a management agreement directly with USI.  (*Id.*).  Accordingly, USI joins Lender in seeking relief from Ashkenazy's interference with JLL and the essential and safe continued operations of Union Station.

      WHEREFORE, USI respectfully requests that the Court enter an order approving the execution of a contract between USI and JLL for management of Union Station or, if JLL does not agree to contract directly with USI, approving the execution of a contract between USI and C&W for management of Union Station.

Respectfully Submitted,

  /s/  Thomas M. Wood IV
Thomas M. Wood IV, DC Bar # 426879
Brian M. Boyle, DC Bar# 999925
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
tmw@nqgrg.com
bmb@nqgrg.com
410-332-8523 (Direct)
410-332-8564 (Fax)

*Attorneys for Union Station Investco LLC*