IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------- X

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

      Plaintiff,                                                        No. 1:22-cv-01043(APM)

      v.

SUBLEASE INTEREST PERTAINING TO
DESCRIBED LEASEHOLD INTERESTS
AT WASHINGTON UNION STATION, et al.

      Defendants.

---------------------------------------------------------------------- X

**REQUEST OF KOOKMIN BANK CO. LTD TO SCHEDULE HEARING**

    Defendant Kookmin Bank Co., Ltd., individually ("Kookmin") and in its capacity as trustee ("Trustee") of KTB CRE Debt Fund No. 8, a Korean Investment Trust (the "Trust"), by its agent on behalf of the Trust in Korea, Daol Fund Management Co. ("Daol"), and by its agent on behalf of the Trust in the United States, Rexmark Holdings LLC d/b/a Rexmark ("Rexmark," and together with Kookmin, Trustee, the Trust, and Daol, "Lender"), respectfully requests that the Court schedule a hearing as promptly as the business of the Court permits in order to address Kookmin's Emergency Motion filed on Friday June 24, 2022 (ECF Doc. No. 59). Kookmin is concerned about the continuing limbo in the property-management situation and requests that the matter be addressed as promptly as possible. Kookmin has informed counsel of this request. Defendant Union Station Sole Member LLC ("USSM") opposes Kookmin's request for an expedited hearing to the extent a hearing would be held before July 8, 2022. Plaintiff National

Railroad Passenger Corporation ("Amtrak") does not oppose the request for a hearing, but opposes expedited briefing.

| MORRISON COHEN LLP | HOLLAND & KNIGHT LLP |
|---|---|
| */s/ Y. David Scharf* <br> Y. David Scharf <br> Brett Dockwell <br> Kristin T. Roy <br> Latisha V. Thompson <br> Amber R. Will <br> Mahnoor Misbah <br> *Admitted pro hac vice* <br> 909 Third Avenue <br> New York, New York 10022 <br> (212) 735-8600 | */s/ Paul J. Kiernan* <br> Paul J. Kiernan <br> Louis J. Rouleau <br> 800 17th Street N.W. <br> Suite 1100 <br> Washington, D.C. 20006 <br> Phone: 202-663-7276 <br> Fax: 202-955-5564 <br> Paul.Kiernan@hklaw.com <br><br> *Attorneys for Defendant Kookmin Bank Co., Ltd.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 30th day of June 2022, I served a true and correct copy of the foregoing Request to Schedule Hearing on counsel of record via the CM/ECF filing system.

*/s/ Y. David Scharf*
Y. David Scharf