IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),<br><br>    Plaintiff,<br><br>    v.<br><br>Sublease Interest Obtained Pursuant to an Assignment and Assumption of Leasehold Interest made as of January 25, 2007, with said property interest Pertaining To Described Leasehold Interests at Washington Union Station located at 50 Massachusetts Avenue, NE Washington, D.C. 20002, UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC, KOOKMIN BANK CO., LTD. INDIVIDUALLY AND IN ITS CAPACITY AS TRUSTEE OF KTB CRE DEBT FUND NO. 8, A KOREAN INVESTMENT TRUST, and UNKNOWN OWNERS,<br><br>    Defendants. | Case No. 1:22-cv-01043-APM |

## LIMITED OPPOSITION TO KOOKMIN BANK CO. LTD'S REQUEST TO SCHEDULE HEARING

Defendants Union Station Investco LLC ("Investco") and Union Station Sole Member LLC ("Sole Member," and together with Investco, "Owners") respectfully request that any hearing regarding Defendant Kookmin Bank Co., Ltd.'s ("Kookmin") Emergency Motion filed on Friday, June 24, 2022 (Doc # 59) occur after Owners have had an opportunity to submit opposition papers, which Owners intend to file on Friday, July 8, 2022, in accordance with LCrR 7(b).  Contrary to Kookmin's contention in its Request to Schedule Hearing (Doc # 65), the property at issue is being safely and effectively managed by Owners, as it has been for the last 15 years, and there is no cause or need—let alone an emergent one—to change the status quo. Finally, we note that Plaintiff National Railroad Passenger Corporation (Amtrak)—the current owner of the condemned leasehold to all of Union Station, and the significant occupant and user

of Union Station—(i) has not raised any issue or concern whatsoever as to Owners' ongoing management of Union Station; (ii) has not filed its own motion as condemnor seeking any relief whatsoever against Owners or Jones Lang Lasalle LLC regarding the ongoing management; and (iii) also opposes expedited briefing.

Dated: June 30, 2022

KASOWITZ BENSON TORRES LLP

By: /s/ *David E. Ross*
Henry B. Brownstein
D.C. Bar No. 1026042
1399 New York Avenue, Suite 201
Washington, D.C. 20005
Tel.: (202) 760-3400
hbrownstein@kasowitz.com

David E. Ross (*admitted pro hac vice*)
David J. Mark (*admitted pro hac vice*)
Daniel J. Koevary (*admitted pro hac vice*)
1633 Broadway
Tel.: (212) 506-1700
New York, NY 10019
dross@kasowitz.com
dmark@kasowitz.com
dkoevary@kasowitz.com

-and-

ARENTFOX SCHIFF LLP

James H. Hulme
D.C. Bar #323014
Laurel LaMontagne
D.C. Bar #1613468
1717 K Street, NW
Washington, DC 20006
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
James.Hulme@afslaw.com

*Attorneys for Defendants Union Station Investco LLC and Union Station Sole Member LLC*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 30th day of June 2022, I served a true and correct copy of the foregoing Limited Opposition to Kookmin's Request to Schedule Hearing on counsel of record via the CM/ECF filing system.

                                                                   /s/ *David E. Ross*
                                                                    David E. Ross