**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) | ) ) ) | |
| PLAINTIFF, | ) ) | CIVIL ACTION NO. 1:22-CV-01043 |
| v. | ) ) | |
| UNION STATION INVESTCO, LLC, et al. | ) ) | |
| DEFENDANTS. | ) ) | |

**PLAINTIFF NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION
FOR IMMEDIATE POSSESSION OF THE SUBJECT PROPERTY INTEREST**

Pursuant to 49 U.S.C. § 24311(b)(2), Plaintiff National Railroad Passenger Corporation ("Amtrak"), through undersigned counsel, respectfully moves this Court for an order granting Amtrak immediate possession of Washington Union Station ("WUS" or "Station"), located at 50 Massachusetts Ave. NE, Washington, D.C. 20002.  In support of this motion, Amtrak respectfully refers the Court to the accompanying memorandum of points and authorities and exhibits, which are being filed concurrently with this motion.  Pursuant to Local Civil Rule 7(c), a proposed order consistent with this motion is also attached.  Pursuant to Local Civil Rule 7(m), Amtrak conferred with counsel for Defendants, who will respond to the Motion pursuant to the Court's previously-ordered schedule.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF NATIONAL RAILROAD
PASSENGER CORPORATION**

/s Patricia McHugh Lambert
Patricia McHugh Lambert, US DC Bar ID MD0008
Kambon R. Williams, US DC Bar ID MD29872

PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, MD 21204
Telephone: 410-938-8800
Fax: 410-832-5650
plambert@pklaw.com
kwilliams@pklaw.com


/Lindsay C. Harrison
Lindsay C. Harrison, DC Bar #977407
Jessica Ring Amunson, DC Bar #497223
JENNER & BLOCK, LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001-4412
Telephone: 202-639-6000
Fax: 202-639-6066
lharrison@jenner.com
jamunson@jenner.com