IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)**,<br><br>PLAINTIFF,<br><br>v.<br><br>**UNION STATION INVESTCO, LLC, et al.**<br><br>DEFENDANTS. | CIVIL ACTION NO. 1:22-CV-01043 |

## DECLARATION OF LINDSAY C. HARRISON

I, Lindsay C. Harrison, hereby declare as follows:

1. I am a Partner at Jenner & Block, LLP, and counsel to Plaintiff National Railroad Passenger Corporation ("Amtrak") in the above-captioned matter. I make this declaration in support of Amtrak's Motion for Immediate Possession.

2. Attached as Exhibit 1 is a true and correct copy of letter correspondence between Daniel J. Sporik and Joseph Press, Executive Vice President at Union Station Investco ("USI"). On January 28, 2022, Mr. Sporik sent a letter to Mr. Press inviting USI to an appraisal walk-through of WUS that Amtrak would be conducting.

3. Attached as Exhibit 2 is a true and correct copy of letter correspondence between David E. Ross of Kasowitz, Benson, Torres LLP and Daniel J. Sporik. On January 28, 2022, Mr. Ross sent a letter to Mr. Sporik refusing to attend the appraisal walk-through offered in Exhibit 1, and asserting that Amtrak had no right to conduct the appraisal.

4. Attached as Exhibit 3 is a true and correct copy of letter correspondence between Dennis Newman, Executive Vice President at Amtrak, and Mr. Press. On April 6, 2022, Mr.

Newman sent a letter to Mr. Press offering to purchase the leasehold property interest in WUS for $250 million. The offer was to remain open until April 13, 2022.

5. Attached as Exhibit 4 is a true and correct copy of a lawsuit filed by Kookmin Bank (the "Bank") in the Supreme Court of the State of New York. On July 1, 2022, the Bank filed a complaint against Ben Ashkenazy. The complaint asserts that Mr. Ashkenazy has breached loan agreements with the Bank and is interfering with the Bank's rights under the loan agreements to take property interest in Washington Union Station.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on July 8, 2022.

Respectfully submitted,

*/s/ Lindsay C. Harrison*

Lindsay C. Harrison, DC Bar #977407
JENNER & BLOCK, LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001-4412
Telephone: 202-639-6000
Fax: 202-639-6066
lharrison@jenner.com