

**NATIONAL RAILROAD PASSENGER CORPORATION**
1 Massachusetts Avenue, N.W., Washington, DC  20001

*Via Email Only*

January 28, 2022

Mr. Joe Press,
Executive Vice President
Union Station Investco, LLC
2W/40 Massachusetts Avenue, NE
Washington, DC  20002-4225

      Re: Washington Union Station ("WUS") Appraisal

Dear Joe:

Amtrak is in the process of obtaining a valuation appraisal of property interests at Washington Union Station ("WUS").  As part of the process of obtaining this valuation appraisal, Amtrak wanted to advise you that appraiser, John Ferrell, will be conducting an on-site inspection on January 31, 2022 at 1:00pm.

Amtrak wanted to let you know that this was happening and provide you or your designee the opportunity to accompany me and the appraiser during this inspection. Please let me know if you are interested and we can coordinate a meeting place and time.

Sincerely,

*Daniel J. Sporik*

Daniel J. Sporik
Director Portfolio Management, Washington Union Station