# KASOWITZ BENSON TORRES LLP

|  |  |  |
|---|---|---|
| David E. Ross<br>Direct Dial: (212) 506-1748<br>Direct Fax: (212) 835-5048<br>DRoss@kasowitz.com | 1633 BROADWAY<br>NEW YORK, NEW YORK 10019<br>(212) 506-1700<br>FAX: (212) 506-1800 | Atlanta<br>Houston<br>Los Angeles<br>Miami<br>Newark<br>San Francisco<br>Silicon Valley<br>Washington DC |

January 28, 2022

**BY EMAIL**

Mr. Daniel J. Sporik
Director Portfolio Management, Washington Union Station
Amtrak
National Railroad Passenger Corporation
1 Massachusetts Avenue, N.W.
Washington, D.C. 20001
*daniel.sporik@amtrak.com*

  Re: Union Station

Dear Mr. Sporik:

  We represent Union Station Investco LLC ("Owner"), owner of lease rights at Union Station. We have been advised that Amtrak, Owner's tenant, intends to conduct a valuation appraisal of property interests site inspection on January 31, 2022.

  Amtrak has no rights to conduct an on-site inspection or valuation appraisal of property interests of Union Station as a tenant or otherwise. Accordingly, we demand that Amtrak refrain from conducting the inspection, and cease and desist from seeking or obtaining a valuation appraisal of property interests of Union Station. To the extent Amtrak is in possession of any confidential information or materials regarding Union Station received directly or indirectly from Owner, Amtrak is barred from using such information for any improper purpose including the threatened valuation appraisal of property interests.

  Owner reserves all and waives none of its rights and remedies.

            Sincerely,

            */s/ David E. Ross*

            David E. Ross