

**NATIONAL RAILROAD PASSENGER CORPORATION**
1 Massachusetts Avenue, N.W., Washington D.C. 20001

April 6, 2022

*SENT VIA ELECTRONIC MAIL*
jpress@aacrealty.com

Mr. Joseph Press
Executive Vice President
Union Station Investco, LLC
2W/40 Massachusetts Avenue, NE
Washington, D.C. 20002-4225

> **Re:** *Amtrak's Offer to Purchase USI's Leasehold Interest in Washington Union Station, Located at 50 Massachusetts Avenue, NE, Washington, D.C. 20002*

Dear Mr. Press:

This letter provides notice of National Railroad Passenger Corporation's ("Amtrak") interest in acquiring the leasehold property interest that Union Station Investco, LLC ("USI") acquired from Union Station Venture II, LLC by the Assignment and Assumption of Leasehold Interest made as of January 25, 2007 (the "Subject Property Interest"). The Subject Property Interest is located at Washington Union Station ("WUS"), 50 Massachusetts Avenue, NE, Washington, D.C. 20002. Public records reflect that USI, a Delaware limited liability company, is the holder of the Subject Property Interest. Amtrak has determined that its ownership of the Subject Property Interest is necessary for intercity rail passenger transportation, and therefore, Amtrak seeks to acquire title to the Subject Property Interest.

Amtrak hereby extends the following offer to acquire the Subject Property Interest ("Offer"): Amtrak offers to purchase the Subject Property Interest free and clear of all taxes, assessments, liens, encumbrances or claims of any kind and nature,[1] for **Two Hundred and Fifty Million ($250,000,000) Dollars**.[2]  Amtrak's Offer to purchase the Subject Property Interest for this amount will remain open only until 6 p.m. ET on April 13, 2022.

---

[1] Amtrak's acquisition would not disturb the existing subordinate subleases and/or sublicenses; all subordinate subleases and/or sublicenses would remain in effect in accordance with their terms and conditions.

[2] Amtrak has obtained from a certified real estate appraiser a valuation of the estimated just compensation for the Subject Property Interest in the amount of Two Hundred and Fifty Million Dollars ($250,000,000).

Mr. Joseph Press
Union Station Investco, LLC
April 6, 2022


     If USI prefers, Amtrak is willing to meet with USI to discuss the acquisition of the Subject Property Interest. If, however, USI wishes to provide additional information to Amtrak related to the Offer and/or acquisition, please send any such information to Amtrak immediately.  Amtrak asks that USI respond on or before Wednesday, April 13, at 6 p.m. ET if USI wishes to discuss its position regarding this letter and/or Amtrak's Offer. Any communications with respect to this matter should be directed to me.

     Amtrak looks forward to hearing from you regarding the Offer.


           Sincerely,

           National Railroad Passenger Corporation


           By: _____
              Dennis Newman
              Executive Vice President
              Strategy, Planning & Accessibility