# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)**, <br><br> PLAINTIFF, <br><br> v. <br><br> **UNION STATION INVESTCO, LLC, et al.** <br><br> DEFENDANTS. | CIVIL ACTION NO. 1:22-CV-01043 |

**[PROPOSED] ORDER GRANTING PLAINTIFF NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION FOR IMMEDIATE POSSESSION OF THE SUBJECT PROPERY INTEREST**

On July 8, 2022, Plaintiff National Railroad Passenger Corporation filed a Motion for Immediate Possession of the Subject Property Interest in Washington Union Station (the "Motion"). Having considered the Motion, and other pleadings and papers submitted in support or opposition to the Motion, and for good cause shown, the Court finds that the Motion should be GRANTED.

SO ORDERED this _____ day of _____, 2022.

_____
The Honorable Amit P. Mehta
United States District Judge