IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),<br><br>        Plaintiff,<br><br>  v.<br><br>Sublease Interest Obtained Pursuant to an Assignment and Assumption of Leasehold Interest made as of January 25, 2007, with said property interest Pertaining To Described Leasehold Interests at Washington Union Station located at 50 Massachusetts Avenue, NE Washington, D.C. 20002, UNION STATION INVESTCO, LLC, UNION STATION SOLE MEMBER, LLC, KOOKMIN BANK CO., LTD. INDIVIDUALLY AND IN ITS CAPACITY AS TRUSTEE OF KTB CRE DEBT FUND NO. 8, A KOREAN INVESTMENT TRUST, and UNKNOWN OWNERS,<br><br>        Defendants. | Case No. 1:22-cv-01043-APM |

## JOINT STATUS REPORT

In accordance with the Court's Order entered at the hearing on July 21, 2022 and the minute order entered July 29, 2022, which required that the parties update the Court on their ongoing discussions, the parties hereby submit this Joint Status Report. The ongoing discussions have been unsuccessful in resolving by agreement the disputes which formed the basis of the pending motions. *See* ECF Nos. 55, 59. The parties do not believe that further discussions will resolve these disputes.

Dated: August 3, 2022

| | |
|---|---|
| MORRISON COHEN LLP | KASOWITZ BENSON TORRES LLP |
|   /s/ *Y. David Scharf* |   /s/ *David E. Ross* |
| Y. David Scharf (*admitted pro hac vice*) | David E. Ross (*admitted pro hac vice*) |

<div style="columns:2">

909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
dscharf@morrisoncohen.com

HOLLAND & KNIGHT LLP
Paul J. Kiernan
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 663-7276
paul.kiernan@hklaw.com

*Attorneys for Defendant Kookmin*

PESSIN KATZ LAW, P.A.

　　／s/ *Patricia McHugh Lambert*

Patricia McHugh Lambert
901 Dulaney Valley Road, Suite 500
Towson, MD 21204
Telephone: 410-938-8800
plambert@pklaw.com

JENNER & BLOCK, LLP
Lindsay C. Harrison
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone: (202) 639-6000
lharrison@jenner.com

*Attorneys for Plaintiff National Railroad Passenger Corporation (Amtrak)*

1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
dross@kasowitz.com

ARENTFOX SCHIFF LLP
James H. Hulme
1717 K Street, NW
Washington, D.C. 20006
Telephone: (202) 857-6000
james.hulme@afslaw.com

*Attorneys for Defendants Union Station Investco LLC and Union Station Sole Member LLC*

NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

　　／s/ *Brian M. Boyle*

Thomas M. Wood IV, DC Bar # 426879
Brian M. Boyle, DC Bar# 999925
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
tmw@nqgrg.com
bmb@nqgrg.com
410-332-8523 (Direct)
410-332-8564 (Fax)

*Attorneys for Defendant Union Station Investco LLC*

</div>