IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------- X

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

    Plaintiff,

    v.

SUBLEASE INTEREST PERTAINING TO
DESCRIBED LEASEHOLD INTERESTS
AT WASHINGTON UNION STATION, et al.

    Defendants.

No. 1:22-cv-01043(APM)

[PROPOSED]
**STATUS REPORT**

---------------------------------------------------------------------- X

    Counsel for Defendant Kookmin Bank Co., Ltd. ("Lender") submit this Proposed Status Report to update the Court on the recent proceedings held in *Daol Rexmark Union Station, LLC et al. v. Union Station Sole Member, LLC*, 1:22-cv-06649-GHW (S.D.N.Y.) (the "SDNY Action"). We asked counsel for Defendant Union Station Sole Member, LLC ("USSM") to join us in this submission. They declined and stated we were not authorized to file on behalf of USSM.

    ***************

    As discussed during the status conference before this Court on August 9, 2022, Lender filed an action in the U.S. District Court of the Southern District of New York ("SDNY Court") to address ownership of the mezzanine collateral, i.e. the equity in Union Station Investco, LLC ("USI"), after a foreclosure sale was held on June 14, 2022.  (SDNY Action, ECF Doc. No. 1.) With its declaratory judgment claim, Lender sought a preliminary injunction by order to show cause.  (SDNY Action, ECF Doc. No. 6.)  On August 10, the SDNY Court signed the order to show cause.  (SDNY Action, ECF Doc. No. 19.).  Thereafter, the parties filed their papers in accordance with the order to show cause.  On August 22, nonparty National Railroad Passenger

Corporation ("Amtrak") sought leave to file an amicus brief in support of neither party in connection with Lender's request for preliminary injunctive relief. (SDNY Action, ECF Doc. No. 33.)

On August 23, 2022, the SDNY Court heard oral argument from the parties and issued a ruling from the bench, granting Lender's request for a preliminary injunction. That ruling was reduced to a written order ("PI Order"), a copy of which is attached hereto as Exhibit A. The PI Order states, in relevant part, that:

> Pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Court enjoins USSM, its officers, directors, members, employees, agents, and all those acting in concert with any of them (the "Restrained Parties"), during the pendency of this action, from (1) holding itself out as the owner or in control of Union Station Investco, LLC ("USI"); (2) exercising or purporting to exercise any contractual or other legal right of USI; (3) collecting, transferring, seizing, or directing the transfer of any assets or liabilities of USI; and (4) impeding the collection or transfer of any assets to USI that are owed to it.

(Ex. A, SDNY Action, ECF Doc. No. 39.) In its oral ruling, the SDNY Court noted that it considered the briefing from Lender and USSM, as well as Amtrak's amicus brief. A copy of the transcript of the August 23 preliminary-injunction hearing is attached hereto as Exhibit B.

Pursuant to the PI Order, Lender posted a $500,000 bond.

Following the entry of the PI Order, the Restrained Parties elected to cease management of Washington Union Station, and notified Jones Lang Lasalle Americas, Inc., the Union Station Redevelopment Corp., Amtrak, and Lender that the Restrained Parties are no longer involved with managing Washington Union Station.

USSM has until September 17, 2022 to answer or otherwise respond to Lender's complaint in the SDNY Action. The Court has not established any other deadlines or issued a schedule for further proceedings.

If the Court requires additional information regarding the status of the SDNY Action, Lender's counsel will make themselves available at the Court's convenience.

Dated: September 2, 2022
      New York, New York

MORRISON COHEN LLP

    /s/ *Y. David Scharf*

Y. David Scharf (*admitted pro hac vice*)
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
dscharf@morrisoncohen.com

HOLLAND & KNIGHT LLP
Paul J. Kiernan
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 663-7276
paul.kiernan@hklaw.com

*Attorneys for Defendant Kookmin Bank Co., Ltd.*