IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- X

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

      Plaintiff,                                                        No. 1:22-cv-01043(APM)

      v.                                                             Judge Amit P. Mehta

SUBLEASE INTEREST PERTAINING TO
DESCRIBED LEASEHOLD INTERESTS
AT WASHINGTON UNION STATION, et al.

      Defendants.

------------------------------------------------------------------- X

**LENDER'S STATUS REPORT REGARDING
AMTRAK'S MOTION FOR IMMEDIATE POSSESSION**

Pursuant to this Court's direction on January 18, 2023, Defendant Kookmin Bank Co., Ltd., individually ("Kookmin") and in its capacity as trustee ("Trustee") of KTB CRE Debt Fund No. 8, a Korean Investment Trust (the "Trust"), by its agent on behalf of the Trust in Korea, Daol Fund Management Co. ("Daol"), and by its agent on behalf of the Trust in United States, Rexmark Holdings LLC d/b/a Rexmark ("Rexmark," and together with Kookmin, Trustee, the Trust, and Daol, "Lender") hereby submits this status report regarding the motion for immediate possession filed by Plaintiff National Railroad Passenger Corporation ("Amtrak") (the "Motion").

At the hearing held on January 18, 2023, the Court directed the parties to negotiate the potential sale of the leasehold interest in Washington Union Station for a period of thirty (30) days and report back to the Court as to the status of those negotiations. Lender prepared this submission as a joint status report, but Amtrak informed Lender that it would file its own submission.

Amtrak and Lender thereafter met three times to discuss the potential sale of the leasehold interest. Lender negotiated on behalf of Defendant Union Station Investco, LLC ("USI") as the effective holder of the entirety of USI's membership interests.[1]

As the Court is aware, Amtrak had deposited $250 million as just compensation for the purported taking of the leasehold interest when filing the declaration of taking in this case. The deposit reflected the valuation amount from an appraisal conducted by Cushman & Wakefield as of January 31, 2022. The Cushman & Wakefield appraisal was done without having access to financial information and complete access to the property. In contrast, Lender purchased the mortgage loan on the leasehold for $358 million in January 2022, partially based on the valuation from an appraisal conducted around the same time period by CBRE. The CBRE appraisal had access to all of the physical spaces in the property and the financial information, ultimately concluding that the market value of the leasehold interest was $720 million as of December 22, 2021. The parties exchanged these appraisals to start the negotiations.

At the conclusion of the 30-day period, the parties have not been able to come to an agreement. Amtrak and Lender continue to discuss other concepts and alternative business solutions and have another meeting scheduled for Tuesday, February 21, 2022. Lender anticipates that additional time would allow these negotiations to continue and potentially resolve the need for Court intervention. Accordingly, Lender respectfully requests to adjourn the conference scheduled for February 22, 2022, for an additional thirty (30) days. Lender has made the parties

---

[1] Pursuant to the preliminary injunction ordered entered by the United States District Court for the Southern District of New York, Defendant Union Station Sole Member, LLC ("USSM") is enjoined from holding itself out as the owner or in control of USI and from exercising or purporting to exercise any contractual or other legal right of USI. *Daol Rexmark Union Station LLC et al. v. Union Station Sole Member, LLC*, 1:22-cv-06649-GHW (S.D.N.Y.), ECF Doc. No. 39 (Aug. 25, 2022). Accordingly, USSM was not a party to the negotiations.

aware of this adjournment request and note that Amtrak objects to moving the scheduled conference.  Lender has not heard from the other parties regarding their positions.

MORRISON COHEN LLP

By: __/s/ Y. David Scharf_____
Y. David Scharf
Brett Dockwell
Kristin T. Roy
Latisha V. Thompson
Amber R. Will
Mahnoor Misbah
*Admitted pro hac vice*
909 Third Avenue
New York, New York 10022
(212) 735-8600

HOLLAND & KNIGHT LLP

By:__/s/ Paul Kiernan_____
Paul J. Kiernan
Louis J. Rouleau
800 17th Street N.W.
Suite 1100
Washington, D.C. 20006
Phone: 202-663-7276
Paul.Kiernan@hklaw.com

*Attorneys for Defendant Kookmin Bank Co., Ltd.*