IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) | * | |
| | * | CIVIL ACTION NO. 1:22-CV-01043 |
| PLAINTIFF, | * | |
| v. | * | |
| SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST, et al. | * | |
| | * | |
| DEFENDANTS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATUS REPORT

Amtrak submits this status report in compliance with the Court's request at the January 18, 2023 hearing.

### Negotiations Regarding the Subject Property Interest

Since the hearing, Amtrak has engaged in further negotiations to seek agreement on the purchase price and terms by which Amtrak could acquire the Subject Property Interest at Washington Union Station. Although USI is the former owner of the Subject Property Interest, USI directed Amtrak to communicate directly with the Bank and its counsel on these issues.[1] Amtrak representatives met with representatives from the Bank in person on January 30, 2023 and February 9, 2023, and virtually on February 16, 2023.

---

[1] The statute codifying Amtrak's eminent domain authority, 49 USC § 24311, states that "Amtrak may exercise the power of eminent domain only if it cannot—(B) **agree with the owner** on the purchase price for the interest." 49 USC § 24311(a)(2)(B)(emphasis added). As the Court is aware from prior pleadings and briefings, USI, as the former Subject Property Interest owner, does not currently possess, and may never have had, the authority to negotiate a deal following its default.

Additionally, since the hearing, counsel for Amtrak spoken with counsel for USSM regarding its settlement position.

Amtrak has exchanged appraisals with all defendants.

No agreement has been reached. The parties remain substantially apart as to the purchase price, and these negotiations demonstrate that Amtrak has not been able to "acquire the interest in the property by contract" or "agree with the owner on the purchase price for the interest." 49 U.S.C. 24311(a)(2).  Amtrak and the Bank, however, are continuing to discuss possible ways to resolve this dispute.  Amtrak remains willing to continue these discussions. After the Bank's status report was filed, there was continued discussion between representatives of the Bank and Amtrak.  Amtrak agrees to have the status conference scheduled for February 22, 2023 postponed for thirty days.

**Related Freedom of Information Act Litigation (Holland & Knight LLP v. National Railroad Passenger Corporation (Amtrak), Case No. 1:23-cv-00361**

On February 8, 2023, a Complaint was filed by Holland & Knight LLP under the Freedom of Information Act (FOIA) requesting entry of an order compelling Amtrak to produce certain public records it had previously requested.  The FOIA Complaint and the preceding Request do not identify the client. Yet, the underlying FOIA request is identical to one previously untimely served as discovery upon Amtrak by the Bank.  That case has been assigned to this Court.

Dated: February 17, 2023

                                                  Respectfully submitted,

                                                  **COUNSEL FOR PLAINTIFF NATIONAL RAILROAD PASSENGER CORPORATION**

/Patricia McHugh Lambert_____
Patricia McHugh Lambert, US DC Bar ID MD0008
Kambon R. Williams, US DC Bar ID MD29872
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, MD  21204
Telephone: 410-938-8800
Fax: 410-832-5650
plambert@pklaw.com
kwilliams@pklaw.com


/Lindsay C. Harrison_____
Lindsay C. Harrison, DC Bar #977407
Jessica Ring Amunson, DC Bar #497223
JENNER & BLOCK, LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001-4412
Telephone: 202-639-6000
Fax: 202-639-6066
lharrison@jenner.com
jamunson@jenner.com