IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------- X

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

     Plaintiff,                                                               No. 1:22-cv-01043(APM)

     v.

SUBLEASE INTEREST PERTAINING TO
DESCRIBED LEASEHOLD INTERESTS
AT WASHINGTON UNION STATION, et al.

     Defendants.

---------------------------------------------------------------------- X

**JOINT STATUS REPORT OF LENDER AND USI**

Kookmin Bank Co., Ltd., individually ("Kookmin") and in its capacity as trustee ("Trustee") of KTB CRE Debt Fund No. 8, a Korean Investment Trust (the "Trust"), by its agent on behalf of the Trust in Korea, Daol Fund Management Co. ("Daol"), and by its agent on behalf of the Trust in United States, Rexmark Holdings LLC d/b/a Rexmark ("Rexmark," and together with Kookmin, Trustee, the Trust, and Daol, "Lender"), and defendant Union Station Investco, LLC ("USI") submit this joint status report in anticipation of the parties' next status conference, scheduled for March 23, 2023 at 8:45 a.m..

1. Since the filing of the last status report, Lender has been engaged in discussions with Amtrak regarding possible resolution by which USI's leasehold position would be addressed through a negotiated transaction. The parties have met six times since the Court first requested that the parties have such discussions. The matter has not settled. However, Lender is still engaged in the discussions, including communications with the Department of Transportation (owner of Union Station) and Union Station Redevelopment Corporation (USI's landlord) about possible resolution. These discussions are ongoing.

2. Lender and USI believe that it would be appropriate to adjourn the status conference currently scheduled for March 23, 2023, for 30-45 days to allow for additional time for the settlement or resolution discussions to proceed without the commitment of additional resources to the litigation at this time.

3. Lender and USI submit that if the interested parties do not resolve the matter, the Court should put the matter on track to resolve the pending Motion for Immediate Possession filed by Amtrak which, these defendants believe, should be addressed in connection with the Court's resolution of dispositive motion(s) on the issue of whether Amtrak has satisfied the statutory criteria to support the exercise of eminent domain through this lawsuit. *See National R.R. Pass. Corp. v. 4.0446* Acres, 2019 WL 1057932 (E.D. Pa. March 6, 2019) (questions regarding Amtrak's authority to take resolved on cross-motions for summary judgment); *National R.R. Pass. Corp. v. 4,945 Square Feet of Land*, 1 F.Supp.2d 79 (D. Mass 1998) (Amtrak's motion for summary judgment that it met the statutory requirements granted; Court simultaneously orders turnover of possession). To that end, these defendants request that the Court issue a scheduling order consistent with Rule 26(f) and LCvR 16.3, and establish a schedule for discovery and briefing on the authority issues. These defendants anticipate that they will be filing a motion for summary judgment on the authority-to-take issues after completing discovery. Discovery and proceedings regarding valuation could be addressed later depending upon the Court's ruling on the issues of authority under the statute.

| | |
|---|---|
| MORRISON COHEN LLP<br>Y. David Scharf<br>Brett Dockwell<br>Kristin T. Roy<br>Latisha V. Thompson<br>Amber R. Will<br>Mahnoor Misbah<br>*Admitted pro hac vice*<br>909 Third Avenue<br>New York, New York 10022<br>(212) 735-8600<br><br>HOLLAND & KNIGHT LLP<br>Paul J. Kiernan<br>Louis J. Rouleau<br>800 17th Street N.W.<br>Suite 1100<br>Washington, D.C. 20006<br>Phone: 202-663-7276<br>Paul.Kiernan@hklaw.com<br><br>*Attorneys for Defendant Kookmin Bank Co., Ltd.* | NEUBERGER, QUINN, GIELEN RUBIN & GIBBER, P.A.<br>Thomas M. Wood, IV<br>Steven J. Willner<br>One South Street, 27th Floor<br>Baltimore, Maryland 21202<br>(410) 332-8542<br>tmw@nqgrg.com<br>sjw@nqgrg.com<br><br>*Attorneys for Defendant Union Station Investco, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of March, 2023, I served a true and correct copy of the foregoing Defendants' Status Report on counsel of record via the CM/ECF filing system.

                                             */s/ Paul J. Kiernan*
                                             Paul J. Kiernan