IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| National Railroad Passenger Corporation (Amtrak) | * | |
| | * | |
| Plaintiff, | | |
| | * | CIVIL ACTION NO. 1:22-CV-01043-APM |
| v. | * | |
| Sublease Interest Obtained Pursuant to an Assignment and Assumption of Leasehold Interest, et al. | * | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STATUS REPORT**

In accordance with the Court's request made at the March 23, 2023 status conference, all parties to this proceeding file this Joint Status Report. Unless otherwise stated, all parties are in agreement with the matters stated:

1. The parties understand that discovery related to Amtrak's Motion for Possession is subject to the timing and limitations discussed during the March 23, 2023 status conference. As set forth during that status conference, discovery related to the Motion for Possession shall be concluded by June 6, 2023, with the parties to provide the Court with a Joint Status Report on that date.

2. With respect to written discovery (i.e. requests for productions of documents and interrogatories), the parties have agreed as follows:

    A. On March 27, 2023, Defendant Kookmin Bank Co., Ltd. ("Lender") served its document requests and interrogatories on Plaintiff National Railroad Passenger Corporation ("Amtrak").

  B. On March 29, 2023, Defendant Union Station Sole Member ("USSM") served its document requests and interrogatories on Amtrak.

  C. Any additional written discovery, subject to the limitations set forth at the March 23, 2023 conference, shall be served by April 10, 2023.

  D. By agreement of counsel, written responses to the discovery shall be served within 37 days after being served.

  E. Substantial completion of document productions shall be completed by May 12, 2023.

3. Subject to the limitations set forth at the March 23, 2023 conference, deposition notices shall be served by May 17, 2023. With respect to depositions for Amtrak's corporate designee, it is Amtrak's position that the Defendants shall confer and submit to Amtrak a joint corporate designee notice of deposition by May 17, 2023. All defendants other than USSM have agreed to this; USSM's position is that each defendant may separately notice topics for the deposition(s) but agrees that the deposition(s) shall occur at a date and time mutually agreeable to all parties. The parties ask that the Court resolve this dispute. When the corporate designee notice(s) is/are served, Amtrak may designate more than one witness if necessary to address the topics raised in the notice. The parties shall work together to determine a mutually agreeable date for the deposition(s), provided that it/they occur before June 6, 2023. If, for good cause, the deposition(s) cannot be concluded before June 6, 2023, a party can request from the Court an extension of this deadline.

4. If there is any discovery dispute, the relevant parties shall first meet and confer in an attempt to resolve such dispute. If a dispute cannot be resolved, then the party seeking discovery shall submit to the Court a short motion (no more than 3 pages) outlining the

nature of the dispute and a request for a discovery conference with the Court. Within two business days after such motion is filed, the party opposing the motion shall set forth its position in a response that is no more than 3 pages. The parties would anticipate that the Court would determine whether to grant the request for the discovery conference and/or to request further briefing on the discovery dispute or otherwise resolve the matter.

5. Currently, there are no ongoing negotiations between the Parties. Lender counsel indicates that Lender continues to engage in discussions with Union Station Redevelopment Corp. ("USRC") and the U.S. Department of Transportation. Amtrak's position with respect to said "discussions" is as follows: (1) such "discussions" do not constitute negotiations to resolve this matter; (2) such "discussions" are irrelevant to any issue in this case, including Amtrak's rights of condemnation under 49 U.S.C. 24311.

Dated:  April 6, 2023

Respectfully submitted,

**COUNSEL FOR PLAINTIFF, NATIONAL RAILROAD PASSENGER CORPORATION**

| | |
|---|---|
| */s/ Lindsay Harrison* | */s/ Patricia McHugh Lambert* |
| Lindsay Harrison, DC Bar #977407 | Patricia McHugh Lambert, Federal Bar #MD0008 |
| Jessica Ring Amunson, DC Bar #497223 | Kambon R. Williams, Federal Bar #MD29872 |
| Jenner & Block, LLP | PESSIN KATZ LAW, P.A. |
| 1099 New York Avenue, NW, Suite 900 | 901 Dulaney Valley Road, Suite 500 |
| Washington, D.C. 20001-4412 | Towson, Maryland 21204 |
| Telephone:  202-639-6000 | Telephone: 410-938-8800 |
| Fax: 202-639-6066 | Fax: 667-275-3059 |
| lharrison@jenner.com | plambert@pklaw.com |
| jamunson@jenner.com | kwilliams@pklaw.com |

**COUNSEL FOR DEFENDANT, KOOKMIN BANK CO., LTD.**

| | |
|---|---|
| */s/   Paul J. Kiernan                      .* | */s/ Latisha V. Thompson                                  ,* |
| Paul J. Kiernan | Y. David Scharf |
| Louis J. Rouleau | Brett Dockwell |
| HOLLAND & KNIGHT, LLP | Kristin T. Roy |

3

| | |
|---|---|
| 800 17th Street, N.W., Suite 1100 | Latisha V. Thompson |
| Washington, D.C. 20006 | Amber R. Will |
| Phone: (202) 663-7276 | Mahnoor Misbah |
| Fax: (202) 955-5564 | *Admitted pro hac vice* |
| Paul.kiernan@hklaw.com | MORRISON COHEN, LLP |
| | 909 Third Avenue |
| | New York, New York 10022 |
| | dscharf@morrisoncohen.com |

**COUNSEL FOR DEFENDANT, UNION STATION INVESTCO, LLC**

*/s/  Steven J. Willner                          .*
Thomas M. Wood, IV
Steven J. Willner
NEUBERGER, QUINN, GIELEN,
RUBIN & GIBBER, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8542
Fax: (410) 332-8564
tmw@nqgrg.com
sjw@nqgrg.com

**COUNSEL FOR DEFENDANTS, UNION STATION SOLE MEMBER, LLC**

| | |
|---|---|
| */s/        David E. Ross                   * | */s/       James H. Hulme                    .* |
| Henry B. Brownstein, D.C. Bar #1026042 | James H. Hulme, D.C. Bar #323014 |
| KASOWITZ BENSON TORRES LLP | Laurel LaMontagne, D.C. Bar #1613468 |
| 1399 New York Avenue, Suite 201 | ARENTFOX SCHIFF LLP |
| Washington, DC 20005 | 1717 K Street, NW |
| Telephone: (202) 760-3400 | Washington, DC 20006 |
| hbrownstein@kasowitz.com | Telephone: (202) 857-7000 |
| | Fax: (202) 857-6395 |
| David E. Ross (*admitted pro hac vice*) | james.hulme@afslaw.com |
| David J. Mark (*admitted pro hac vice*) | |
| Daniel J. Koevary (*admitted pro hac vice*) | |
| 1633 Broadway | |
| New York, New York 10019 | |
| Telephone: (212) 506-1700 | |
| dross@kasowitz.com | |
| dmark@kasowitz.com | |
| dkoevary@kasowitz.com | |

4