IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- X

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

      Plaintiff,                                  No. 1:22-cv-01043(APM)

      v.

SUBLEASE INTEREST PERTAINING TO
DESCRIBED LEASEHOLD INTERESTS
AT WASHINGTON UNION STATION, et al.

      Defendants.

------------------------------------------------------------------- X

## **DEFENDANT'S NOTICE OF CONFIDENTIALITY ORDER**

In documents filed today with a notice of deposition, since placed under seal, materials were attached in error that are subject to a confidentiality order. Any person that accesses the documents or materials is advised that retention or use of the materials violates the order. Therefore all such materials should be destroyed and not retained.

Respectfully submitted,

HOLLAND & KNIGHT LLP
/s/ Paul J. Kiernan
Paul J. Kiernan
800 17th Street N.W.
Suite 1100
Washington, D.C. 20006
Phone: 202-663-7276
Paul.Kiernan@hklaw.com

*Attorneys for Defendant Kookmin Bank Co., Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 17th day of May, 2023, I served a true and correct copy of the foregoing Defendants' Notice on counsel of record via the CM/ECF filing system.

                                      */s/ Paul J. Kiernan*
                                      Paul J. Kiernan

#218635415_v1