IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Railroad Passenger Corporation (AMTRAK) <br><br> Plaintiff, <br><br> v. <br><br> Sublease Interest Obtained Pursuant to an Assignment and Assumption of Leasehold Interest, et al. <br><br> Defendants. | * <br> * <br> *   CIVIL ACTION NO. 1:22-CV-01043-APM <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STATUS REPORT**

In accordance with the Court's Minute Order entered on April 6, 2023, all parties to this proceeding file this Joint Status Report. Unless otherwise stated, all parties are in agreement with the matters stated:

1. In accordance with the Court's instruction, the parties have engaged in limited discovery related to Amtrak's Motion for Possession in accordance with the timing and limitations set by this Court at the March 23, 2023 status conference.

2. On March 27, 2023, Defendant Kookmin Bank Co., Ltd. ("Lender") served document requests and interrogatories on Plaintiff National Railroad Passenger Corporation ("Amtrak").

3. On March 29, 2023, Defendant Union Station Sole Member ("USSM") served document requests and interrogatories on Amtrak.

4. On April 10, 2023, Lender served document requests on USSM. USSM served written responses to Lender's discovery requests on May 17, 2023.

1

5. On May 2, 2023, Amtrak served its Answers to Lender's and USSM's interrogatories. Also on May 2, 2023, Amtrak served its written responses to Lender's and USSM's request for documents.

6. Amtrak provided three document productions to all Defendants on the following dates: May 5, 2023, May 12, 2023, and May 30, 2023.

7. On May 17, 2023, Defendants issued a joint Rule 30(b)(6) Notice of Deposition to National Railroad Passenger Corporation. The deposition of Amtrak, via four separate witnesses, was held and was concluded on May 31, 2023.

8. Amtrak respectfully requests that the Court schedule a half day hearing for the parties to present testimony and argument in support of its pending Motion for Immediate Possession at a date after July 10, 2023, subject to the availability of the Court, counsel and testifying witness(es). Defendants' Answer to Amtrak's Complaint makes clear that they do dispute key facts regarding Amtrak's need for the Subject Property Interest. And unless the Defendants are prepared to stipulate to all facts set forth in Amtrak's Complaint and interrogatory responses, the Court would benefit from testimony on the key factual issues regarding necessity. Indeed, at the April 6 status conference, the Court mentioned the option of holding an evidentiary hearing on this motion. Amtrak believes that is the most efficient way to present evidence to the Court on the facts underlying the pending Motion. Currently, the record consists only of a one-day Rule 30(b)(6) deposition(s) on topics of the Defendants' choosing; those depositions did not serve to develop the record of facts that support Amtrak's position on this Motion. Absent a hearing, Amtrak would therefore need to submit additional declarations to put those facts forward. With an evidentiary hearing, there can be both direct and cross-examination. The alternative proffered by Defendants is unwieldy, will lengthen further the time the Motion has been pending, and is not

well-designed to best develop the evidence. If, after an evidentiary hearing, the Court then finds it useful to have the parties submit proposed findings of fact and conclusions of law, Amtrak would be happy to do so.

Finally, the suggestions raised by the Lender and USI as to needing potential Court assistance as to confidentiality and redactions, as well as any discovery disputes, are prematurely raised, and do not require Court intervention at this time. In addition to receiving thousands of pages of documents, Lender and USI spent a full day deposing four witnesses at Amtrak on a range of different topics. And the Stipulation and Protective Order has procedures for requesting that certain materials not be designated as Confidential Information, none of which Lender and USI have yet initiated. Finally, Amtrak is willing to work with Defendants as to any of the discovery issues raised.

