IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)** | * | |
| | * | CIVIL ACTION NO. 1:22-CV-01043 |
| PLAINTIFF, | * | |
| v. | * | |
| **SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST, et al.** | * | |
| | * | |
| DEFENDANTS. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER REQURING DELIVERY OF POSSESSION TO AMTRAK
UNDER STATED TERMS AND CONDITIONS**

Upon consideration of Plaintiff National Railroad Passenger Corporation's ("Amtrak") Motion for Immediate Possession of the property interest located at 50 Massachusetts Ave. NE, Washington, D.C., 20002, as further describe in the Complaint, (the "Subject Property), good cause existing therefor,

IT IS HEREBY ORDERED that Amtrak's Motion for Transfer of Possession is GRANTED. All Defendants to this action and all persons in possession or control of the Subject Property shall surrender possession of said property to Amtrak, subject to the following terms:

1. Defendants shall cooperate in good faith to transfer possession of the Subject Property to Amtrak.

2. Defendants shall, within ten (10) days, provide to Amtrak any and all existing retail and office tenant leases and any other commercial leases/licenses and current rent rolls, a well as a list of all security deposits, by name and amount, of existing tenants.

3. Defendants shall, within ten (10) days, provide to Amtrak a list of all contractors, subcontractors, and vendors related to the Subject Property, including copies of all contracts and agreements with such contractors, subcontractors, and vendors (including JLL).

4. Union Station Investco LLC ("USI") shall provide to Amtrak, within ten (10) days, a copy of all pleadings in any case between itself and any tenants at the Subject Property, including any eviction actions or rent collection litigation.

5. Defendants shall provide to Amtrak, within ten (10) days, all information that relates to security and access controls, codes and keys for the Subject Property. The Parties shall immediately schedule a comprehensive tour of the Subject Property to demonstrate all security measures and practices currently in place.

6. Defendants are prohibited from negotiating, amending, terminating, entering into and/or renewing leases or other licenses or agreements involving the Subject Property as of the date of this Order.

7. Within three business days of the date of this Order, Plaintiff and USI shall serve a joint written notice to all property managers (including JLL), vendors and tenants at Subject Property (individually and collectively the "Third Parties") regarding this Order. USI shall provide the addresses to which notices are to be sent, whether a physical mailing address and/or an email address; Amtrak shall provide such notices to the Third Parties. The notice shall include appropriate contact information for Amtrak and, if applicable, a description of how future rental payments should be made. The notice shall also indicate that Plaintiff and the Third Parties may communicate with each other to obtain information needed or desired for the transfer of possession. If agreement cannot be reached as to the terms of the notice, the Parties shall, no later than two business days after the date of this order, notify the Court.

8. If any Third Parties pay rent to Defendants after the date of this Order, Defendants shall notify Amtrak, maintain an accounting of those payments, and transfer those amounts to Amtrak within seven business days of receiving the rental payment.

9. Within three business days of the date of this Order, the Parties are ordered to meet and confer as to any other issues relating to procedures, protocols and additional information and materials that would assist in the transition of possession of the Subject Property Interest, with such additional meetings to occur thereafter as needed to accomplish the transition of possession. The Court anticipates that the transfer of possession shall have fully occurred within fourteen calendar days of the date of this Order, unless the Parties agree to a different time period. Defendants shall cooperate with Amtrak, including in its efforts to obtain information from Third Parties, to ensure effective transition of possession of the Subject Property within this timeframe. To the extent the Parties cannot resolve any issues relating to the transfer of possession not addressed in this Order, the Parties shall provide a joint status report to the Court, no later than 10 calendar days after the date of this Order, noting the specific issues that need to be resolved and each party's position on those issues.

SO ORDERED:

Dated: _____, 2023        _____
                                                                              The Honorable Amit P. Mehta