# EXHIBIT 1

**Congress of the United States**

Washington, DC 20515

March 6, 2024

The Honorable Peter Buttigieg
Secretary
United States Department of Transportation
1200 New Jersey Ave SE
Washington, D.C. 20590

Dear Secretary Buttigieg,

    We write regarding Amtrak's potential proposal to repurpose the footprint and business plan for Union Station. Specifically, we are concerned about recent comments from Mr. Gardner, Amtrak's Chief Executive Officer (CEO), related to transforming the station from a mixed-use retail, restaurant and transportation services building to solely a passenger rail hub facility.[1] After Union Station experienced a state of severe decline, Congress passed the *Union Station Redevelopment Act of 1981* (P.L. 97-125) to preserve the historic integrity of the station while advancing its useful purpose to the region.[2] The stated purpose the Act was to "achieve the goals of historic preservation and improved rail use of Union Station with maximum reliance on the private sector and minimum requirement for Federal assistance."[3]

    The *Union Station Redevelopment Act of 1981* explicitly designates the Secretary of Transportation as the ultimate arbiter, decision-maker, and fiduciary regarding the management, administration, and vision for Union Station.[4] Accordingly, neither Mr. Gardner nor anyone else at Amtrak, can unilaterally make decisions about Amtrak's footprint in Union Station or the presence and role of the private sector. Given this fact, we have significant concerns Amtrak's takeover plan may be contrary to law.

    In light of these serious issues, and your role in Union Station's future, we request an in-person briefing for staff on the Department of Transportation's plan to maintain the existing public-private partnership for Union Station, as required by law. Please provide this briefing as soon as possible, but no later than March 20, 2024.

---

[1] The Editorial Board, *Amtrak Tries to Take Union Station*, WALL ST. J., (Nov. 26, 2023), *available at* https://www.wsj.com/articles/amtrak-tries-to-take-union-station-washington-eminent-domain-9b8b73d7?st=gvx028dpvos40cz&reflink=article_imessage_share.
[2] Pub. L. No. 97-125, 95 Stat. 1667.
[3] *Id*.
[4] *Id*.

Secretary Buttigieg
March 6, 2024
Page 2 of 2

    If you have any questions about this request, please contact Drew Feeley, Staff Director, Subcommittee on Railroads, Pipelines, and Hazardous Materials at Drew.Feeley@mail.house.gov. Thank you for your prompt attention to this matter.

                                                           Sincerely,

Sam Graves
Chairman
Committee on Transportation and Infrastructure

Tom Cole
Chairman
Subcommittee on Transportation, Housing and Urban Development, and Related Agencies
Committee on Appropriations