IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)** | * |
| | *    **CIVIL ACTION NO. 1:22-CV-01043** |
| Plaintiff, | * |
| v. | * |
| **SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST, et al.** | * |
| | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT STATUS REPORT

The parties filed a Joint Status Report on May 1, 2024, indicating that a further Joint Status Report would be provided after representatives of Amtrak, Lender, and USI met on May 9, 2024.[1] Unless specifically stated herein, the position of the parties remain as stated in the May 1, 2024 Joint Status Report. Lender and USI anticipate filing an appeal from the order transferring possession once that order is entered and seeking further relief. Lender and USI do not waive their objection to the entry of the order or consent to the entry of an order regarding transfer of possession. However, because they were directed to work with Amtrak regarding terms of the turnover of possession, Lender and USI have done so in good faith in order to proceed as set forth below, reserving their right to challenge the order. In other words, the eventual order is not by consent; rather, it is "seen and objected to" by Lender and USI. Amtrak, however, does not believe that an order granting interim possession is an appealable order; while Lender and USI can reserve rights, the reservation of rights has no import in Amtrak's view.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the Memorandum Opinion issued on April 17, 2024 ("Memorandum Opinion").

Amtrak reserves the right to oppose any appeal or request for relief made by USI or Lender. Notwithstanding their intention to seek and appeal or other relief. Amtrak's position is that Lender and USI should comply with any order granting possession unless and until the matter is stayed.

On May 9, 2024, representatives of Amtrak, USI, Lender, and Union Station Redevelopment Corporation ("USRC") toured the areas of the Station covered by the Subject Property Interest. Later that same day, representatives of Amtrak, USI and Lender met to discuss the outstanding issues listed in the prior Joint Status Report.

Below, Amtrak, USI and Lender list topics that were discussed and whether agreement was reached.

A. **Proposed Date for Transfer of Possession**

*Current Status*: Dispute resolved.

For purposes of the Court's forthcoming order, Amtrak, Lender and USI agree to a transfer-of-possession effective as of 12:01 a.m., Monday July 15, 2024.

Further, Amtrak would not object to the following language being inserted in any Order of Possession:

> The right, title and interest of USI (or any other Defendant) in and to the Subject Property Interest has been transferred, by operation of law, to Amtrak. This transfer includes the rights of USI (or any other Defendant) in and to any subleases, leases and licenses, and all rents, other payments and security deposits relating thereto. Possession of the Subject Property Interest shall be as of 12:00 a.m. on _____, 2024, which shall be hereinafter referred to as the "Possession Date."
>
> Beginning on the Possession Date, Amtrak will be solely responsible for the performance of future obligations (i.e. obligations that accrue on or after the Possession Date, which shall hereinafter referred to as "Future Obligations") or liabilities arising after the Possession Date ("Future Liabilities") that USI would otherwise have had: (1) in connection with the Subject Property Interest; and (2) any sublease, lease, or license for a portion of the station that is a part of the Subject Property Interest and for which Amtrak is being put into possession.

B.    **Jones Lang LaSalle (JLL)**

*Current Status:* Dispute resolved.

As noted in the prior Joint Status Report, Amtrak is seeking from JLL the books and records relating to the operation of the Subject Property Interest and not communications between JLL and Lender/USI nor any materials protected by privilege. Lender has agreed that it will provide these materials in the possession of JLL to Amtrak under the same terms as other records are being provided by Lender.

C.    **Topics Designated for May 9, 2024 Discussion**

*Current Status:* Amtrak, USI and Lender have reached agreement on all of the issues below.

- Transfer of records, documents, and other materials relating to the operation of the Subject Property Interest in USI's possession, custody or control: Lender, USI and Amtrak have agreed that the information transferred will receive the same confidentiality protections as those set forth in the previously entered protective order, with the understanding that Amtrak may also use the information received for purposes of transition of the possession and operations at the Subject Property Interest.

