# **EXHIBIT A**

**[Joint Letterhead]**

**[Date of Possession]**

[Name and address of each retail tenant and licensee to be inserted]

    Re: Introduction of New Landlord at Washington Union Station

Dear Tenant/Licensee:

    As you may be aware, National Railroad Passenger Corporation ("Amtrak") filed a legal action on April 14, 2022 entitled National Railroad Passenger Corporation v. Sublease Interest Obtained Pursuant to an Assignment and Assumption of Leasehold Interest made as of January 25, 2007, with said property interest pertaining to Described Leasehold Interests at Washington Union Station, et al. United States District Court for the District of Columbia Case No. 1:22-cv-01043. Recently, the United States District Court for the District of Columbia ordered possession of the Union Station Investco, LLC ("USI") sublease interest in Washington Union Station ("Sublease Interest") to be turned over to Amtrak. In light of this Order, a copy of which is enclosed, USI will no longer be in possession of the Sublease Interest and/or your landlord/licensor. From the date of this letter forward, the addressee of this letter ("You") should be dealing with Amtrak with respect to all issues relating to your lease/license at Washington Union Station ("WUS").

    By separate letter, Amtrak will be following up with You as to the particulars regarding the management and operation of WUS, and matters relating to Your lease/license including Your payment of rent.

Sincerely,

| Union Station Investco, LLC | National Railroad Passenger Corporation |
|---|---|
| By: _____ | By: _____ |
|    Name: |    Name: |
|    Title: |    Title: |

Attachment