**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
------------------------------------------------------------------- X

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

      Plaintiff,                                           Case No. 1:22-cv-01043 (APM)

      v.

SUBLEASE INTEREST PERTAINING TO
DESCRIBED LEASEHOLD INTERESTS
AT WASHINGTON UNION STATION, et al.

      Defendants.
------------------------------------------------------------------- X

## **DEFENDANTS' NOTICE OF APPEAL**

Defendants Kookmin Bank Co., Ltd., individually ("Kookmin") and in its capacity as trustee ("Trustee") of KTB CRE Debt Fund No. 8, a Korean Investment Trust (the "Trust"), by its agent on behalf of the Trust in Korea, Daol Fund Management Co. ("Daol"), and by its agent on behalf of the Trust in United States, Rexmark Holdings LLC d/b/a Rexmark ("Rexmark," and together with Kookmin, Trustee, the Trust, and Daol, "Lender") and Union Station Investco, LLC ("USI") hereby give notice of their appeal, pursuant to 28 U.S.C. § 1291 or, alternatively, 28 U.S.C. § 1292(a)(1), to the U.S. Court of Appeals for the District of Columbia Circuit, of each and every part of this Court's Order Granting Plaintiff National Railroad Passenger Corporation's ("Amtrak's") Motion For Immediate Possession, dated May 24, 2024 (the "Order") (ECF Doc. No. 111), and each and every part of the Court's Memorandum Opinion regarding that Order, dated April 24, 2024 (ECF Doc. No. 106).

Lender and USI further give notice of their intent to appeal any and all orders and judgments relating to these matters entered after the filing of this Notice.

Dated: June 5, 2024

| | |
|---|---|
| /s/ Y. David Scharf | /s/ Thomas M. Wood IV |
| Y. David Scharf | Thomas M. Wood IV |
| Brett Dockwell | Steven J. Willner |
| Kristin T. Roy | NEUBERGER, QUINN, GIELEN RUBIN & |
| Latisha V. Thompson | GIBBER, P.A. |
| Amber R. Will | One South Street, 27th Floor |
| Mahnoor Misbah | Baltimore, Maryland 21202 |
| *Admitted pro hac vice* | (410) 332-8541 |
| MORRISON COHEN LLP | tmw@nqgrg.com |
| 909 Third Avenue | sjw@nqgrg.com |
| New York, New York 10022 | |
| (212) 735-8600 | *Attorney for Defendant Union Station Investco, LLC* |
| ydscharf@morrisoncohen.com | |

Paul J. Kiernan
Louis J. Rouleau
HOLLAND & KNIGHT LLP
800 17th Street N.W.
Suite 1100
Washington, D.C. 20006
Phone: 202-663-7276
Paul.Kiernan@hklaw.com

*Attorneys for Defendant Kookmin Bank Co., Ltd.*