**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

------------------------------------------------------------------ X

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

      Plaintiff,                                                Case No. 1:22-cv-01043 (APM)

      v.

SUBLEASE INTEREST PERTAINING TO
DESCRIBED LEASEHOLD INTERESTS
AT WASHINGTON UNION STATION, et al.

      Defendants.

------------------------------------------------------------------ X

## **DEFENDANTS' MOTION FOR A STAY PENDING APPEAL**

      Defendants Kookmin Bank Co., Ltd., individually ("Kookmin") and in its capacity as trustee ("Trustee") of KTB CRE Debt Fund No. 8, a Korean Investment Trust (the "Trust"), by its agent on behalf of the Trust in Korea, Daol Fund Management Co. ("Daol"), and by its agent on behalf of the Trust in United States, Rexmark Holdings LLC d/b/a Rexmark ("Rexmark," and together with Kookmin, Trustee, the Trust, and Daol, "Lender") and Union Station Investco, LLC ("USI") respectfully move for a stay pending appeal of this Court's Order Granting Plaintiff National Railroad Passenger Corporation's ("Amtrak's") Motion For Immediate Possession, dated May 24, 2024 (the "Order") (ECF Doc. No. 111), which is based upon this Court's Memorandum Opinion, dated April 24, 2024 (ECF Doc. No. 106), for the reasons set forth in the papers accompanying this motion.

      Pursuant to Rule 7(m) of the Civil Rules of the United States District Court for the District of Columbia, counsel for Lender and USI have discussed this motion with counsel for Amtrak and Defendant Union Station Sole Member, LLC ("USSM"). Amtrak opposes the motion, and USSM stated that it would determine its position after viewing the motion.

Dated: June 6, 2024

Respectfully submitted,

| | |
|---|---|
| _/s/ Y. David Scharf_<br>Y. David Scharf<br>Brett Dockwell<br>Kristin T. Roy<br>Latisha V. Thompson<br>Amber R. Will<br>Mahnoor Misbah<br>*Admitted pro hac vice*<br>MORRISON COHEN LLP<br>909 Third Avenue<br>New York, New York 10022<br>(212) 735-8600<br>ydscharf@morrisoncohen.com<br><br>Paul J. Kiernan<br>Louis J. Rouleau<br>HOLLAND & KNIGHT LLP<br>800 17th Street N.W.<br>Suite 1100<br>Washington, D.C. 20006<br>Phone: 202-663-7276<br>Paul.Kiernan@hklaw.com<br><br>*Attorneys for Defendant Kookmin Bank Co., Ltd.* | _/s/ Steven J. Willner_<br>Thomas M. Wood IV<br>Steven J. Willner<br>NEUBERGER, QUINN, GIELEN RUBIN & GIBBER, P.A.<br>One South Street, 27th Floor<br>Baltimore, Maryland 21202<br>(410) 332-8541<br>tmw@nqgrg.com<br>sjw@nqgrg.com<br><br>*Attorney for Defendant Union Station Investco, LLC* |