# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)** | * | |
| | * | **CIVIL ACTION NO. 1:22-CV-01043** |
| PLAINTIFF, | * | |
| v. | * | |
| **SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST, et al.** | * | |
| | * | |
| DEFENDANTS. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE REGARDING NOTICE OF CONDEMNATION

As provided in the Order, ECF No. 108, filed on May 9, 2024, Defendants USI, Lender, and USSM were to name by June 17, 2024, "any nonparty that has or claims an interest in the Subject Property Interest". The deadline has now passed without USI, Lender, or USSM identifying any such nonparties who have or claim an interest in the Subject Property Interest. In the unlikely event that there are unknown others who may have an interest in the Subject Property Interest, Plaintiff, National Railroad Passenger Corporation (Amtrak), is filing a Notice of Condemnation directed at such others and will serve them by publication pursuant to Rule 71.1 of the Federal Rules of Civil Procedure.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF NATIONAL RAILROAD PASSENGER CORPORATION**

*/s/ Patricia McHugh Lambert*
Patricia McHugh Lambert US DC Bar ID MD0008

                                              Kambon R. Williams US DC Bar ID MD29872
                                              PESSIN KATZ LAW, P.A.
                                              901 Dulaney Valley Road, Suite 500
                                              Towson, MD  21204
                                              Telephone:  410-938-8800
                                              Fax: 410-832-5650
                                              plambert@pklaw.com
                                              kwilliams@pklaw.com