IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)** | * | |
| | * | CIVIL ACTION NO. 1:22-CV-01043 |
| PLAINTIFF, | * | |
| v. | * | |
| **SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST, et al.** | * | |
| | * | |
| DEFENDANTS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF DILIGENT SEARCH AND NEED FOR SERVICE BY PUBLICATION

I, Patricia McHugh Lambert, Esquire, attorney for Plaintiff National Railroad Passenger Corporation ("Amtrak") in the above-captioned condemnation action, pursuant to Fed. R. Civ. P. 71.1(d)(3)(B)(i), hereby certify that it is my belief that the below-named Defendant cannot be personally served in this matter because, after diligent inquiry, I have been unable to ascertain their identities or current place of residence as detailed below.

Therefore, personal service on the following Defendant is not required under Fed. R. Civ. P. 71.1(d)(3)(A):

1. Unknown Owners: By necessity and definition, this Defendant must be and can served by publication. *See* Fed. R. Civ. P. 71.1(d)(3)(B)(i) ("Unknown owners may be served by publication in the same manner by a notice addressed to 'Unknown Owners.'"

This Certificate is made so that service can be affected upon the aforementioned Defendant by publication in the manner provided for in Rule 71.1.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF NATIONAL RAILROAD PASSENGER CORPORATION**

*/s/ Patricia McHugh Lambert*
Patricia McHugh Lambert US DC Bar ID MD0008
Kambon R. Williams US DC Bar ID MD29872
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, MD  21204
Telephone:  410-938-8800
Fax: 410-832-5650
plambert@pklaw.com
kwilliams@pklaw.com

2