IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- X

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

      Plaintiff,                                                      No. 1:22-cv-01043(APM)

      v.

SUBLEASE INTEREST PERTAINING TO
DESCRIBED LEASEHOLD INTERESTS
AT WASHINGTON UNION STATION, et al.

      Defendants.

------------------------------------------------------------------- X

**DECLARATION OF AMBER R. WILL IN FURTHER SUPPORT OF
LENDER AND USI'S MOTION FOR A STAY**

      AMBER R. WILL, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1.     I am Senior Counsel at Morrison Cohen LLP, attorneys for Defendant Kookmin Bank Co., Ltd., individually ("Kookmin") and in its capacity as trustee ("Trustee"), of KTB CRE Debt Fund No. 8, a Korean Investment Trust (the "Trust"). The Trust's agent in Korea is Daol Fund Management Co. ("Daol"), and the Trust's agent in United States is Rexmark Holdings LLC d/b/a Rexmark ("Rexmark," and together with Trustee, Trust, and Daol, "Lender"). I make this declaration in further support of Lender's joint Motion for a Stay Pending Appeal of this Court's Order to transfer possession to Amtrak on July 15, 2024 (the "Motion," ECF Doc. No. 116).

      2.     I am over 18 years of age and have personal knowledge of the facts set forth herein.

      3.     Attached hereto as Exhibit A is a letter from James Comer, Chairman of the U.S. House of Representatives' Committee on Oversight and Accountability, to the Secretary of Transportation, Pete Buttigieg, dated June 26, 2024.

4. Attached hereto as Exhibit B is excerpted testimony from the transcript of the evidentiary hearing that was held before this Court on September 11, 2023.

5. Attached hereto as Exhibit C are the discovery requests served by Lender on Amtrak on March 27, 2023.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Execute this 27th day of June, 2024.

<u>/s/ Amber R. Will</u><br>
Amber R. Will