IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) | * | |
| | * | CIVIL ACTION NO. 1:22-CV-01043 |
| PLAINTIFF, | * | |
| v. | * | |
| | * | |
| SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST, et al. | * | |
| | * | |
| DEFENDANTS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF PROOF OF SERVICE BY PUBLICATION

Pursuant to Fed. R. Civ. P. 71.1(d)(3)(B)(ii), undersigned counsel for Plaintiff, National Railroad Passenger Corporation ("Amtrak"), hereby certifies the following:

1. On May 9, 2024, the Court ordered Defendants USI, Lender, and USSM to identify "any non-party that has or claims an interest in the Subject Property Interest" by June 17, 2024. Order, at 1 (**ECF No. 108**). None were identified.

2. In the unlikely event that unknown others have or claim an interest in the Subject Property Interest, Plaintiff undertook to notify them of this proceeding by publication and filed its Certificate of Diligent Search and Need for Service by Publication pursuant to Fed. R. Civ. P. 71.1(d)(3)(B)(i). (*See* **ECF Nos. 119–120**).

3. Plaintiff served by publication, pursuant to Rule 71.1(d)(3)(B)(ii) of the Federal Rules of Civil Procedure, the following Defendant: Unknown Owners. No others who have or claim an interest in the Subject Property Interest or their place of residence were identified during the period of publication.

4.      In accordance with Fed. R. Civ. P. 71.1(d)(3)(B)(ii), proof of publication, a printed copy of the published notice, and the name of the newspaper and dates of publication are contained in the Proof of Publication attached hereto as **Exhibit A**.  The publication was made in The Washington Post on 06/27/2024, 07/04/2024, and 07/11/2024.  Service was therefore effected on the above-named Defendant as of the last day of publication, July 11, 2024, and a response is due by no later than August 1, 2024.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF NATIONAL RAILROAD PASSENGER CORPORATION**

*/s/ Patricia McHugh Lambert*
Patricia McHugh Lambert US DC Bar ID MD0008
Kambon R. Williams US DC Bar ID MD29872
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, MD  21204
Telephone:  410-938-8800
Fax: 410-832-5650
plambert@pklaw.com
kwilliams@pklaw.com