# EXHIBIT A

```
Ad # 0012464670              Name   PESSIN KATZ LAW PA A                Size  121.0 lines

Class  815    PO#  na            Authorized By CARL SPAETH          Account 2010306421
```

PROOF OF PUBLICATION

## The Washington Post

District of Columbia, ss., Personally appeared before me, a Notary Public in and for the said District, Felecia Scott well known to me to be ACCOUNTING SPECIALIST of The Washington Post, and making oath in due form of law that an advertisement containing the language annexed hereto was published in said newspaper on the dates mentioned in the certificate herein.

I Hereby Certify that the attached advertisement was published in The Washington Post, a daily newspaper, upon the following dates, and was circulated in the Washington metropolitan area including specifically the following counties and independent cities: District of Columbia; in Maryland: Allegany, Anne Arundel, Baltimore (Independent City), Baltimore, Calvert, Caroline, Carroll, Charles, Dorchester, Frederick, Garrett, Harford, Howard, Kent, Montgomery, Prince George's, Queen Anne's, St. Mary's, Somerset, Talbot, Washington, Wicomico, Worcester. In Virginia: Accomack, Albemarle, Alexandria (Independent City), Arlington, Augusta, Bath, Caroline, Charlottesville (Independent City), Chesapeake (Independent City), Chesterfield, Clarke, Colonial Heights (Independent City), Culpeper, Danville (Independent City), Essex, Fairfax (Independent City), Fairfax, Falls Church (Independent City), Fauquier, Fluvanna, Frederick, Fredericksburg (Independent City), Gloucester, Greene, Hampton (Independent City), Hanover, Harrisonburg (Independent City), Henrico, Hopewell (Independent City), Isle of Wight, King George, Lancaster, Lexington (Independent City), Loudoun, Louisa, Lynchburg (Independent City), Madison, Manassas (Independent City), Manassas Park (Independent City), Nelson, Newsport News (Independent City), Norfolk (Independent City), Northumberland, Orange, Page, Petersburg (Independent City), Portsmouth (Independent City), Prince Edward, Prince George, Prince William, Radford (Independent City), Rappahannock, Richmond (Independent City), Richmond, Roanoke (Independent City), Rockingham, Shenandoah, Spotsylvania, Stafford, Staunton (Independent City), Suffolk (Independent City), Virginia Beach (Independent City), Warren, Waynesboro (Independent City), Westmoreland, Williamsburg (Independent City), Winchester (Independent City), York.

Published 3.0 time(s). 06/27/2024, 07/04/2024, 07/11/2024

Account 2010306421

Witness my hand and official seal this 11th day of July 2024

My commission expires     11/30/2026



**NOTICE OF CONDEMNATION OF THE PROPERTY INTEREST THAT UNION STATION INVESTCO, LLC OBTAINED FROM UNION STATION VENTURE II, LLC BY AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST MADE AS OF JANUARY 25, 2007, LOCATED AT WASHINGTON UNION STATION AT 50 MASSACHUSSETS AVE., NE, WASHINGTON D.C. 20001**

To:  UNKNOWN OWNERS

Pursuant to Fed. R. Civ. P. 71.1(d), you are hereby notified that a condemnation action has been filed in the United States District Court for the District of Columbia (the "Court") by Plaintiff, National Railroad Passenger Corporation ("Amtrak") to acquire by eminent domain your interest in the following property: the property interest that Union Station Investco, LLC ("USI") obtained from Union Station Venture II, LLC ("USVII") by an Assignment and Assumption of Leasehold Interest made as of January 25, 2007 (the "Subject Property Interest"). The Subject Property Interest is located at Washington Union Station at 50 Massachusetts Avenue, NE, Washington, D.C. 20001. The action is captioned *National Railroad Passenger Corporation (Amtrak) v. Sublease Interest Obtained Pursuant to an Assignment and Assumption of Leasehold Interest made as of January 25, 2007*, et al., Case No.: 1:22-cv-01043.

Amtrak is taking the Subject Property Interest subject to any existing subordinate leases and/or licenses, which shall remain in effect in accordance with their terms and conditions.

The authority for the taking is set forth in the United States Code at 49 U.S.C. § 24311.

The Subject Property Interest is necessary for intercity rail passenger as authorized and required by the Rail Passenger Service Act, 49 U.S.C. § 24101 et seq.

As set forth above, and for other good and sufficient reasons, acquisition of the Subject Property Interest is necessary for intercity rail passenger transportation in the United States. The acquisition of the Subject Property Interest has a direct nexus to, and/or significant relationship with, Amtrak's corporate goals and mission, as well as to Amtrak's statutory mandates, and is therefore necessary to intercity passenger rail transportation. Because the Subject Property Interest is necessary for intercity rail passenger transportation, as set forth in 49 U.S.C. § 24311(a)(1)(A), Amtrak is entitled to, and does, by this action, acquire the Subject Property Interest by eminent domain.

Unknown Owners may serve upon the Plaintiff's attorney an Answer to the Complaint within 21 days after service of this Notice. Failure to serve an Answer constitutes a consent to the taking and to the authority of the court to proceed to hear the action and to affix the compensation. A defendant who does not serve an answer may file a notice of appearance.

The attorneys representing Amtrak in this action are named in the Complaint for Condemnation and Request for Possession. Amtrak's attorney who may be served within the District of Columbia is identified as follows: Lindsay Harrison, 1099 New York Avenue, NW, Suite 900, Washington, D.C. 20001-4412; telephone: 202-639-6000; email: lharrison@jenner.com.

Please be advised that the monies described in the Complaint have been deposited with the Clerk of the Court.