IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

National Railroad Passenger Corporation (AMTRAK)

Plaintiff,

v.

Sublease Interest Obtained Pursuant to an Assignment and Assumption of Leasehold Interest, et al.

Defendants.

CIVIL ACTION NO. 1:22-CV-01043-APM

* * * * * * * * * * * * *

**JOINT STATUS REPORT**

In accordance with the Court's Order of May 9, 2024, all parties to this proceeding file this Joint Status Report regarding the status of discovery.

1. **Amtrak's Discovery:** Upon receiving the Defendants' request(s) for production of documents in July of 2024, Amtrak reviewed documents from thirty custodians (with the date restriction of 1/1/2018 to the present), producing more than 180,000 pages of materials. Amtrak is preparing a privilege log for Defendants, and will be producing additional documents, including documents relating to its expert(s), once designated, in accordance with this Court's Order.

2. **Leaseholders' Discovery:** On September 16, 2024, Lender and USI (together, "Leaseholders") produced non-privileged documents responsive to Amtrak's document requests, totaling more than 77,000 pages of documents. With the document production, Leaseholders provided a privilege log summary. Leaseholders will produce additional documents relating to its expert(s), once designated, in accordance with the Court's Order.

Given the extent of document productions and the anticipated number of subpoenas and depositions in this case, additional time may be required in the schedules. The parties will meet and confer and report back to the Court.

3. **USSM's Discovery:** Counsel for USSM has collected and continues to collect documents from USSM for production in response to requests for production received from Amtrak and the Lender. USSM offered to have Jones Lang LaSalle, the property manager for Union Station, produce documents responsive to these requests from their files as to the time period during which USSM and its affiliates controlled the leasehold, provided only that the Lender agree to the same arrangement for periods in which it controlled the leasehold. Amtrak agreed to this arrangement, which would drastically reduce the expense of collection, review, and production for all parties, but the Lender has not responded to this offer. Subject to resolution of these issues, USSM expects to complete its production of documents before the end of the month. USSM will produce expert disclosures, if any, and documents relevant to expert disclosures on the schedule set by the Court.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF, NATIONAL RAILROAD PASSENGER CORPORATION**

*/s/ Lindsay Harrison*
Lindsay Harrison, DC Bar #977407
Jessica Ring Amunson, DC Bar #497223
Jenner & Block, LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001-4412
Telephone: 202-639-6000
Fax: 202-639-6066
lharrison@jenner.com
jamunson@jenner.com

*/s/ Patricia McHugh Lambert*
Patricia McHugh Lambert, Federal Bar #MD0008
Kambon R. Williams, Federal Bar #MD29872
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland 21204
Telephone: 410-938-8800
Fax: 667-275-3059
plambert@pklaw.com
kwilliams@pklaw.com

**COUNSEL FOR DEFENDANT, KOOKMIN BANK CO., LTD.**

/s/ *(with permission)*
Paul J. Kiernan
Louis J. Rouleau
HOLLAND & KNIGHT, LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Phone: (202) 663-7276
Fax: (202) 955-5564
Paul.kiernan@hklaw.com

/s/ *(with permission)*
Y. David Scharf
Brett Dockwell
Kristin T. Roy
Latisha V. Thompson
Amber R. Will
Mahnoor Misbah
*Admitted pro hac vice*
MORRISON COHEN, LLP
909 Third Avenue
New York, New York 10022
dscharf@morrisoncohen.com

**COUNSEL FOR DEFENDANT, UNION STATION INVESTCO, LLC**

/s/ *(with permission)*
Thomas M. Wood, IV
Steven J. Willner
NEUBERGER, QUINN, GIELEN,
RUBIN & GIBBER, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8542
Fax: (410) 332-8564
tmw@nqgrg.com
sjw@nqgrg.com

**COUNSEL FOR DEFENDANTS, UNION STATION SOLE MEMBER, LLC AND UNION STATION INVESTCO, LLC**

/s/ *(with permission)*
Henry B. Brownstein, D.C. Bar #1026042
KASOWITZ BENSON TORRES LLP
1399 New York Avenue, Suite 201
Washington, DC 20005
Telephone: (202) 760-3400
hbrownstein@kasowitz.com

David E. Ross (*admitted pro hac vice*)
David J. Mark (*admitted pro hac vice*)

/s/ *(with permission)*
James H. Hulme, D.C. Bar #323014
Laurel LaMontagne, D.C. Bar #1613468
ARENTFOX SCHIFF LLP
1717 K Street, NW
Washington, DC 20006
Telephone: (202) 857-7000
Fax: (202) 857-6395
james.hulme@afslaw.com

Daniel J. Koevary (*admitted pro hac vice*)
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
dross@kasowitz.com
dmark@kasowitz.com
dkoevary@kasowitz.com