**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 22-cv-1043 (APM) |
| SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST MADE AS OF JANUARY 25, 2007, WITH SAID PROPERTY INTEREST PERTAINING TO DESCRIBED LEASEHOLD INTERESTS AT WASHINGTON UNION STATION, et al., | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Defendants Lender and USI's request to extend all deadlines, including the trial date, by 90 days is denied. *See* Defs.' Mot. to Modify Schedule, ECF No. 140. The court's schedule will not permit the start of a trial in early August. Nor will it allow for a modification of the trial's present start date, except by one week.

Defendants have not offered good cause for why they cannot substantially complete fact discovery by December 31, 2024. Their justifications for additional time rest largely upon the need to secure discovery from third parties. *Id.* at 7–11. But nearly all of that discovery is scheduled to conclude by the end of the year. *Id.* The only discovery that may not is the ongoing dispute with the Department of Transportation ("DOT") and privilege disputes with Amtrak. *See* Defs.' Reply in Supp. of Mot. to Modify Schedule, ECF No. 142, at 2–3. The court will extend the December 31 deadline as to the DOT, if the dispute is not resolved by then. As to the privilege

issues, Defendants do not challenge Amtrak's assertions that (1) most of the disputed records were produced during the earlier possession phase of the case and (2) Defendants have yet to meet and confer with Amtrak as to any privileged materials.  Pl.'s Opp'n to Mot. to Modify Schedule, ECF No. 141, at 3–4.  Defendants offer no explanation for their lack of diligence in these areas.

If Defendants believe more time is needed to prepare their expert reports, then they should confer with Amtrak about adjusting their disclosure date (January 24, 2025) and the dates that follow.  The court is also prepared to move the start of trial by one week to May 12, 2025.

In sum, the court will extend the fact discovery deadline to December 31, 2024, for Defendants to take fact depositions noticed before November 29, 2024.  The court will defer consideration of whether any privilege challenges remain timely until after the parties have met and conferred.  Finally, if the parties are amenable to moving the trial date to May 12, 2025, they shall notify the court by December 12, 2024.

Dated:  December 9, 2024

_____
Amit P. Mehta
United States District Court Judge