AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| National Railroad Passenger Corporation (Amtrak) ) <br> *Plaintiff* ) <br> v. ) <br> Sublease Interest Pertaining to Described Leasehold Interests at Washington Union Station, et al. ) <br> *Defendant* ) | Case No. 1:22-cv-01043-APM |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Public Investment Fund of The Kingdom of Saudi Arabia                                   .

Date:    12/12/2024                                         /s/ Hannelore Sklar
*Attorney's signature*

Hannelore Sklar (D.C. Bar No. 1045268)
*Printed name and bar number*

White & Case LLP
1221 Ave. Americas
10020 New York, NY
*Address*

hannelore.sklar@whitecase.com
*E-mail address*

(212) 819-2646
*Telephone number*

(212) 354-8113
*FAX number*