# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),<br><br>      Plaintiff,<br><br>v.<br><br>SUBLEASE INTEREST PERTAINING TO DESCRIBED LEASEHOLD INTERESTS AT WASHINGTON UNION STATION, ET AL.,<br><br>      Defendants. | **Civil Action No. 1:22-cv-01043-APM** |

## MOTION TO ADMIT KIMBERLY A. HAVLIN *PRO HAC VICE*

I, Hannelore Sklar, am a member in good standing in the bar of this Court. Pursuant to Local Civil Rule 83.2(e), I am moving for the admission and appearance of Attorney Kimberly A. Havlin *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Kimberly A. Havlin, filed herewith. As set forth in Ms. Havlin's declaration, she is admitted and an active member of the following courts and bars:

- New York State Bar, Member, 4676599, admitted on February 17, 2009
- Ontario, Barrister and Solicitor, 55538N, June 19, 2008
- U.S. Court of Appeals for the Ninth Circuit, admitted on April 11, 2012
- U.S. Court of Appeals for the Second Circuit, admitted on June 10, 2014
- U.S. District Court for the Eastern District of New York, admitted on November 17, 2017
- U.S. District Court for the Southern District of New York, admitted on January 26, 2010
- U.S. District Court for the Western District of New York, admitted on March 14, 2012
- U.S. Court of Appeals for the Tenth Circuit, admitted on December 08, 2023

Movant certifies that movant finds the applicant to be a reputable and competent attorney, and movant is in a position to recommend the applicant's admission.

Date:  December 12, 2024                    Respectfully submitted,

                                              */s/ Hannelore Sklar*
                                              Hannelore Sklar (D.C. Bar No. 1045268)
                                              **WHITE & CASE**
                                              1221 Avenue of the Americas
                                              New York, NY 10020
                                              Telephone: (212) 819-2646
                                              hannelore.sklar@whitecase.com