**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

------------------------------------------------------------------- X

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

      Plaintiff,                                          No. 1:22-cv-01043 (APM)

      v.

SUBLEASE INTEREST PERTAINING TO
DESCRIBED LEASEHOLD INTERESTS
AT WASHINGTON UNION STATION, et al.

      Defendants.

------------------------------------------------------------------- X

**MOTION RELATING TO DISBURSEMENT OF
DEPOSITED FUNDS TO LENDER**

Defendant Kookmin Bank Co., Ltd., individually ("Kookmin") and in its capacity as trustee ("Trustee") of KTB CRE Debt Fund No. 8, a Korean Investment Trust (the "Trust"), by its agent on behalf of the Trust in Korea, Daol Fund Management Co. ("Daol"), and by its agent on behalf of the Trust in the United States, Rexmark Holdings LLC d/b/a Rexmark ("Rexmark," and together with Kookmin, Trustee, the Trust, and Daol, "Lender") respectfully move the Court to enter the attached proposed order, directing the Clerk to disburse the deposited funds of $250 Million, plus all accrued interest, to Lender (the "Motion"). Lender conferred with Defendants Union Station Investco, LLC ("USI") and Union Station Sole Member, LLC ("USSM") and with Plaintiff National Railroad Passenger Corporation ("Amtrak") on this Motion. USI consents to this Motion. Amtrak and USSM do not object to the relief sought by the Motion, and expressly reserve all of their rights and remedies in this action.

Although all parties agree to the disbursement of funds to Lender and the conditions outlined in the proposed order, Lender and Amtrak have differing views regarding whether Lender

would be liable for additional interest on the withdrawn funds should Lender be required to repay the deposited amount to Amtrak. These positions are outlined below.

**Amtrak's Position.** In the event that the Court finds that Amtrak was not entitled to acquire the subject leasehold interest by eminent domain under 49 U.S.C. § 24311 and orders Lender to repay the amount withdrawn to Amtrak, Amtrak reserves the right to request that the Court also award interest on the amount of withdrawn funds from the time that they are paid to Lender to the time that they are returned to Amtrak.

**Lender's Position.** In the event that the Court finds that Amtrak was not entitled to acquire the subject leasehold interest by eminent domain under 49 U.S.C. § 24311 and orders Lender to repay the deposit amount to Amtrak, Lender should not be required to pay additional interest on the deposit amount to Amtrak. Lender also reserves the right to seek payment of just compensation or damages associated with the improper taking at that time.

The parties otherwise agree that Lender is entitled to the $250 Million deposit, plus accrued interest, and respectfully request the Court to enter the proposed order attached herewith.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF, NATIONAL RAILROAD PASSENGER CORPORATION**

| | |
|---|---|
| */s/ Lindsay Harrison (with permission)* | */s/ Patricia McHugh Lambert (with permission)* |
| Lindsay Harrison, DC Bar #977407 | Patricia McHugh Lambert, Federal Bar #MD0008 |
| Jessica Ring Amunson, DC Bar #497223 | Kambon R. Williams, Federal Bar #MD29872 |
| Jenner & Block, LLP | PESSIN KATZ LAW, P.A. |
| 1099 New York Avenue, NW, Suite 900 | 901 Dulaney Valley Road, Suite 500 |
| Washington, D.C. 20001-4412 | Towson, Maryland 21204 |
| Telephone: 202-639-6000 | Telephone: 410-938-8800 |
| Fax: 202-639-6066 | Fax: 667-275-3059 |
| lharrison@jenner.com | plambert@pklaw.com |
| jamunson@jenner.com | kwilliams@pklaw.com |

**COUNSEL FOR DEFENDANT, KOOKMIN BANK CO., LTD.**

| | |
|---|---|
| */s/ Paul J. Kiernan (with permission)* | */s/ Y. David Scharf* |
| Paul J. Kiernan | Y. David Scharf |
| Louis J. Rouleau | Kristin T. Roy |
| HOLLAND & KNIGHT, LLP | Latisha V. Thompson |
| 800 17th Street, N.W., Suite 1100 | Amber R. Will |
| Washington, D.C. 20006 | Mahnoor Misbah |
| Phone: (202) 663-7276 | *Admitted pro hac vice* |
| Fax: (202) 955-5564 | MORRISON COHEN, LLP |
| Paul.kiernan@hklaw.com | 909 Third Avenue |
| | NEW YORK, NEW YORK 10022 |
| | ydscharf@morrisoncohen.com |

**COUNSEL FOR DEFENDANT, UNION STATION INVESTCO, LLC**

*/s/ Steven J. Willner (with permission)*

Thomas M. Wood, IV
Steven J. Willner
NEUBERGER, QUINN, GIELEN,
RUBIN & GIBBER, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8542
Fax: (410) 332-8564
sjw@nqgrg.com

**COUNSEL FOR DEFENDANTS, UNION STATION SOLE MEMBER, LLC AND UNION STATION INVESTCO, LLC**

| | |
|---|---|
| */s/ David J. Mark (with permission)* | */s/ James H. Hulme (with permission)* |
| Henry B. Brownstein, D.C. Bar #1026042 | James H. Hulme, D.C. Bar #323014 |
| KASOWITZ BENSON TORRES LLP | Laurel LaMontagne, D.C. Bar #1613468 |
| 1399 New York Avenue, Suite 201 | ARENTFOX SCHIFF LLP |
| Washington, DC 20005 | 1717 K Street, NW |
| Telephone: (202) 760-3400 | Washington, DC 20006 |
| hbrownstein@kasowitz.com | Telephone: (202) 857-7000 |
| David E. Ross (*admitted pro hac vice*) | Fax: (202) 857-6395 |
| David J. Mark (*admitted pro hac vice*) | james.hulme@afslaw.com |
| Daniel J. Koevary (*admitted pro hac vice*) | |
| 1633 Broadway | |
| New York, New York 10019 | |
| Telephone: (212) 506-1700 | |
| dross@kasowitz.com | |