AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

National Railroad Passenger Corporation (Amtrak)  )
*Plaintiff* )
v. )  Case No. 1:22-cv-01043-APM
Sublease Interest Pertaining to Described Leasehold Interests at Washington Union Station, et al.  )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Public Investment Fund of the Kingdom of Saudi Arabia.

Date: 12/17/2024

/s/ Kimberly A. Havlin
*Attorney's signature*

Kimberly A. Havlin (NY Bar No. 4676599)
*Printed name and bar number*

White & Case LLP
1221 Ave. of the Americas
New York, NY 10020
*Address*

kim.havlin@whitecase.com
*E-mail address*

(212) 819-8683
*Telephone number*

(212) 354-8113
*FAX number*