# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),<br><br>   Plaintiff,<br><br>v.<br><br>SUBLEASE INTEREST PERTAINING TO DESCRIBED LEASEHOLD INTERESTS AT WASHINGTON UNION STATION, et al.,<br><br>   Defendants. | **Civil Action No. 1:22-cv-01043-APM** |

## STATEMENT OF INTEREST

Non-party the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") respectfully submits this Statement of Interest in response to the Court's minute order issued December 16, 2024 directing PIF to identify the reason for its recent entry of appearance.[1]

PIF's interest in this case is limited to the third-party discovery currently being taken of Eastdil Secured, L.L.C. ("Eastdil"). PIF is an interested party because PIF was Eastdil's client in the engagement that is the subject of this third-party discovery. Eastdil is scheduled to be deposed today, December 17, 2024. Once the discovery of Eastdil is complete, PIF does not anticipate any further involvement in these proceedings.

PIF does not assert any interest and takes no position on the merits in this action, the amount of just compensation that is in dispute between the parties, or the pending Motion Relating to Disbursement of Deposited Funds to Lender (ECF No. 148).

---

[1] In filing this Statement of Interest, PIF does not waive, and expressly preserves, all rights, immunities, and defenses.

Date:  December 17, 2024                               Respectfully submitted,

*/s/ Hannelore Sklar*
Hannelore Sklar (D.C. Bar No. 1045268)
Kimberly A. Havlin (*pro hac vice*)
**WHITE & CASE**
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-2646
hannelore.sklar@whitecase.com

2