# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- X

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

      Plaintiff,　　　　　　　　　　　　　　　No. 1:22-cv-01043 (APM)

      v.

SUBLEASE INTEREST PERTAINING TO
DESCRIBED LEASEHOLD INTERESTS
AT WASHINGTON UNION STATION, et al.

      Defendants.

------------------------------------------------------------------- X

## MOTION ON CONSENT FOR DISCOVERY MODIFICATIONS

Defendant Kookmin Bank Co., Ltd., individually ("Kookmin") and in its capacity as trustee ("Trustee") of KTB CRE Debt Fund No. 8, a Korean Investment Trust (the "Trust"), by its agent on behalf of the Trust in Korea, Daol Fund Management Co. ("Daol"), and by its agent on behalf of the Trust in the United States, Rexmark Holdings LLC d/b/a Rexmark ("Rexmark," and together with Kookmin, Trustee, the Trust, and Daol, "Lender") respectfully move the Court to enter the attached proposed order, modifying the deadlines for depositions in fact discovery and expert disclosure in this matter (the "Motion"). Lender conferred with Defendants Union Station Investco, LLC ("USI") and Union Station Sole Member, LLC ("USSM") and with Plaintiff National Railroad Passenger Corporation ("Amtrak") on this Motion. All parties consent to this Motion, and respectfully request the Court to enter the proposed order attached herewith.

On May 9, 2024, the Court set the original discovery and pretrial deadlines in an order (DE 108). On May 28, 2024, the schedule was modified by consent to move the trial date from April 7, 2025 to May 6, 2025 (Minute Order, May 28, 2024). As discovery was ongoing, on October

16, 2024, the Court granted an unopposed motion to provide an additional 30 days in the discovery schedule (DE 130). On December 9, 2024, the Court granted in part and denied in part Defendants' motion to extend the current schedule (DE 144). In that Order, the Court noted that the parties should confer about adjusting the dates for disclosing expert reports if additional time is needed. The parties subsequently met and conferred on both the timing of expert reports and scheduling of remaining third-party depositions. Because of witness availability at the end of the year and time required for document productions, the depositions of three third-party witnesses remain outstanding. The parties agreed that those depositions could be scheduled in January 2025 without requiring further adjustments to the schedule. The parties also agreed to revising expert disclosure deadlines.

The proposed order attached herewith sets forth the requested modifications for the depositions of third-party fact witnesses and expert disclosure deadlines. The requested modifications do not require changing other deadlines. Accordingly, the parties respectfully request the Court to enter the attached proposed order.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF, NATIONAL RAILROAD PASSENGER CORPORATION**

| | |
|---|---|
| */s/ Lindsay Harrison (with permission)* | */s/ Patricia McHugh Lambert (with permission)* |
| Lindsay Harrison, DC Bar #977407 | Patricia McHugh Lambert, Federal Bar #MD0008 |
| Jessica Ring Amunson, DC Bar #497223 | Kambon R. Williams, Federal Bar #MD29872 |
| Jenner & Block, LLP | PESSIN KATZ LAW, P.A. |
| 1099 New York Avenue, NW, Suite 900 | 901 Dulaney Valley Road, Suite 500 |
| Washington, D.C. 20001-4412 | Towson, Maryland 21204 |
| Telephone: 202-639-6000 | Telephone: 410-938-8800 |
| Fax: 202-639-6066 | Fax: 667-275-3059 |
| lharrison@jenner.com | plambert@pklaw.com |
| jamunson@jenner.com | kwilliams@pklaw.com |

**COUNSEL FOR DEFENDANT, KOOKMIN BANK CO., LTD.**

| | |
|---|---|
| */s/ Paul J. Kiernan (with permission)* | */s/ Y. David Scharf* |
| Paul J. Kiernan | Y. David Scharf |
| Louis J. Rouleau | Kristin T. Roy |
| HOLLAND & KNIGHT, LLP | Latisha V. Thompson |
| 800 17th Street, N.W., Suite 1100 | Amber R. Will |
| Washington, D.C. 20006 | Mahnoor Misbah |
| Phone: (202) 663-7276 | *Admitted pro hac vice* |
| Fax: (202) 955-5564 | MORRISON COHEN, LLP |
| Paul.kiernan@hklaw.com | 909 Third Avenue |
| | New York, New York 10022 |
| | ydscharf@morrisoncohen.com |

**COUNSEL FOR DEFENDANT, UNION STATION INVESTCO, LLC**

*/s/   Steven J. Willner (with permission)*
Thomas M. Wood, IV
Steven J. Willner
NEUBERGER, QUINN, GIELEN,
RUBIN & GIBBER, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8542
Fax: (410) 332-8564
sjw@nqgrg.com

**COUNSEL FOR DEFENDANTS, UNION STATION SOLE MEMBER, LLC AND UNION STATION INVESTCO, LLC**

| | |
|---|---|
| */s/  David J. Mark (with permission)* | */s/   James H. Hulme (with permission)* |
| Henry B. Brownstein, D.C. Bar #1026042 | James H. Hulme, D.C. Bar #323014 |
| KASOWITZ BENSON TORRES LLP | Laurel LaMontagne, D.C. Bar #1613468 |
| 1399 New York Avenue, Suite 201 | ARENTFOX SCHIFF LLP |
| Washington, DC 20005 | 1717 K Street, NW |
| Telephone: (202) 760-3400 | Washington, DC 20006 |
| hbrownstein@kasowitz.com | Telephone: (202) 857-7000 |
| David E. Ross (*admitted pro hac vice*) | Fax: (202) 857-6395 |
| David J. Mark (*admitted pro hac vice*) | james.hulme@afslaw.com |
| Daniel J. Koevary (*admitted pro hac vice*) | |
| 1633 Broadway | |
| New York, New York 10019 | |
| Telephone: (212) 506-1700 | |
| dross@kasowitz.com | |