**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

------------------------------------------------------------------- X

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

      Plaintiff,                                                            No. 1:22-cv-01043 (APM)

      v.

SUBLEASE INTEREST PERTAINING TO
DESCRIBED LEASEHOLD INTERESTS
AT WASHINGTON UNION STATION, et al.

      Defendants.

------------------------------------------------------------------- X

**[Proposed] ORDER GRANTING MOTION ON CONSENT FOR**
**DISCOVERY MODIFICATIONS**

    The Court has considered the Motion on Consent for Discovery Modifications and has determined that there is good cause to grant the Motion and modify the schedule. The Court therefore orders that the schedule set forth in the Order dated May 9, 2024 (DE 108) be modified with the following deadlines:

    D.    The remaining third-party fact witness depositions (Wells Fargo, Houlihan Lokey, and KPMG) shall be taken by January 31, 2025. All other fact witness depositions shall be taken by December 31, 2024, as previously ordered.

    E.    Amtrak's shall submit any expert report(s) it intends to rely upon by January 17, 2025. USI, Lender, and USSM shall serve any expert report(s) they intend to rely upon by February 21, 2025.

    F.    Rebuttal expert reports must be served by the parties within the time limits set forth by Rule 26(a)(2)(D)(ii) or March 28, 2025, whichever is later.

    The subsequent dates remain unchanged.

Dated:

                                                                _____
                                                                      Hon. Amit P. Mehta
                                                           United States District Court Judge