**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------------------- X

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

      Plaintiff,                              No. 1:22-cv-01043 (APM)

      v.

SUBLEASE INTEREST PERTAINING TO
DESCRIBED LEASEHOLD INTERESTS
AT WASHINGTON UNION STATION, et al.

      Defendants.

-------------------------------------------------------------------- X

**ORDER GRANTING MOTION FOR DISBURSEMENT OF**
**DEPOSITED FUNDS**

Upon consideration of the Motion for Disbursement of Deposited Funds, and good cause having been shown, it is this ___ day of _____, 2024,

ORDERED that the Motion is GRANTED.  The Clerk is directed to disburse the deposited funds of $250 million, plus all accrued interest as of the date of disbursement, to Kookmin Bank Co., Ltd. ("Lender"), pursuant to wiring instructions to be provided by Lender to the Clerk's Office.

FURTHER ORDERED that the Clerk shall file with the Court an accounting showing the amount of all accrued interest as of the date of disbursement and how such amount was calculated.

FURTHER ORDERED that the National Railroad Passenger Corporation ("Amtrak") shall not be subject to any claim by any party that Lender is not the party to whom the disbursement should be directed.

FURTHER ORDERED that should there ultimately be a final, non-appealable order that Amtrak was not entitled to acquire the subject leasehold interest by eminent domain pursuant to

49 U.S.C. § 24311 and therefore also directing that title and possession of the subject leasehold interest must be conveyed from Amtrak back to Union Station Investco, LLC ("USI") or its successor in interest, such conveyance of title and possession from Amtrak shall not take place unless and until Amtrak receives repayment of the full amount of all funds disbursed pursuant to this Order (which shall include the original $250 million deposit plus the full amount of interest as set forth in the Clerk's accounting).

FURTHER ORDERED that Lender shall have 120 days after entry of a final, non-appealable order holding that Amtrak was not entitled to acquire the subject leasehold interest by eminent domain pursuant to 49 U.S.C. § 24311 to make repayment to Amtrak of the full amount of all funds disbursed pursuant to this Order (which repayment shall include the original $250 million deposit plus the full amount of interest set forth in the Clerk's accounting).

FURTHER ORDERED that nothing in this Order shall preclude any party from claiming that it is entitled to additional amounts in the event title and possession of the subject leasehold interest is conveyed from Amtrak back to USI or its successor in interest. The Court offers no opinion as to whether such additional compensation, including interest, may be awarded in the event the leasehold interest reverts to USI or its successor in interest.

FURTHER ORDERED that the Court shall retain jurisdiction to enforce the terms of these terms after the entry of final judgment in this matter.

_____
Hon. Amit P. Mehta
United States District Court Judge