# EXHIBIT B



**U.S. Department
of Transportation**

**Federal Railroad
Administration**

1200 New Jersey Avenue, SE
Washington, DC 20590

March 11, 2022

Nathan MacIver
Vice President, Treasurer
National Railroad Passenger Corporation (Amtrak)
1 Massachusetts Avenue, NW
Washington, DC 20001

**Subject:    Request for Pre-programming Authority – Potential Acquisition of
the Leasehold Interest in Washington Union Station**

Dear Mr. MacIver:

This letter is in response to your February 17, 2022 letter requesting pre-programming authority for certain activities relating to Amtrak's potential acquisition of the subleasehold interest in Washington Union Station (WUS) (Leasehold Interest). The acquired Leasehold Interest will be subject to the terms of the sublease agreement between Union Station Redevelopment Corporation (USRC) and Union Station Investco LLC (USI), as successor-in-interest to Union Station Venture, LTD., dated October 31, 1985 (USI Sublease). Pursuant to Section 6 a. 3) of FY 2020 National Network annual agreement[1] (Agreement) and subject to the conditions described below, FRA approves the pre-programming authority request for 12 percent of the costs of acquisition of the USI Sublease up to $66 million, as shown in Table 1. Based on a February 17, 2022 email[2], FRA understands that Amtrak has determined there are enough unprogrammed grant funds available in the Agreement and uncommitted program income to cover the cost of the acquisition.

---

[1] The relevant grant number is 69A36520501210AMTDC (FY 2020 NN Agreement).
[2] See 2/17/2022, 11:38AM email "RE: USI – Pre Programming Request" from Nathan MacIver (Amtrak) to Beth Nachreiner (FRA).

Table 1 - Summary of Acquisition of Leasehold Interest Costs December 1, 2021 through April 30, 2022

| Activity Name | Activity Details | Total Requested | Total Requested Notes |
|---|---|---|---|
| **Acquisition of Union Station Leasehold Interest** | Potential acquisition of the USI leasehold interest in WUS | $500,000,000 | Just compensation determined by the Court will be based on an appraisal. This request includes the $500M ceiling amount. |
| **Estimated taxes and other related expenses** | Potential taxes, filing and other related expenses | $50,000,000 | This amount includes potential payment of taxes, filing costs, and other expenses related to the acquisition. |
| **Additional Costs Incidental to the Acquisition of Union Station** | Anticipated Legal and Valuation Costs | $1,000,000 | |
| **Total Pre-Programming Request** | | $551,000,000 | |

**Background**

Amtrak has requested pre-programming authority to acquire the USI Sublease. Amtrak seeks to acquire the USI Sublease from USI or USI's lender, if the lender forecloses on the sublease, through either (a) a negotiated deal with USI or the lender (Negotiated Deal); (b) participating in a foreclosure sale if the lender restarts the foreclosure process (Auction); or (c)(i) negotiating a deal with USI, and if unable to do so, (ii) condemning the USI Sublease and paying "just compensation" (Condemnation). In each scenario (Negotiated Deal, Auction, or Condemnation), Amtrak intends to offer not more than $250 million (plus any applicable taxes). FRA understands that Amtrak is requesting these funds in its attempt to acquire the USI Sublease in WUS and that this opportunity is unique. Amtrak has therefore sought FRA pre-programming approval so that it may spend "pre-programming authority funds" on the elements described in Table 1.

In accordance with the terms of the Agreement, pre-programming costs are allowable only with FRA's prior written approval. Costs incurred during the pre-programming authority period are allowable only to the extent that they would be allowable if incurred after the date of programming. The acquisition activities and all associated costs must comply with the terms and conditions of the Agreement. Amtrak will incur all pre-programming costs and pre-award costs at risk until the acquisition is formally programmed pursuant to the Agreement.

**Decision**

FRA approves Amtrak's February 17, 2022 pre-programming authority request for up to $66 million in Agreement funds.

FRA's approval of a future programming request of Agreement funds, however, is conditioned on Amtrak's successful renegotiation of the USI Sublease upon terms satisfactory to FRA[3] no later than six months after Amtrak's successful acquisition of the USI Sublease. The United States of America, acting through the FRA, is the fee owner of WUS and has a unique interest in its effective long-term operation and maintenance. As Amtrak and FRA have previously discussed, the terms of the current sublease are unsatisfactory and do not serve the long-term interests of this essential multimodal station.

---

[3] The renegotiated lease terms must support station operations and capital improvements to the station and serve the multimodal interests of WUS.

FRA will not approve any future programming request for additional federal funding beyond the stated maximum federal share of $66 million. Amtrak has communicated the expected share of federal funding related to the purchase of the USI Sublease to USDOT, FRA, the Amtrak Board of Directors, and Congress and FRA has made its determination to approve the pre-programming authority request in reliance on those representations.

Amtrak, USDOT, and FRA have had many discussions about the acquisition of the USI Sublease and the opportunity it presents to improve current operations and project delivery at WUS. USDOT's and FRA's support for Amtrak's action on the USI Sublease, however, is predicated on Amtrak's <u>unreserved</u> agreement to the following:

- *Retain USRC in its current role at WUS* - USRC fulfills a critically important function. USRC's singular focus is WUS and it is charged with protecting the station's historic nature as well as USDOT's multimodal interests at the station.

- *Maintain FRA as Authority Having Jurisdiction (AHJ)* - As a Federally owned complex, FRA, as AHJ, is charged with building code enforcement responsibilities for WUS. USDOT remains committed to its AHJ responsibilities.

- *Support WUS as a multimodal station* – USDOT is required by statute to support WUS's multimodal function. There is strong, regional interest in ensuring that the station continues to facilitate all modes of transportation, including intercity bus service.

If you have any questions, please contact Beth Nachreiner, Chief, Passenger Rail Policy and Oversight Division, at 202-493-0305 or beth.nachreiner@dot.gov.

Sincerely,

Paul Nissenbaum
Associate Administrator
Office of Railroad Policy and Development

cc:
    Rebecca Reyes-Alicea, Acting Director, Office of Policy and Planning
    Jamie Rennert, Director, Office of Infrastructure Investment
    Beth Nachreiner, Chief, Passenger Rail Policy and Oversight Division
    Matthew Lorah, Chief, Grants and Program Management Division
    Chris Van Nostrand, Deputy Assistant Chief Counsel