IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)** | * | |
| | * | **CIVIL ACTION NO. 1:22-CV-01043** |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| **SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST, made as of January 25, 2007, with said property interest PERTAINING TO DESCRIBED LEASEHOLD INTERESTS AT WASHINGTON UNION STATION, et al.** | * | |
| | * | |
| | * | |
| DEFENDANTS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION FOR ENTRY OF A CONSENT ORDER FOR FINAL JUDGMENT AND REQUEST FOR EXPEDITED CONSIDERATION**

Plaintiff National Railroad Passenger Corporation ("Amtrak"), by and through undersigned counsel, and Defendants Kookmin Bank Co. Ltd, individually and in its capacity as trustee of KTB CRE Debt Fund No. 8, a Korean Investment Trust, and its agent on behalf of said Trust in Korea, Daol Fund Management Co. and its agent on behalf of said Trust in United States, Rexmark Holdings LLC d/b/a Rexmark ("Kookmin"), along with Union Station Investco, LLC ("USI") (Defendants collectively, "Lender") hereby submits this Joint Motion for Entry of a Consent Order for Final Judgment in this case. The parties respectfully request expedited consideration of this Motion.

Amtrak and Lender are pleased to report that they have reached a settlement that will allow the Court to facilitate the payment of just compensation on an expedited basis and close this case.

The Consent Order, attached as Exhibit 1, reflects the result of that settlement. The Court has authority to enter the Consent Order. *See* 49 U.S.C. 24311(b)(4) (permitting the Court to enter judgment on application of a party). Furthermore, Rule 71.1(j)(2) states that "the court and attorneys must expedite the proceedings so as to distribute the deposit and to determine and pay compensation." Entry of the Consent Order will expedite the proceedings by helping to facilitate the payment of just compensation.

Under Local Rule 7(m), the parties advise the Court that USSM opposes this Motion.[1]

Accordingly, the parties respectfully request that the Court enter the Consent Order attached as Exhibit 1.

                                                        Respectfully submitted,

**COUNSEL FOR PLAINTIFF NATIONAL RAILROAD PASSENGER CORPORATION**

/s/ *Patricia McHugh Lambert (with permission)*
Patricia McHugh Lambert, US DC Bar ID MD0008
Kambon R. Williams, US DC Bar ID MD29872
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, MD 21204
Telephone: 410-938-8800
Fax: 410-832-5650
plambert@pklaw.com
kwilliams@pklaw.com


/s/ *Lindsay C. Harrison*
Lindsay C. Harrison, DC Bar #977407

---

[1] USSM requested that we advise the Court as follows: "USSM has not been provided with the motions nor an opportunity to review them, or the relief sought. Accordingly, USSM opposes the motions and the relief sought, and requests the opportunity to brief its opposition to same in accordance with the usual schedule for same. USSM reserves the right to seek additional relief once it has the opportunity to review and consider the motions." As the Court can see from the email exchange attached to this Motion as Exhibit 2, Amtrak not only provided USSM with the relief sought but also provided USSM's counsel with a copy of the Consent Order itself.

                                  Jessica Ring Amunson, DC Bar #497223
                                  JENNER & BLOCK, LLP
                                  1099 New York Avenue, NW, Suite 900
                                  Washington, D.C. 20001-4412
                                  Telephone: 202-639-6000
                                  Fax: 202-639-6066
                                  lharrison@jenner.com
                                  jamunson@jenner.com

**COUNSEL FOR DEFENDANT KOOKMIN BANK CO., LTD.**

| | |
|---|---|
| */s/ Paul J. Kiernan (with permission)* | */s/ Y. David Scharf* |
| Paul J. Kiernan | Y. David Scharf |
| Louis J. Rouleau | Kristin T. Roy |
| HOLLAND & KNIGHT, LLP | Latisha V. Thompson |
| 800 17th Street, N.W., Suite 1100 | Amber R. Will |
| Washington, D.C. 20006 | Mahnoor Misbah |
| Phone: (202) 663-7276 | *Admitted pro hac vice* |
| Fax: (202) 955-5564 | MORRISON COHEN, LLP |
| Paul.kiernan@hklaw.com | 909 Third Avenue |
| | New York, New York 10022 |
| | ydscharf@morrisoncohen.com |

**COUNSEL FOR DEFENDANT UNION STATION INVESTCO, LLC**

*/s/   Steven J. Willner (with permission)*
Thomas M. Wood, IV
Steven J. Willner
NEUBERGER, QUINN, GIELEN,
RUBIN & GIBBER, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8542
Fax: (410) 332-8564
sjw@nqgrg.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia, using the CM/ECF system, which will send a notice of filing to all counsel of record who have consented to service by electronic means.


Dated:  February 6, 2025	/s/     *Lindsay C. Harrison*
                                                                          Lindsay C. Harrison