# EXHIBIT 1

EXHIBIT **1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL RAILROAD PASSENGER          *
CORPORATION (AMTRAK),
                                     *       CIVIL ACTION NO. 1:22-CV-01043
        PLAINTIFF,
                                     *
v.
                                     *
SUBLEASE INTEREST OBTAINED PURSUANT
TO AN ASSIGNMENT AND ASSUMPTION OF   *
LEASEHOLD INTEREST, *et al.*
                                     *
        DEFENDANTS.
                                     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT ORDER

Upon the request of Plaintiff, National Railroad Passenger Corporation ("Amtrak") and

Defendants Union Station Investco, LLC ("USI") and Kookmin Bank Co., LTD., individually and

in its capacity as trustee of KTB CRE Debt Fund No. 8, a Korean Investment Trust ("Kookmin"),

together with its agent on behalf the trust in Korea, Daol Fund Management Co. ("Daol Fund")

and its agent on behalf of the trust in the United States, Rexmark Holdings LLC d/b/a/ Rexmark

(Rexmark"), with AMTRAK, USI, KOOKMIN, Daol Fund and Rexmark being collectively

referred to as the "Parties," having represented to this Court that they have resolved among

themselves all issues relating to this proceeding by way of agreement, it is hereby:

**ORDERED,** that because Union Station Sole Member LLC ("USSM") does not hold a

ownership interest in the Subject Property Interest and because USI and Kookmin have withdrawn

any objections to the taking to Amtrak's exercise and use of its eminent domain powers,

specifically 49 U.S.C. §24311, to acquire the Subject Property Interest that USI obtained from

12

Union Station Venture II, LLC by an Assignment and Assumption of Leasehold Interest made as of January 25, 2007 (the "Subject Property Interest"), the Court finds that absolute title to the Subject Property Interest vested in Amtrak free and discharged of all claims and liens of every kind whatsoever as of the date of April 14, 2022, ; and it is further

**ORDERED,** with Kookmin having the right to retain the amounts previously withdrawn from the registry of the Court, Judgment is entered against plaintiff Amtrak and in favor of Kookmin and Union Station Investco, LLC in the amount of $255,000,000, which is the total amount of additional just compensation and any interest through the date of the entry of this Order, and payment for all related claims. The terms of the payment of the Judgment have been agreed to by the parties,  Within five days after payment of the Judgment as agreed, Lender and USI are ordered to file a Satisfaction of Judgment.

**ORDERED,** that all other claims and defenses are dismissed; and it is further

**ORDERED,** that any pending motions are denied as moot; and it is further

**ORDERED,** each party shall bear its own costs, expenses and attorney's fees; and it is further

**ORDERED,** the Court will retain jurisdiction to address any issues under the separate settlement agreement.

It is **SO ORDERED** this _____ day of _____, 2025.

_____
Amit P. Mehta
United States District Court

13