### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) <br><br> PLAINTIFF, <br><br> v. <br><br> SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST, made as of January 25, 2007, with said property interest PERTAINING TO DESCRIBED LEASEHOLD INTERESTS AT WASHINGTON UNION STATION , et al. <br><br> DEFENDANTS. | * <br> *    CIVIL ACTION NO. 1:22-CV-01043 <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NATIONAL RAILROAD PASSENGER CORPORATION'S
### MOTION TO DISMISS USSM AS A DEFENDANT AND
### <u>REQUEST FOR EXPEDITED TREATMENT</u>

Plaintiff National Railroad Passenger Corporation ("Amtrak"), by and through undersigned counsel, hereby submits this Motion to Dismiss Union Station Sole Member, LLC ("USSM") as a Defendant as a party.  Lender[1] does not oppose the relief sought in this Motion.  As set forth in greater detail in the attached Memorandum, USSM opposes this Motion.  Amtrak and the Lender respectfully request that the Court consider this Motion on an expedited basis pursuant to Rule 71.1(j)(2) in order to help facilitate the final resolution of this case via a Consent Order and the

---

[1] For ease of reference, this Motion refers to Defendant Kookmin Bank Co. Ltd, individually and in its capacity as trustee of KTB CRE Debt Fund No. 8, a Korean Investment Trust, and its agent on behalf of said Trust in Korea, Daol Fund Management Co. and its agent on behalf of said Trust in United States, Rexmark Holdings LLC d/b/a Rexmark ("Kookmin"), along with Union Station Investco, LLC ("USI") as "Lender."

payment of just compensation. in order to help facilitate the final resolution of this case via a Consent Order and the payment of just compensation.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF NATIONAL RAILROAD PASSENGER CORPORATION**

/s/ Patricia McHugh Lambert
Patricia McHugh Lambert, US DC Bar ID MD0008
Kambon R. Williams, US DC Bar ID MD29872
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, MD  21204
Telephone: 410-938-8800
Fax: 410-832-5650
plambert@pklaw.com
kwilliams@pklaw.com


/s/ Lindsay C. Harrison
Lindsay C. Harrison, DC Bar #977407
Jessica Ring Amunson, DC Bar #497223
JENNER & BLOCK, LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001-4412
Telephone: 202-639-6000
Fax: 202-639-6066
lharrison@jenner.com
jamunson@jenner.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia, using the CM/ECF system, which will send a notice of filing to all counsel of record who have consented to service by electronic means.

Dated: February 6, 2025                              */s/ Lindsay C. Harrison,*
                                                            Lindsay C. Harrison