IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)** | * | |
| | * | CIVIL ACTION NO. 1:22-CV-01043 |
| PLAINTIFF, | * | |
| v. | * | |
| **SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST, made as of January 25, 2007, with said property interest PERTAINING TO DESCRIBED LEASEHOLD INTERESTS AT WASHINGTON UNION STATION , et al.** | * * * | |
| | * | |
| DEFENDANTS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER GRANTING NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION TO DISMISS USSM AS A DEFENDANT**

In accordance with Federal Rule of Civil Procedure 71.1(i)(2), and in consideration of the National Railroad Passenger Corporation's Memorandum In Support of Its Motion To Dismiss USSM as a Defendant and Request for Expedited Treatment, it is hereby ORDERED that the Motion is GRANTED and USSM is hereby DISMISSED.

SO ORDERED this _____ day of February, 2025.

_____
Hon. Judge Amit P. Mehta
United States District Judge