# EXHIBIT 1

```
 1        Preiserowicz - Confidential
 2   LLC, was that the entity that purchased the
 3   leasehold interest?
 4        A.    I believe it was Union Station
 5   Investco. Again, I would have to see the org chart.
 6        Q.    I want to hand you what we will mark
 7   as USSM 1.
 8             (USSM Exhibit 1, Notice of deposition
 9        of Defendant Union Station Sole Member LLC's
10        corporate representative, marked for
11        identification, as of this date.)
12   BY MS. THOMPSON:
13        Q.    USSM 1 is the notice of deposition of
14   Defendant Union Station Sole Member LLC's
15   corporate representative served by the lender.
16   Are you familiar with this document?
17        A.    Yes.
18        Q.    Do you understand that you were
19   designated the corporate witness on behalf of
20   USSM for this deposition?
21        A.    Yes.
22        Q.    And you are testifying on behalf of
23   USSM, correct?
24        A.    Correct.
25        Q.    Did you review each of the topics that
```

```
 1          Preiserowicz - Confidential
 2   are listed on Schedule A of Exhibit 1?
 3        A.     Yes.
 4        Q.     And you are prepared to testify today
 5   about each of these topics?
 6        A.     Yes.
 7        Q.     There are no topics that you are not
 8   prepared to testify about, correct?
 9        A.     Correct.
10        Q.     Are you the person with the most
11   knowledge with relationship to each of these
12   topics?
13        A.     Yes.
14        Q.     You also see that Exhibit 1 has a
15   request for documents on page 2.
16        A.     Okay.
17        Q.     Did you have any role in collecting
18   the documents that were produced in response to
19   Exhibit 1?
20             MR. MARK:  Let me object to the
21        question for a number of reasons.  One, we
22        as counsel responded to that request, and
23        I'm not sure we need to go through the
24        history of it, but there was a prior request
25        to produce documents in response to which
```

```
 1         Preiserowicz - Confidential
 2  BY MS. LAMBERT:
 3       Q.     This is the response to request for
 4  production of documents that was filed by USSM.
 5  To your knowledge, are there any supplementations
 6  to be made by USSM at this point in time?
 7       A.     No.
 8             MS. LAMBERT:   That's all I need on that
 9       one.   So Exhibit 24 will be the answers to
10       interrogatories.
11             (USSM Exhibit 24, Union Station Sole
12       Member LLC's Responses and Objections to
13       Plaintiff National Railroad Passenger
14       Corporation's Interrogatories, marked for
15       identification, as of this date.)
16  BY MS. LAMBERT:
17       Q.     You've seen Exhibit 24 before, the
18  answers to interrogatories, responses to
19  interrogatories filed by USSM to Amtrak's
20  interrogatories?
21       A.     Yes.
22       Q.     To your knowledge, are there any plans
23  to supplement any of the responses in there?
24       A.     No.
25       Q.     I have a couple of questions about the
```

```
 1         Preiserowicz - Confidential
 2  entities in general.  USSM is an LLC, correct?
 3       A.    Yes.
 4       Q.    It is formed in Delaware?
 5       A.    I believe so.
 6       Q.    And it never held an ownership interest
 7  in the leasehold itself, is that correct?
 8       A.    I don't know if that's -- I mean it
 9  held an ownership in the entity that owned the
10  leasehold.
11       Q.    USI is a Delaware LSE, correct?
12       A.    I believe so.
13       Q.    And it had membership interests,
14  correct?
15       A.    Yes.
16       Q.    And one of the members was USSM,
17  correct?
18       A.    Yes.
19       Q.    And so that's the interest that USSM
20  had, not an interest in the property itself,
21  correct?
22       A.    Yes.
23       Q.    And USI was the owner of the subject
24  property interest as that term is used in the
25  complaint as of 4/14/2022?
```

```
 1         Preiserowicz - Confidential

 2      A.    Of the leasehold.

 3      Q.    Yes.  USI was a for-profit entity?

 4      A.    Yes.

 5      Q.    Now you were asked some questions about

 6  the efforts that USI/USSM/Ashkenazy made to rent

 7  things prior to the eminent domain action being

 8  filed on 4/14/22, and by renting things, I mean

 9  renting space.

10           Did USI and the Ashkenazy entities

11  prior to that date use its best efforts to attempt

12  to lease the space?

13      A.    So what was the date you used?

14      Q.    4/14/22, prior to that time.

15      A.    Yes.

16      Q.    If somebody was going to criticize

17  those efforts, saying that it wasn't enough, that

18  it wasn't sufficient, that other people could

19  have done it better, would you agree of disagree

20  with that statement?

21      A.    I would disagree.

22      Q.    Why?

23      A.    I believe Ashkenazy is good at what it

24  does.

25      Q.    And one of the things it does is rent
```

```
 1           Preiserowicz - Confidential
 2       A.     Correct.
 3       Q.     Now there was a foreclosure of the mezz
 4  loan on June 14, 2022, correct?
 5       A.     I don't recall the exact date.
 6       Q.     You're aware it's in June 2022, correct?
 7       A.     Yes.
 8       Q.     And this is one of the subject matters
 9  of the litigation in the Southern District of
10  New York, correct?
11       A.     Yes.
12       Q.     The foreclosure was of the interest of
13  USI, correct?
14       A.     Yes.
15       Q.     And that interest was subsequently
16  transferred to Dow Rexmark.  Is that correct?
17       A.     I don't know the exact entity.
18       Q.     It was transferred to another entity,
19  correct?
20       A.     Correct.
21       Q.     And that entity would be the Plaintiff
22  in one of the litigations in the Southern District
23  of New York?
24       A.     Yes.
25       Q.     And at this point in time USSM does
```