# EXHIBIT 4

**Harrison, Lindsay C.**

| | |
|---|---|
| **From:** | David E. Ross <DRoss@kasowitz.com> |
| **Sent:** | Thursday, February 6, 2025 8:27 PM |
| **To:** | Harrison, Lindsay C. |
| **Cc:** | David J. Mark; Andrew W. Breland; Paul J Kiernan; James H. Hulme; Amber R. Will; Patricia McHugh Lambert; David E. Ross |
| **Subject:** | Re: Amtrak - US |
| **Attachments:** | Exhibit 1 - Consent Order.pdf |

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

Dear Lindsay:

In each motion, please advise the Court as follows as regards USSM's position:

"USSM has not been provided with the motions nor an opportunity to review them, or the relief sought.  Accordingly, USSM opposes the the motions and the relief sought, and requests the opportunity to brief its opposition to same in accordance with the usual schedule for same.  USSM reserves the right to seek additional relief once it has the opportunity to review and consider the motions."

Regards,

David

On Feb 6, 2025, at 7:21 PM, Harrison, Lindsay C. <LHarrison@jenner.com> wrote:

Thanks David. We are still finalizing them so I cannot share them with you, but that is also not something required under Local Rule 7(m).  We're just meant to discuss the anticipated motion in a good-faith effort to determine whether there is opposition to the relief sought.

Here is the relief sought in each:

Motion 1:

1

The parties respectfully request that the Court enter the Consent Order attached as Exhibit 1 (see attached).

Motion 2:

The parties hereby request that the Court vacate all remaining deadlines and Court conferences currently scheduled pending settlement, including the dates the Court is currently holding for trial. The parties request that the Court set a status conference for February 28, 2025, or at the Court's convenience, to discuss any issues remaining at that time. To the extent no issues remain, the parties will advise the Court at the earliest opportunity so that the Court may cancel the status conference.

Motion 3:

Amtrak respectfully requests that the Court find that USSM should be dismissed as a defendant pursuant to Fed. R. Civ. P. 71.1(i)(2).

We are planning to file these this evening, so please do get back to us as soon as possible.

Thanks,
Lindsay

---

**From:** David E. Ross <DRoss@kasowitz.com>
**Sent:** Thursday, February 6, 2025 6:42 PM
**To:** Harrison, Lindsay C. <LHarrison@jenner.com>
**Cc:** David J. Mark <DMark@kasowitz.com>; Andrew W. Breland <ABreland@kasowitz.com>; Paul J Kiernan <Paul.Kiernan@hklaw.com>; Amber R. Will <awill@morrisoncohen.com>; Patricia McHugh Lambert <plambert@pklaw.com>
**Subject:** Re: Amtrak - US


**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

Lindsay: Please send us the draft motions so we can review them, and discuss them with our client.  Regards, David


> On Feb 6, 2025, at 6:16 PM, Harrison, Lindsay C. <LHarrison@jenner.com> wrote:
>
> **ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

2

Hi David,

Thanks so much for the email.

Amtrak and USI/Kookmin have reached a settlement and will be imminently filing three motions. We wanted to get USSM's position on the motions:

1. Motion for entry of Consent Order – this motion asks the Court to enter a Consent Order for judgment in the litigation. It is a joint motion of Amtrak, Kookmin, and USI.
2. Motion to vacate deadlines – this motion asks the Court to vacate the dates the court is holding for trial as well as all other deadlines in the case. It is also a joint motion of Amtrak, Kookmin, and USI.
3. Motion to dismiss USSM from the case – this motion argues that USSM should be dismissed from this litigation (but obviously may continue to pursue its interests, whatever they may be, in USI in the SDNY litigation). This is a motion by Amtrak, and we understand that Kookmin/USI do not oppose.

Please let us know as soon as possible your positions on these motions.

Thank you,
Lindsay

### Lindsay C. Harrison

**Jenner & Block LLP**
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412   |   jenner.com
+1 202 639 6865   |   Tel
+1 202 424 9659   |   Mobile
Pronouns : She / Her
LHarrison@jenner.com
Download V-Card   |   View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipien unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify sender immediately and delete it from your system

**From:** David E. Ross <DRoss@kasowitz.com>
**Sent:** Thursday, February 6, 2025 6:13:44 PM
**To:** Harrison, Lindsay C. <LHarrison@jenner.com>
**Cc:** David J. Mark <DMark@kasowitz.com>; Andrew W. Breland <ABreland@kasowitz.com>
**Subject:** Amtrak - US

3

External Email - Do Not Click Links or Attachments Unless You Know They Are Safe

Lindsay: Hope you're well.  Got your vm.  Tied up for the next few hours.  Can you briefly summarize the motions you intend to file and as to which you'd like to know USSM's opinions.  We'll confer and promptly respond.  Regards, David

David E. Ross
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1748
Fax. (212) 835-5048
DRoss@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.