# EXHIBIT 4

Page 1

```
 1
 2    IN THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF COLUMBIA
 3    ------------------------------------------X
      NATIONAL RAILROAD PASSENGER CORPORATION
 4    (AMTRAK),
 5                    PLAINTIFF,
 6
           -against-    Civil Action No.:
 7                      1:22-cv-01043
 8
      SUBLEASE INTEREST OBTAINED PURSUANT TO AN
 9    ASSIGNMENT AND ASSUMPTION OF LEASEHOLD
      INTEREST, et al.,
10
                      DEFENDANTS.
11    ------------------------------------------X
12
13                    DATE:  November 25, 2024
14                    TIME:  11:03 A.M.
15
16         VIDEOTAPED REALTIME DEPOSITION
17    of the 30(b)(6) Witness, MICHAEL REBIBO,
18    taken by the Plaintiff, pursuant to a
19    Subpoena and to the Federal Rules of Civil
20    Procedure, held at the offices of Jenner &
21    Block LLP, 1155 Avenue of the Americas,
22    New York, New York 10036, before Karyn
23    Chiusano, a Notary Public of the State of
24    New York.
25    Job No. CS7022926
```

```
                                                           Page 2
 1
 2      A P P E A R A N C E S:
 3
 4      PESSIN KATZ LAW PA
           Attorneys for the Plaintiff
 5         NATIONAL RAILROAD PASSENGER CORPORATION
           (AMTRAK)
 6         901 Dulaney Valley Road ~ Suite 500
           Towson, Maryland 21204
 7         BY: PATRICIA LAMBERT, ESQ.
           plambert@pklaw.com
 8
        REED SMITH LLP
 9         Attorneys for Plaintiff
           NATIONAL RAILROAD PASSENGER CORPORATION
10         (AMTRAK)
           225 5th Avenue
11         Reed Smith Centre
           Pittsburgh, Pennsylvania 15222
12         BY: MARCIN KRIEGER, ESQ.
           mkrieger@reedsmith.com
13
        MORRISON COHEN LLP
14         Attorneys for the Defendants
           SUBLEASE INTEREST OBTAINED PURSUANT TO AN
15         ASSIGNMENT AND ASSUMPTION OF LEASEHOLD
           INTEREST, et al.
16         909 Third AVenue
           New York, New York 10022
17         BY: Y. DAVID SCHARF, ESQ.
           dscharf@morrisoncohen.com
18
        KASOWITZ BENSON TORRES LLP
19         Attorneys for Defendant
           USSM
20         1633 Broadway
           New York, New York 10019
21         BY: DAVID MARK, ESQ.
           dmark@kasowitz.com
22
        ALSO PRESENT:
23         JOSEPH RAGUSO, Videographer
24                  *         *         *
25
```

Page 3

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

\*   \*   \*   \*

```
                                                  Page 4
 1              MICHAEL ROBIBO
 2         MS. LAMBERT:  Can you please
 3    mark these three?
 4         Thank you.
 5         (Whereupon, Plaintiff's Amended
 6    Notice of Deposition to Defendant
 7    Kookmin Bank Co., Ltd was marked as
 8    Plaintiff's Exhibit 1 for
 9    identification as of this date by the
10    Reporter.)
11         (Whereupon, Plaintiff's Amended
12    Notice of Deposition to Defendant
13    Union Station Investco, LLC was
14    marked as Plaintiff's Exhibit 2 for
15    identification as of this date by the
16    Reporter.)
17         (Whereupon, Kookmin Bank Co.,
18    Ltd's Responses and Objections to
19    National Railroad Passenger
20    Corporation's (AMTRAK's)
21    Interrogatories was marked as
22    Plaintiff's Exhibit 3 for
23    identification as of this date by the
24    Reporter.)
25         THE VIDEOGRAPHER:  Good
```

Page 5

```
 1              MICHAEL ROBIBO
 2     morning.
 3          We are going on the record at
 4     11:03 A.M. EST on Monday,
 5     November 25th, 2024.
 6          Please note that the
 7     microphones are sensitive and may
 8     pick up whispering and private
 9     conversation.
10          Audio and video recording will
11     continue to take place unless all
12     parties agree to go off the record.
13          This is Media Unit 1 of the
14     video-recorded deposition of Michael
15     Rebibo being taken by counsel in the
16     matter of National Railroad Passenger
17     Corporation versus Sublease Interest
18     Obtained Pursuant to an Assignment
19     and Assumption of Lease Hold
20     Interest, et al., filed in the United
21     States District Court for the
22     District of Columbia, Civil Action
23     Number 1:22-cv-01043.
24          This deposition is being held
25     at Jenner & Block LLP.  My name is
```

Page 6

1        MICHAEL ROBIBO
2    Joe Raguso with Veritext; I am the
3    videographer.  The Court Reporter is
4    Karyn Chiusano, also with Veritext.
5            I'm not authorized to
6    administer an oath, I am not related
7    to any party in this action, nor am I
8    financially interested in the
9    outcome.
10            Counsels' appearances will be
11    noted on the stenographic record.
12            And the Court Reporter will now
13    swear in the witness.
14            THE COURT REPORTER:  Can you
15    raise your right hand, please?
16            (Witness complies.)
17            THE COURT REPORTER:  Do you
18    swear that the testimony you're about
19    to give will be the truth, the whole
20    truth, and nothing but the truth, so
21    help you God?
22            THE WITNESS:  Yes.
23    M I C H A E L      R E B I B O, called as
24    a witness, having been first duly sworn by
25    a Notary Public of the State of New York,

Page 7

```
 1              MICHAEL ROBIBO
 2    was examined and testified as follows:
 3              THE COURT REPORTER:  Wonderful.
 4         Can I kindly have your name;
 5    spelling, please?
 6              THE WITNESS:  Michael,
 7    M-I-C-H-A-E-L; Rebibo, R-E-B-I-B-O.
 8              THE COURT REPORTER:  Wonderful.
 9         Can I kindly have your address?
10              You can provide business.
11              THE WITNESS:  295 Madison
12    Avenue, Suite 1200, New York, New
13    York 10017.
14              THE COURT REPORTER:  Wonderful.
15              Anytime you're ready, I'm ready
16         for you.
17    EXAMINATION BY
18    MS. LAMBERT:
19         Q.   Mr. Rebibo, thank you for
20    appearing today.
21              I know that you have attended
22    some depositions, mostly virtually, but is
23    this the first time you've ever been
24    deposed?
25         A.   No.
```

```
                                              Page 21
 1              MICHAEL ROBIBO
 2     real estate globally, was the Washington
 3     Union Station part of that number?
 4          A.   That's correct.
 5          Q.   And what of that $7 billion
 6     were you attributing to Washington Union
 7     Station?
 8          A.   If you're asking me what the
 9     value is of Washington Union Station, I
10     think that the -- I would attribute the
11     value of Washington Union Station somewhere
12     to be in the range of 700 million to a
13     billion dollars.
14          Q.   I'll ask you some more
15     questions about that later.
16          A.   Sure.
17          Q.   But thank you.
18               In terms of -- had Rexmark ever
19     had investments related to transportation
20     centers?
21          A.   No.
22          Q.   Route centers?
23          A.   No.
24          Q.   Malls?
25          A.   Retail, yes.
```