IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 22-cv-1043 (APM) ) |
| SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST MADE AS OF JANUARY 25, 2007, WITH SAID PROPERTY INTEREST PERTAINING TO DESCRIBED LEASEHOLD INTERESTS AT WASHINGTON UNION STATION, et al., | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF LIEN**

TO THE COURT, TO ALL PARTIES, TO ALL INTERESTED PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

The District of Columbia files this notice of lien for unpaid Possessory Interest Taxes for the real property located at 50 Massachusetts Avenue, NE, and more specifically described as Square P100, Suffix 0720, Lot 0145 in the District of Columbia (the "Property"). The District of Columbia assessed taxes against the possessory interest in the Property held by Defendant Union Station Investco, LLC ("USI"). The District assessed these taxes pursuant to D.C. Code § 47-1005.01 until July 29, 2024, the date possession was awarded to Plaintiff Amtrak. Notwithstanding this assessment, USI ceased making payment of taxes. *See* Possessory Interest Tax Bill, attached hereto as **Exhibit** 1. The District of Columbia therefore holds a lien against all real or personal property owned or claimed by Defendant USI for these unpaid taxes, pursuant to D.C. Code § 47-4421. This lien extends to any just compensation proceeds claimed by

Defendant USI in this action. Notice is hereby given to all parties and any interested parties that no recovery should be paid to Defendant USI, and no money should be withdrawn from the Court's Registry by USI, without resolving this lien.

February 25, 2025

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

DAVID FISHER
Deputy Attorney General, Commercial Division

\_\_\_/s/_____
WILLIAM D. BURK, D.C. Bar # 464349
Chief, Land Acquisition and Bankruptcy Section

_____/s/_____
ANDREW A. GLOVER, D.C. Bar #980735
Assistant Attorney General, District of Columbia
Office of the Attorney General
400 6th Street, NW, Suite 9100
Washington, D.C. 20001
202-442-9830
andrew.glover@dc.gov
Counsel for the District

# Exhibit 1

Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue
1101 4th Street, SW
Washington, DC 20024





UNION STATION INVESTCO LLC
40 MASSACHUSETTS AVE NE STE 2W
WASHINGTON DC  20002-4225

*Below are instructions for individuals with limited English Proficiency who need assistance. All others please turn to the next page for important information from the Office of Tax and Revenue.*



**Language Assistance**

Si necesita ayuda en Español, por favor llame al **(202) 727-4829** para proporcionarle un intérprete **de manera gratuita**.

Nếu quý vị cần giúp đỡ về tiếng Việt, xin gọi **(202) 727-4829** để chúng tôi thu xếp có thông dịch viên đến giúp quý vị **miễn phí**.

Si vous avez besoin d'aide en Français appelez-le **(202) 727-4829** et l'assistance d'un interprète vous sera **fournie gratuitement**.

በአማርኛ እርዳታ ከፈለጉ  በ **(202) 727-4829**  ይደውሉ። የነጻ አስተርጓሚ ይመደብልዎታል።

한국어로 언어 지원이 필요하신 경우 **(202) 727-4829** 로 연락을 주시면 **무료로** 통역이 제공됩니다.

如果您需要用(中文)接受幫助，請電洽 **(202) 727-4829** 將免費向您提供口譯員服務。

**Office of the Chief Financial Officer**
**Office of Tax & Revenue**
**Customer Service Administration**
**1101 4th Street, SW Suite W270**
**Washington, DC 20024**

Case 1:22-cv-01043-APM   Document 176   Filed 02/25/25   Page 5 of 9



| | Government of the District of Columbia | |
|---|---|---|
| | Office of the Chief Financial Officer | 1101 4th Street, SW |
| | Office of Tax and Revenue | Washington, DC 20024 |

Date of Notice:  December 27, 2024          Notice Number:  L0013012712

## POSSESSORY INTEREST BILL

| Square | Suffix | Lot | Property Address | Bill Year | Assessment |
|---|---|---|---|---|---|
| PI00 | 0720 | 0145 | 50 MASSACHUSETTS AVE NE | 2024 | $24,282,955 |

| Description | Class | Tax | Penalty | Interest | Credit | Total |
|---|---|---|---|---|---|---|
| 2025 First Half BID Tax | | $55,707.96 | $0.00 | $0.00 | $0.00 | $55,707.96 |
| 2024 Second Half PI Tax | 2 | $229,473.93 | $0.00 | $0.00 | $0.00 | $229,473.93 |
| 2024 First Half PI Tax | 2 | $701,920.26 | $0.00 | $0.00 | -$701,920.26 | $0.00 |
| Prior Liabilities *See Last Page | | $2,328,592.62 | $22,283.20 | $60,164.64 | -$2,173,167.46 | $237,873.00 |
| **Total** | | **$3,315,694.77** | **$22,283.20** | **$60,164.64** | **-$2,875,087.72** | **$523,054.89** |
| **Amount Due By September 15, 2024** | | | | | | **$523,054.89** |

**Additional Information**                                      (Please see reverse side for important information.)

- **Pay online; it's easy!** See reverse for instructions on payment or visit *MyTax.DC.gov*.
- Possessory Interest Tax is based on the Taxable Assessment of $24,282,955.00. Estimated Annual tax amount $458,947.85.
- For more information regarding BID Tax, call the Capitol Hill BID at (202) 842-3333 or visit their web site at **http://www.capitolhillbid.org**.

