IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),<br><br>        Plaintiff,<br><br>v.<br><br>SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST MADE AS OF JANUARY 25, 2007, WITH SAID PROPERTY INTEREST PERTAINING TO DESCRIBED LEASEHOLD INTERESTS AT WASHINGTON UNION STATION LOCATED, ET AL.,<br><br>        Defendants. | Civil Action No. 1:22-cv-01043-APM |

## NOTICE OF APPEAL
## BY UNION STATION SOLE MEMBER, LLC

Defendant, Union Station Sole Member, LLC, by and through its undersigned counsel, hereby appeals from the final judgment in this case to the United States Court of Appeals for the District of Columbia Circuit. This appeal is taken in light of the Court's Memorandum Opinion and Order dated March 5, 2025 (ECF 181).

Pursuant to Federal Rule of Appellate Procedure 4(a)(2), a "notice of appeal filed after the court announces a decision or order—but before the entry of the judgment or order—is treated as filed on the date of and after the entry."

Dated: March 6, 2025

ARENTFOX SCHIFF LLP

/s/ *James H. Hulme*
James H. Hulme
D.C. Bar #323014
1717 K Street, NW
Washington, DC 20006
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
James.Hulme@afslaw.com


-and-


KASOWITZ BENSON TORRES LLP

David E. Ross (*admitted pro hac vice*)
David J. Mark (*admitted pro hac vice*)
1633 Broadway
Tel.: (212) 506-1700
New York, NY 10019
dross@kasowitz.com
dmark@kasowitz.com

*Attorneys for Defendant Union Station Sole Member, LLC*