# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 24-7089** | **September Term, 2024** |
| | 1:22-cv-01043-APM |
| | **Filed On:** 24-7089 |

National Railroad Passenger Corporation, (Amtrak),

      Appellee

      v.

Sublease Interest Obtained Pursuant to an Assignment and Assumption of Leasehold Interest Made as of January 25, 2007, with said property interest pertaining to described leasehold interests at Washington Union Station, et al.,

      Appellees

Union Station Investco, LLC and Kookmin Bank Co., Ltd., Individually and in its capacity as trustee of KTB CRE Debt Fund No. 8, a Korean Investment trust,

      Appellants

**O R D E R**

Upon consideration of the stipulated agreement to dismiss the appeal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

      BY:    /s/
               Emily Campbell
               Deputy Clerk