IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),** | * | |
| | * | CIVIL ACTION NO. 1:22-CV-01043 |
| PLAINTIFF, | * | |
| v. | * | |
| | * | |
| **SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST**, *et al.* | * | |
| | * | |
| DEFENDANTS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT REQUEST FOR STATUS CONFERENCE REGARDING SETTLEMENT**

In accordance with this Court's limited retention of jurisdiction under the Stipulated Judgment entered in this matter on March 7, 2025 (Docket No. 184), Plaintiff National Railroad Passenger Corporation ("Amtrak") and Defendants ("Lender")[1] hereby request a status conference with the Court to address a disagreement that has arisen regarding implementation of the parties' settlement agreement. Amtrak and Lender have attempted to resolve the disagreement without aid of the Court but, regretfully, it appears they are at an impasse. The parties' disagreement is reflected in the correspondence attached as Exhibits 1-4 to this Request. Accordingly, the parties request a status conference with the Court.

---

[1] "Lender" refers to Defendants Kookmin Bank Co. Ltd, individually and in its capacity as trustee of KTB CRE Debt Fund No. 8, a Korean Investment Trust, and its agent on behalf of said Trust in Korea, Daol Fund Management Co. and its agent on behalf of said Trust in United States, Rexmark Holdings LLC d/b/a Rexmark along with Union Station Investco, LLC.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF NATIONAL RAILROAD PASSENGER CORPORATION**

*/s/ Patricia McHugh Lambert*

Patricia McHugh Lambert, US DC Bar ID MD0008
Kambon R. Williams, US DC Bar ID MD29872
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, MD  21204
Telephone: 410-938-8800
Fax: 410-832-5650
plambert@pklaw.com
kwilliams@pklaw.com

*/s/ Lindsay Harrison*

Lindsay Harrison, DC Bar #977407
Jessica Ring Amunson, DC Bar #497223
JENNER & BLOCK, LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001-4412
Telephone: 202-639-6000
Fax: 202-639-6066
lharrison@jenner.com
jamunson@jenner.com

**COUNSEL FOR LENDER**

*/s/ Paul J. Kiernan*

Paul J. Kiernan
Louis J. Rouleau
HOLLAND & KNIGHT, LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Phone: (202) 663-7276
Fax: (202) 955-5564
Paul.Kiernan@hklaw.com

*/s/ Y. David Scharf*
Y. David Scharf
Kristin T. Roy
Latisha V. Thompson
Amber R. Will
Mahnoor Misbah
*Admitted pro hac vice*
MORRISON COHEN, LLP
909 Third Avenue
New York, New York 10022
ydscharf@morrisoncohen.com
New York, New York 10022
ydscharf@morrisoncohen.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 2nd day of May 2025, a copy of the foregoing pleading was served on all counsel of record by filing on the Court's ECF System.

*/s/ Patricia McHugh Lambert*
Patricia McHugh Lambert, US DC Bar ID MD0008
