## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) ) ) ) ) Plaintiffs, ) ) v. ) ) SUBLEASE INTEREST PERTAINING TO DESCRIBED ) LEASEHOLD INTERESTS AT WASHINGTON ) UNION STATION, et al. ) ) Defendant. ) ) | 1:22-cv-01043-APM<br>Judge Amit P. Mehta |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Steven Jay Willner of Neuberger, Quinn, Gielen, Rubin & Gibber, P.A., hereby withdraw his appearance as counsel to Union Station Investco, LLC.

Respectfully Submitted,

/s/ Steven J. Wilner
Steven Jay Willner
NEUBERGER, QUINN, GIELEN, RUBIN &
 GIBBER, P.A.
One South Street
27th Floor
Baltimore, MD 21202
410-332-8542
Email: sjw@nqgrg.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 21st day of May 2025, I served a true and correct copy of the foregoing Notice of Withdrawal on counsel of record via the CM/ECF filing system.

                /s/Steven J. Wilner
                Steven J. Wilner