IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), | * | |
| | * | CIVIL ACTION NO. 1:22-CV-01043 |
| PLAINTIFF, | * | |
| v. | * | |
| SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST, *et al.* | * | |
| | * | |
| DEFENDANTS. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DECLARATIONS**

Plaintiff National Railroad Passenger Corporation ("Amtrak") respectfully moves for leave to file two declarations in response to Defendants' declarations submitted with their Response to Amtrak's Motion to Enforce Settlement Agreement (Docket No. 197).[1] The declarations are attached as exhibits to this Motion. While the Settlement Agreement is unambiguous and should be interpreted based on its plain text, the declarations submitted by Defendants for the first time with their Response present an inaccurate and incomplete picture of the negotiations from individuals who were not always directly involved in those negotiations. To the extent that the Court would consider those declarations, which ought to have been submitted in connection with Defendants' Motion, Amtrak therefore seeks to correct and supplement the record with declarations from the individuals who were directly involved in the negotiations on Amtrak's side. Defendants should not experience any unfair prejudice from the completion of the factual record when it was Defendants' submission of new declarations with

---

[1] While the Settlement Agreement is confidential, these declarations do not discuss or quote its terms and therefore Amtrak does not seek leave to file this Motion under seal even though prior filings which did discuss the Agreement's terms were filed under seal.

1

their Response that prompted the need for this Motion.

    Amtrak consulted with Defendants about this Motion, and they oppose this Motion and plan to file a written opposition. They also oppose Amtrak attaching the declarations to this Motion; however, in Amtrak's view, the Court needs to see the declarations in order to decide whether they fairly respond to new facts asserted for the first time in Defendants' Response.

Respectfully submitted,

**COUNSEL FOR PLAINTIFF NATIONAL RAILROAD PASSENGER CORPORATION**

*/s/ Patricia McHugh Lambert*

Patricia McHugh Lambert, US DC Bar ID MD0008
Kambon R. Williams, US DC Bar ID MD29872
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, MD 21204
Telephone: 410-938-8800
Fax: 410-832-5650
plambert@pklaw.com
kwilliams@pklaw.com

*/s/ Lindsay Harrison*

Lindsay C. Harrison, DC Bar #977407
Jessica Ring Amunson, DC Bar #497223
JENNER & BLOCK, LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001-4412
Telephone: 202-639-6000
Fax: 202-639-6066
lharrison@jenner.com
jamunson@jenner.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 24th day of June 2025, a copy of the foregoing pleading was served on all counsel of record by filing on the Court's ECF System.

              /s/ *Lindsay Harrison*
              Lindsay C. Harrison, DC Bar #977407