# EXHIBIT B

**NATIONAL RAILROAD PASSENGER CORPORATION**
1801 Market St, 8th Floor, Real Estate
Philadelphia, PA 19103

July 29, 2024

Chipotle Mexican Grill of Colorado, LLC
Chipotle Mexican Grill
11 W Nationwide Blvd #250
Columbus, OH 43215

Dear Tenant/Licensee:

My name is Jim Klaiber, and I am the Director Real Estate Leasing at National Railroad Passenger Corporation ("Amtrak"). I would like to formally introduce myself as your new contact relating to the leasing and management of your retail space within Washington Union Station.

As you may be aware, Amtrak filed a filed a legal action on April 14, 2022 entitled National Railroad Passenger Corporation v. Sublease Interest Obtained Pursuant to an Assignment and Assumption of Leasehold Interest made as of January 25, 2007, with said property interest pertaining to Described Leasehold Interests at Washington Union Station, et al. United States District Court for the District of Columbia Case No. 1:22-cv-01043, to acquire the sublease interests of Union Station Investco, LLC, your previous landlord. By recent order of the Court, possession of the sublease interests was transferred to Amtrak as of July 29, 2024. As a result, Amtrak is now your new landlord at WUS.

If you have any questions or concerns regarding your lease/sublease/license, rent, maintenance requests, or Washington Union Station in general, please don't hesitate to reach out to either of the following individuals:

Name: Dexter Foreman
Email: Dexter.Foreman@amtrak.com
Cell:  215-410-6072

Name: Jim Klaiber
Email: james.klaiber@amtrak.com
Office: 215-349-2053
Cell:  267-443-7244

As Amtrak begins running the day-to-day operations at Washington Union Station, there are few items that Amtrak would like to make you aware of. Please review the information below and contact me with any questions.

**Rent Payments**

Your current lease/sublease/license and leasing terms will remain in effect, however, effective July 15, 2024, payment for all rent and other payments due under your lease/sublease/license should be made payable to **National Railroad Passenger Corporation** and sent directly to:

> <u>By regular mail</u>:
> National Railroad Passenger Corporation
> 23615 Network Place – Group 5
> Chicago, IL 60673-1236
>
> <u>By overnight mail</u>:
> JPMorgan
> LBX: National Railroad Passenger Corporation
> 131 S. Dearborn – Lockbox 23615 - 6th floor
> Chicago, IL 60603

Send check remittance information to: cashmanagement@amtrak.com
ARRealEstate@amtrak.com

If you wish to submit your rent and other payments electronically, please use the following wire or ACH instructions:

> <u>ACH Transactions</u>:
> Account Name – Amtrak – National Railroad Passenger Corp
> Account Number - 512097054
> Transit & Routing Number – 021000021
> Account Type: Checking
> ACH Department Contact - JP Morgan Chase Customer Service 813-432-3700
>
> <u>Wire Transactions</u>:
> Account Name – Amtrak – National Railroad Passenger Corp
> Account Number - 512097054
> ABA – 021000021
> SWIFT – CHASUS33
> Wire Department Contact - JP Morgan Chase Customer Service 877-204-1123
>
> Please send ACH/Wire remittance detail to cashmanagement@amtrak.com and
> ARRealEstate@amtrak.com

**Gross Sales Reports**

Please send your previous month sales report within ten (10) days after the close of each month, or as required per your lease/sublease/license to:

> Name: Dexter Foreman          Email: Dexter.Foreman@amtrak.com and
>                                       ARRealEstate@amtrak.com

**Recent Communications**
Please send any recent notices and other written communications between you and USI, within thirty (30) days of this letter to:

    Name: Dexter Foreman        Email:  Dexter.Foreman@amtrak.com

**Certificate of Insurance Request**
Amtrak requires that you provide us with an updated certificate of insurance relating to the insurance required under your lease/sublease/license.  The certificate of insurance must name **National Railroad Passenger Corporation** as an additional insured. Please send an updated certificate of insurance within thirty (30) days of the date of this letter by email to Dexter.Foreman@amtrak.com  or by mail to Amtrak at the following address:

    National Railroad Passenger Corporation
    Attn: Director Real Estate Leasing
    1801 Market St, 8th Floor
    Philadelphia, PA 19103

**Tenant Contact Information**
Please complete the enclosed Tenant Contact Information Form and promptly return it to Dexter Foreman at  Dexter.Foreman@amtrak.com.

We look forward to working with you. Please don't hesitate to reach out to me with any questions you might have.

Sincerely,

*[signature]*

**Jim Klaiber**
Director Real Estate Leasing
Amtrak | 1801 Market St | 8th Floor 828 | Philadelphia, PA  19103
Email: james.klaiber@amtrak.com | office: 215.349.2053 | cell 267-443-7244