# EXHIBIT C



CHIPOTLE MEXICAN GRILL, INC.
500 Neil Avenue, Suite 400
Columbus, Ohio 43215

MAIN  614.318.2400
WEB   chipotle.com

April 14, 2025

**VIA FEDERAL EXPRESS OVERNIGHT**
**AND ELECTRONIC MAIL**

Union Station Investco, LLC
150 East 58th Street, Penthouse
New York, New York 10155
Attention: Lease Administration
212-213-4444

## NOTICE OF DEMAND FOR REIMBURSEMENT

Re:  (1) Lease Agreement dated December 17, 2009, as amended and transferred ("**Lease #1**"), by and between Union Station Investco, LLC ("**Investco**") and Chipotle Mexican Grill of Colorado, LLC, a Colorado limited liability company ("**Tenant**") for certain premises consisting of approximately 1,848 square feet as more fully described in the Lease, located in Union Station, Washington DC (Chipotle Site: #1318 – Union Station) and (2) Lease Agreement dated January 26, 2015, as amended and transferred ("**Lease #2**", together with Lease #1, the "**Leases**") by and between Investco and Tenant for certain premises consisting of 929 square feet located in the food court of Union Station, Washington DC (Chipotle Site: #2479 – Union Station Food Court)

Dear Investco:

Capitalized terms used but not defined herein shall be afforded the meanings given to such terms in the Leases.

As you may be aware, due to an administrative error, Tenant has inadvertently paid to Investco rental, utilities and other costs due and owing under the Leases, in the amount of $443,361.13 (the "**Misdirected Funds**"). Please see attached a ledger showing all payments made. As you can see, these payments all relate to time periods during which Investco was no longer the landlord under the Leases and thus, no longer entitled to receive any rental or other charges from Tenant thereunder. Tenant was surprised and concerned to discover that Landlord has been regularly cashing these checks and has not made Tenant aware of this error. In fact, Tenant only became aware of the misdirected payments because the new Union Station landlord, Amtrak, requested payment of outstanding rental amounts due and owing which Tenant had inadvertently been sending to Investco.

Since becoming aware of the Misdirected Funds, Tenant has been repeatedly reached out to various Investco contacts to discuss this matter, but, to date, has received no response.

Tenant is writing to demand the immediate return of the Misdirected Funds. Please reach out to Amanda Bednar via email (abednar@chipotle.com) or telephone ((614) 318-7486) to arrange for reimbursement of the Misdirected Funds no later than April 25, 2025 in order to avoid legal action.

Chipotle expressly reserves all rights and remedies with respect to the Misdirected Funds available at law or in equity.

                                              **Chipotle Mexican Grill of Colorado, LLC,**
a Colorado limited liability company

Name: Elizabeth Waterman
Title: Assistant General Counsel – Real Estate

Cc:

Union Station Investco, LLC
c/o Jones Lang LaSalle Americans, Inc., its agent
40 Massachusetts Avenue, N.E.
Washington DC 20002
Attention: General Manager
202-289-1908

Union Station Investco, LLC
c/o Rexmark
295 Madison Avenue, Suite 1200
New York, NY 10017

(via email): Matt.Barry@jll.com