# EXHIBIT D



July 15, 2025

**VIA ELECTRONIC MAIL**

Rexmark
295 Madison Avenue, Suite 1200
New York, NY 10017
Attn: Michael Rebibo

Union Station Investco LLC
150 East 58th Street, Penthouse
New York, NY 10155

      **Re:** *Chipotle Mexican Grill – Return of Payments*

Mr. Rebibo:

      We've been retained by Chipotle Mexican Grill of Colorado LLC ("Chipotle") to recover rent and other payments made to Investco and Rexmark in connection with Chipotle's leased properties at Washington, D.C.'s Union Station ("Union Station") after Investco and Rexmark were no longer the lessor of those properties (the "Misdirected Funds").

      Since 2009 and 2015, Chipotle has leased two properties (Chipotle Sites #1318 and #2479) at Union Station from Union Station Investco, LLC ("Investco") under a series of lease agreements (the "Leases"). As you know, in August 2022, Rexmark took control of Investco. *See Daol Rexmark Union Station v. USSM*, No. 22-cv-6649 (March 3 2025, S.D.N.Y.), ECF No. 187.

      On or around July 29, 2024, Rexmark and the National Railroad Passenger Corporation ("Amtrak") sent Chipotle a letter informing Chipotle that Amtrak had taken possession of Investco's leasehold at Union Station pursuant to a judgment in the case captioned *National Railroad Passenger Corporation v. Sublease Interest Obtained Pursuant to an Assignment and Assumption of Leasehold Interest made as of January 25, 2007*, No. 22-cv-1043 (D.D.C.). *See* Exhibit A. That letter provided: "From the date of this letter forward, the addressee of this letter [Chipotle] should be dealing with Amtrak with respect to all issues relating to your lease/license at Washington Union Station." Ex. A at 1. On or around the same day, Amtrak sent Chipotle a letter explaining that "By recent order of the Court, possession of the sublease interests was transferred to Amtrak as of July 29, 2024. As a result, Amtrak is now your new landlord at [Union Station]." *See* Exhibit B at 1.

      As reflected in Chipotle's April 14, 2025 letter to Investco (*see* Exhibit C), on or around July 18, 2024, Chipotle sent two payments to Investco for August 2024 rent. Those payments were made prior to the July 29, 2024 Notices. It is Chipotle's understanding that Investco and Rexmark retained those payments, totaling $60,294.06, and did not transmit the funds to Amtrak.

**BSF**

      After receipt of the Notices, due to an administrative error, Chipotle directed its Union Station payments for September 2024 through February 2025 rent and utilities, owed under the Leases, to Investco and Rexmark, instead of directing those payments to Amtrak.  Those payments totaled $383,067.07.

      Investco and Remark apparently accepted these Misdirected Funds received from Chipotle, totaling $443,361.13, but neither forwarded the Misdirected Funds to Amtrak nor advised Chipotle that the payments should be directed to Amtrak.  Chipotle became aware of the issue after it was contacted by Amtrak about overdue and outstanding payments.

      The Misdirected Funds were sent after Invesco and Rexmark were no longer the landlord under the Leases, and thus Investco and Rexmark were not entitled to accept any rental or other payments from Chipotle.

      Chipotle has previously attempted to reach Investco and Rexmark, and has requested the return of the Misdirected Funds, including in Chipotle's April 14, 2025 letter.  Chipotle has received no response to its letter or other outreach.

      Retention of the Misdirected Funds is unlawful and unethical.  Chipotle hopes we can resolve this matter without litigation.  Please contact me by email at sgant@bsfllp.com or by phone at (202) 895-7566 to arrange for prompt return of the Misdirected Funds.

      If I do not hear from you by July 25, 2025, Chipotle will construe that as a refusal to return the Misdirected Funds, and proceed with legal action to recover them.

      This Letter also serves as additional notice that Investco and its employees and agents, and Rexmark and its employees and agents, including but not limited to Michael Rebibo and Carmel Kashani, should **preserve all documents or information related to the Misdirected Funds or relevant to Chipotle's potential claims**.

Respectfully,

*[signature]*

Scott E. Gant