# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-7031**  **September Term, 2025**

**1:22-cv-01043-APM**

**Filed On: October 17, 2025**

National Railroad Passenger Corporation, (Amtrak),

      Appellee

      v.

Sublease Interest Obtained Pursuant to an Assignment and Assumption of Leasehold Interest Made as of January 25, 2007, with said property interest pertaining to described leasehold interests at Washington Union Station, et al.,

      Appellees

Union Station Sole Member, LLC,

      Appellant

## O R D E R

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

      BY:   /s/
             Laura M. Morgan
             Deputy Clerk