

Nancy Hoffman <nancy@newtradition.com>

## RE: New Tradition - Union Station Payments

**Paul.Kiernan@hklaw.com** <Paul.Kiernan@hklaw.com>    Tue, Mar 25, 2025 at 11:04 AM
To: Nancy Hoffman <nancy@newtradition.com>, Michael Rebibo <MRebibo@rexmark.com>
Cc: Bret Richheimer <bret@newtradition.com>, Joe Amoroso <Joe@rexmark.com>

Nancy:

In response to your inquiry about monies alleged to be owing to you from Union Station Investco, LLC, please be advised that USI is not liable to you for the money you are claiming. Amtrak is in control of Union Station, not USI. Pursuant to Paragraphs 2.4 and 4.2.4 of the Agreement of Settlement dated as of February 5, 2025, Amtrak expressly agreed to release and discharge Union Station Investco from any and all claims arising out of or associated with claims for monies paid by third parties as rent pursuant to subleases or monies owed to third parties associated with operation of Union Station."

**Paul Kiernan** | **Holland & Knight**

Partner

Holland & Knight LLP

800 17th Street N.W., Suite 1100 | Washington, District of Columbia 20006

Phone 202.663.7276 | Fax 202.955.5564 | Mobile 202.246.7466

paul.kiernan@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Nancy Hoffman <nancy@newtradition.com>
**Sent:** Tuesday, March 25, 2025 11:00 AM
**To:** Michael Rebibo <MRebibo@rexmark.com>
**Cc:** Bret Richheimer <bret@newtradition.com>; Joe Amoroso <Joe@rexmark.com>; Kiernan, Paul J (WAS - X77276) <Paul.Kiernan@hklaw.com>
**Subject:** Re: New Tradition - Union Station Payments

*[External email]*

Hey Michael,

Removed Louis.  Spoke to Bret who mentioned that you are going to send across the language from the Rexmark/Amtrak agreement that provides for a "wrong pockets" provision.  Can you please send that across as soon as you are able?  We are obligated to make the final catch-up payment to Amtrak in a few days and, as you might imagine, our Board is getting increasingly frustrated by the fact that we have double-paid rent, after inadvertently paying Rexmark.

Thanks!

Nancy



**Nancy L. Hoffman**
General Counsel
**New Tradition**

513.307.3815

[nancy@newtradition.com](mailto:nancy@newtradition.com)

newtradition.com

200 Park Avenue South, New York, NY 10003

This email is intended solely for the recipients named above and may contain information that is confidential, privileged, or legally protected. Unauthorized use or dissemination of this email and any attachments is strictly prohibited.  If you received this communication in error, please immediately notify the sender by return e-mail and delete all copies of the original email and attachments.

On Mon, Mar 24, 2025 at 11:50 AM Michael Rebibo <[MRebibo@rexmark.com](mailto:MRebibo@rexmark.com)> wrote:

> Adding Paul.
>
> Paul please call me to discuss so we can address with Nancy and Bret.
>
> Thank you,
>
> **Michael Rebibo**
> **Managing Principal**
>
> **REXMARK**
>
> 295 Madison Avenue
> Suite 1200
> New York, NY 10017
> Tel: (212) 575-0047
> [MRebibo@rexmark.com](mailto:MRebibo@rexmark.com)
> [www.rexmark.com](http://www.rexmark.com)