| | |
|---|---|
| **From:** | Paul.Kiernan@hklaw.com |
| **To:** | Janice D. Hughlett; mrebibo@rexmark.com |
| **Cc:** | Michele H. Dinterman; Jeremy Rountree |
| **Subject:** | [EXTERNAL] RE: New Tradition Inadvertent Payments to Union Station Investco LLC - $1,125,000.00 - Our File: 075734 |
| **Date:** | Wednesday, August 27, 2025 3:32:01 PM |
| **Attachments:** | image001.png |



Good afternoon.

I acknowledge receipt of your letter. It remains the position of Union Station Investco LLC that this is a matter to be addressed with Amtrak which, as we understand it, improperly charged New Tradition a second time for these rents.


**Paul Kiernan** | **Holland & Knight**
Partner
Holland & Knight LLP
800 17th Street N.W., Suite 1100 | Washington, District of Columbia 20006
Phone +1.202.663.7276 | M +1.202.246.7466
Paul.Kiernan@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Janice D. Hughlett <jdhughlett@nilesbarton.com>
**Sent:** Wednesday, August 27, 2025 2:59 PM
**To:** mrebibo@rexmark.com; Kiernan, Paul J (WAS - X77276) <Paul.Kiernan@hklaw.com>
**Cc:** Michele H. Dinterman <mhdinterman@nilesbarton.com>; Jeremy Rountree <jrountree@nilesbarton.com>
**Subject:** New Tradition Inadvertent Payments to Union Station Investco LLC - $1,125,000.00 - Our File: 075734

*[External email]*
Dear Messrs. Rebibo and Kiernan:

Michele Dinterman asked that I forward the attached Second Demand letter in connection with the above matter.  If you have questions, please contact Ms. Dinterman at mhdinterman@nilesbarton.com or (410) 783-6428.

Sincerely,

Janice D. Hughlett | Legal Assistant



**Niles, Barton & Wilmer, LLP**

111 South Calvert Street, Suite 1400

Baltimore, Maryland 21202

Direct: (410) 783-6348

jdhughlett@nilesbarton.com | www.nilesbarton.com

NOTICE: This message and any attachments may constitute a confidential attorney-client communication, protected attorney work-product, or other privileged or confidential information. It is intended only for the designated and intended recipient(s). It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error or are not an intended recipient, do not review, disseminate, distribute or copy it. Notify the sender by reply e-mail or by calling (410)783-6300, and delete it from your system. Thank you.

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.