IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),<br><br>*Plaintiff*<br><br>v.<br><br>SUBLEASE INTEREST PERTAINING TO DESCRIBED LEASEHOLD INTERESTS AT WASHINGTON UNION STATION, et al.,<br><br>*Defendants* | Case No. 1:22-cv-01043 (APM) |

## NOTICE OF APPEARANCE OF COUNSEL

To the clerk of the court and all counsel of record:

Please take notice that Michele H. Dinterman, Esquire of Niles, Barton & Wilmer LLP, appears in this matter as counsel for New Tradition Outdoor, LLC.

                                                          Respectfully submitted,

                                                    */s/ Michele H. Dinterman*
                                                    Michele H. Dinterman, Esquire (ID No.: 19767)
                                                    NILES BARTON & WILMER LLP
                                                    111 S. Calvert Street, Suite 1400
                                                    Baltimore, MD 21202
                                                    Tel.: (410) 783-6428
                                                    Fax: (410) 783-6363
                                                    mhdinterman@nilesbarton.com
                                                    *Counsel for New Tradition Outdoor, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2025, I caused true and correct copies of the foregoing to be served via PACER/ECF on all counsel of record.

                                                      */s/ Michele H. Dinterman*
                                                    Michele Hayes Dinterman (ID No. 19767)