9. Lender and USI state that based on the discovery already conducted and the scope of the issues before the Court on Amtrak's Motion for Immediate Possession, it is unlikely that there are material issues of fact on which the Court will need to hear live testimony and make credibility findings. While the parties may disagree about the legal import of the facts, Lender and USI submit that the facts regarding approvals, negotiation, funding, and operations at Union Station are not likely to be genuinely disputed. Lender and USI therefore propose that the Court schedule oral argument following simultaneous submission by the parties of draft findings of fact and conclusions of law. Lender that the written submissions be made by Friday August 4, 2023, with oral argument conducted at a later date, for example the week of September 11, 2023, if that week is available. Lender and USI also note for the Court's information that as matters proceed, there are issues regarding discovery and the record that may need the Court's assistance for resolution. First, Lender and USI will be pursuing de-designating as confidential a number of

materials produced in discovery as well as the transcripts from the Amtrak depositions. Second, Amtrak has not produced a privilege log which would identify if any materials were not produced because of asserted privilege. Relatedly, while there has been some discussion between the parties regarding the basis for redaction of some of the materials produced, Lender and USI anticipate needing to work further with Amtrak on the basis for redaction. Third, USSM did not produce any documents in response to Lender's document requests to it, and there may be follow up regarding those documents.

10. USSM proposes that the parties submit draft findings of fact and conclusions of law on August 4, 2023 as proposed by Lender and USI. USSM further proposes that following the Court's review of the parties' written submissions, the Court determine and advise whether an evidentiary hearing is necessary and whether the Court will hear oral argument.

Dated:
                                                        Respectfully submitted,

**COUNSEL FOR PLAINTIFF, NATIONAL RAILROAD PASSENGER CORPORATION**


*/s/ Lindsay Harrison*                                   */s/ Patricia McHugh Lambert*
Lindsay Harrison, DC Bar #977407                         Patricia McHugh Lambert, Federal Bar #MD0008
Jessica Ring Amunson, DC Bar #497223                     Kambon R. Williams, Federal Bar #MD29872
Jenner & Block, LLP                                      PESSIN KATZ LAW, P.A.
1099 New York Avenue, NW, Suite 900                      901 Dulaney Valley Road, Suite 500
Washington, D.C. 20001-4412                              Towson, Maryland 21204
Telephone:  202-639-6000                                 Telephone: 410-938-8800
Fax: 202-639-6066                                        Fax: 667-275-3059
lharrison@jenner.com                                     plambert@pklaw.com
jamunson@jenner.com                                      kwilliams@pklaw.com

**COUNSEL FOR DEFENDANT, KOOKMIN BANK CO., LTD.**


*/s/                       (with permission)*     */s/                       (with permission)*

4

| | |
|---|---|
| Paul J. Kiernan | Y. David Scharf |
| Louis J. Rouleau | Brett Dockwell |
| HOLLAND & KNIGHT, LLP | Kristin T. Roy |
| 800 17th Street, N.W., Suite 1100 | Latisha V. Thompson |
| Washington, D.C. 20006 | Amber R. Will |
| Phone: (202) 663-7276 | Mahnoor Misbah |
| Fax: (202) 955-5564 | *Admitted pro hac vice* |
| Paul.kiernan@hklaw.com | MORRISON COHEN, LLP |
| | 909 Third Avenue |
| | New York, New York 10022 |
| | dscharf@morrisoncohen.com |

**COUNSEL FOR DEFENDANT, UNION STATION INVESTCO, LLC**

*/s/*                              *(with permission)*
Thomas M. Wood, IV
Steven J. Willner
NEUBERGER, QUINN, GIELEN,
RUBIN & GIBBER, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8542
Fax: (410) 332-8564
tmw@nqgrg.com
sjw@nqgrg.com

**COUNSEL FOR DEFENDANTS, UNION STATION SOLE MEMBER, LLC**

| | |
|---|---|
| */s/*                              *(with permission)*<br>Henry B. Brownstein, D.C. Bar #1026042<br>KASOWITZ BENSON TORRES LLP<br>1399 New York Avenue, Suite 201<br>Washington, DC 20005<br>Telephone: (202) 760-3400<br>hbrownstein@kasowitz.com<br><br>David E. Ross (*admitted pro hac vice*)<br>David J. Mark (*admitted pro hac vice*)<br>Daniel J. Koevary (*admitted pro hac vice*)<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>dross@kasowitz.com<br>dmark@kasowitz.com<br>dkoevary@kasowitz.com | */s/*                              *(with permission)*<br>James H. Hulme, D.C. Bar #323014<br>Laurel LaMontagne, D.C. Bar #1613468<br>ARENTFOX SCHIFF LLP<br>1717 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 857-7000<br>Fax: (202) 857-6395<br>james.hulme@afslaw.com |