- Timing for the production of documents: On May 9, 2024, Amtrak provided to USI and Lender a document itemizing the documents, reports, spreadsheets, contracts, and other materials that Amtrak would like to receive from USI and Lender in connection with this transition efforts. USI and Lender have been working through that list and will create and furnish a data room to be available to Amtrak with the requested documents. Consistent with the previously

entered protective order and the prior paragraph, Amtrak shall have the right to download and use documents contained in the data room. USI and Lender will begin producing documents immediately. Leases and licenses, and their modifications and amendments, as well as the current contact information (person, address, email address, and, if available phone number) for all lessees and licenses, and the service contracts for the Subject Property Interest will all be produced by May 28, 2024. All other documents in the Lender's or USI's possession, custody or control that are reasonably accessible to Lender and USI will be produced by June 14, 2024.

- Security deposits, advance payments and rents: Amtrak, USI and Lender have agreed that Lender and USI shall provide information regarding security deposits held, advance payments received, accounts relating to rent payments, and similar information, subject to confidentiality protections by May 28, 2024.

- Special Events: Lender and USI have agreed to provide by May 28, 2024 a list of all upcoming special events to be held at the Station, and all related agreements and documents (including event contracts). Lender and USI have agreed not to schedule or contract for special events that will take place after the Possession Date, unless Amtrak specifically consents in writing to the event schedule and terms.

- Transfer of rent collection and utilities and other expense payment responsibilities: Amtrak, USI and Lender agree that rent, utilities and expense payments for the period after the Possession Date shall be the responsibility of Amtrak. Lender and USI shall provide to Amtrak a list of such obligations on

or before May 28, 2024, with all documents related thereto to be produced by June 14, 2024.

- <u>Transfer of operation and maintenance responsibilities:</u>  Amtrak, USI and Lender agree that as of the Possession Date all current and future operation and maintenance responsibilities of the Subject Property Interest shall be transferred to Amtrak.  Lender and USI have agreed to provide to Amtrak all information in their possession, custody and control and reasonably accessible regarding current operation and maintenance responsibilities pertaining to the Subject Property Interest by May 28, 2024, with documents related thereto being produced by June 14, 2024.

- <u>Identification and transfer of work-in-progress responsibilities</u>: Lender and USI have agreed to provide by May 28, 2024 a list of all capital work-in-progress responsibilities, with all documents related thereto being produced by June 14, 2024.   Lender and USI have agreed not to start any new capital work in the Subject Property Interest after the date of this Joint Status Report, unless Amtrak specifically consents in writing to the work.

- <u>The status of retail and office leasing activity</u>:  Lender and USI have agreed to provide a list and information about the current status of retail and office leasing activity (including current draft leases exchanged with prospective tenants) by May 28, 2024.  Lender and USI acknowledges it will be bound by the restrictions on future leasing activities as described in Paragraph F. Separately, there are three current lawsuits involving previous Station tenants or arising from occupancy agreements. Lender and USI will coordinate with Amtrak

- about these lawsuits.

- <u>Digital and other advertising agreements and revenues</u>:  Lender and USI have agreed to provide all information and documents in their possession, custody and control and reasonably accessible to Amtrak regarding digital and other advertising agreements and revenues by June 14, 2024.

- <u>Assessment of the physical conditions of space outside of the pre-existing Amtrak sublease</u>:  Lender provided a walk-through of most of the space covered by the Subject Property Interest and outside of the pre-existing Amtrak sublease, and agreed to provide all documents and information to Amtrak regarding the physical condition and operational requirements of the space covered by the Subject Property Interest Amtrak in their possession, custody and control and reasonably accessible by June 14, 2024.

D. **Letter to Tenants and Licensees**

This issue is no longer in dispute. At the May 9, 2024 meeting, Amtrak, USI and Lender discussed the joint letter that should be sent to tenants and licensees, respecting the transfer of possession.  A joint letter would be sent to tenants and licensees using the template of **Exhibit A,** with the parties making immediate preparations so that the letter can be sent to the appropriate contact address for tenants and licensees on the Possession Date.