**Forecasted Amounts for Late Payments**

| If paid by: | Jan 1, 2025 | Amount Due | $524,726.13 | If paid by: | Jan 28, 2025 | Amount Due | $576,304.21 |
| If paid by: | Jan 16, 2025 | Amount Due | $526,397.37 | If paid by: | Feb 1, 2025 | Amount Due | $577,975.45 |

---

RETURN THIS PORTION WITH YOUR REMITTANCE AND/OR CORRESPONDENCE

UNION STATION INVESTCO LLC
40 MASSACHUSETTS AVE NE STE 2W
WASHINGTON DC  20002-4225

Media Number: 1529259
Notice Number: L0013012712
Tax Type: Possessory Interest
Account ID: ▓▓▓▓▓▓▓▓
SSL: PI00-0720-0145
Due Date: 15-Sep-2024
Amount Due: $523,054.89

OFFICE OF TAX AND REVENUE
DC GOVERNMENT REAL PROPERTY TAXES
P.O. BOX 718095
PHILADELPHIA, PA 19171-8095

Amount Enclosed:  $ ☐☐☐,☐☐☐,☐☐☐.☐☐

**Make check or money order payable to: DC TREASURER**
Please use the enclosed envelope and include your SSL and tax type on your payment

PI0007200145010000000015292597150012387760052305 4890

## TAX BILL INFORMATION

**PAYMENTS:**
You must pay your tax bill by September 15 for the second half Possessory Interest tax and first half BID tax. If the due date is on a weekend or holiday, it is due the next business day.

Pay Online

Make a secure **ACH** or **Credit Card** payment through the *MyTax.DC.gov* online portal:
1. Log in to *MyTax.DC.gov*.
2. Locate the tax account for which you would like to make a payment.
3. Click "Make a Payment".
4. Select the desired payment method (ACH or Credit Card).
5. Enter the appropriate information and submit the payment.
6. Retain the confirmation number for your records.

Pay by Check
1. Make your check payable to the "DC Treasurer."
2. To ensure your payment is recorded accurately, you **must** write your **Square, Suffix, Lot (SSL) number** on your check or money order.
3. If you are submitting payments for more than one property, you **must** include separate checks for each payment voucher.
4. Mail your check with the voucher at the bottom of this notice to: Office of Tax and Revenue DC Government Real Property Taxes, P.O. Box 718095, Philadelphia, PA 19171-8095.
   Payments must be received at that address by the due date to be credited as timely. The District cannot be responsible for delays in the mail.

**PENALTY, INTEREST, AND FEES:**
The law provides that if your Possessory Interest tax is not paid in full by the due date on the tax bill, the Office of Tax and Revenue must charge a penalty equal to 10 percent of the delinquent tax at the rate of 1.5 percent per month (or part thereof) until paid. Furthermore. a $65 fee will be assessed for each dishonored payment. Waiver requests can be submitted via MyTax.DC.gov for consideration.

**COLLECTION ENFORCEMENT:**
Properties delinquent in the payment of possessory interest tax and BID tax will be sent to the Office of Tax and Revenue's collection division. You will be notified of the delinquency and collection efforts in a special notice. The notice will give you instructions on procedures to prevent collection actions of your delinquent liability.



| | Government of the District of Columbia | |
|---|---|---|
| | Office of the Chief Financial Officer | 1101 4th Street, SW |
| | Office of Tax and Revenue | Washington, DC 20024 |

Notice Number:   L0013012712

## OUTSTANDING LIABILITIES

| Description | Class | Tax | Penalty | Interest | Credit | Total |
|---|---|---|---|---|---|---|
| 2025 First Half BID Tax | | $55,707.96 | $0.00 | $0.00 | $0.00 | $55,707.96 |
| 2024 Second Half PI Tax | 2 | $229,473.93 | $0.00 | $0.00 | $0.00 | $229,473.93 |
| 2024 First Half PI Tax | 2 | $701,920.26 | $0.00 | $0.00 | -$701,920.26 | $0.00 |
| Prior TY 2024 BID Tax | | $111,415.92 | $11,141.60 | $20,054.88 | -$23,675.90 | $118,936.50 |
| Prior TY 2023 PI Tax | 2 | $1,403,840.52 | $0.00 | $0.00 | -$1,403,840.52 | $0.00 |
| Prior TY 2023 BID Tax | | $111,415.92 | $11,141.60 | $40,109.76 | -$43,730.78 | $118,936.50 |
| Prior TY 2022 PI Tax | 2 | $701,920.26 | $0.00 | $0.00 | -$701,920.26 | $0.00 |
| **Total** | | **$3,315,694.77** | **$22,283.20** | **$60,164.64** | **-$2,875,087.72** | **$523,054.89** |
| **Amount Due By September 15, 2024** | | | | | | **$523,054.89** |



Case 1:22-cv-01043-APM  Document 176  Filed 02/25/25  Page 9 of 9