E. **Restrictions on USI during Interim Period**

At the May 9th meeting, Amtrak, USI and Lender discussed the two additional restrictions listed in the prior Joint Status Report.  The parties agreed that USI would not negotiate any new retail leases, licenses or other commercial agreements or any amendments thereof, except as follows: (1) USI can undertake efforts as to collection of existing Account Receivables and

enforce its existing rights and obligations under the retail leases and licenses; (2) USI is not restricted from ordinary lease administration activities, including collection of rent and payment of expenses; (3) USI can undertake or continue leasing activity to which Amtrak has given its prior written consent; and (4) USI will not enter into any licenses or other commercial agreements that would encumber Amtrak after the Possession Date, unless Amtrak specifically consents in writing to the contract and its contract and its terms.

Amtrak, USI and Lender respectfully submit this report and await further instructions from the Court. USSM takes no position with respect to the matters specifically addressed above.

**COUNSEL FOR PLAINTIFF, NATIONAL RAILROAD PASSENGER CORPORATION**

| | |
|---|---|
| */s/ Lindsay Harrison* | */s/ Patricia McHugh Lambert* |
| Lindsay Harrison, DC Bar #977407 | Patricia McHugh Lambert, Federal Bar #MD0008 |
| Jessica Ring Amunson, DC Bar #497223 | Kambon R. Williams, Federal Bar #MD29872 |
| Jenner & Block, LLP | PESSIN KATZ LAW, P.A. |
| 1099 New York Avenue, NW, Suite 900 | 901 Dulaney Valley Road, Suite 500 |
| Washington, D.C. 20001-4412 | Towson, Maryland 21204 |
| Telephone: 202-639-6000 | Telephone: 410-938-8800 |
| Fax: 202-639-6066 | Fax: 667-275-3059 |
| lharrison@jenner.com | plambert@pklaw.com |
| jamunson@jenner.com | kwilliams@pklaw.com |

**COUNSEL FOR DEFENDANT, KOOKMIN BANK CO., LTD.**

| | |
|---|---|
| */s/* *(with permission)* | */s/* *(with permission)* |
| Paul J. Kiernan | Y. David Scharf |
| Louis J. Rouleau | Brett Dockwell |
| HOLLAND & KNIGHT, LLP | Kristin T. Roy |
| 800 17th Street, N.W., Suite 1100 | Latisha V. Thompson |
| Washington, D.C. 20006 | Amber R. Will |
| Phone: (202) 663-7276 | Mahnoor Misbah |
| Fax: (202) 955-5564 | *Admitted pro hac vice* |
| Paul.kiernan@hklaw.com | MORRISON COHEN, LLP |
| | 909 Third Avenue |
| | New York, New York 10022 |
| | dscharf@morrisoncohen.com |

**COUNSEL FOR DEFENDANT, UNION STATION INVESTCO, LLC**

*/s/*                              *(with permission)*
Thomas M. Wood, IV
Steven J. Willner
NEUBERGER, QUINN, GIELEN,
RUBIN & GIBBER, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8542
Fax: (410) 332-8564
tmw@nqgrg.com
sjw@nqgrg.com


**COUNSEL FOR DEFENDANT UNION STATION SOLE MEMBER, LLC**

| | |
|---|---|
| */s/*                              *(with permission)*<br>Henry B. Brownstein, D.C. Bar #1026042<br>KASOWITZ BENSON TORRES LLP<br>1399 New York Avenue, Suite 201<br>Washington, DC 20005<br>Telephone: (202) 760-3400<br>hbrownstein@kasowitz.com<br><br>David E. Ross (*admitted pro hac vice*)<br>David J. Mark (*admitted pro hac vice*)<br>Daniel J. Koevary (*admitted pro hac vice*)<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>dross@kasowitz.com<br>dmark@kasowitz.com<br>dkoevary@kasowitz.com | */s/*                              *(with permission)*<br>James H. Hulme, D.C. Bar #323014<br>Laurel LaMontagne, D.C. Bar #1613468<br>ARENTFOX SCHIFF LLP<br>1717 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 857-7000<br>Fax: (202) 857-6395<br>james.hulme@afslaw.com |