IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 1:22-CV-01043 |
| v. | * | |
| SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST, *et al.* | * | |
| DEFENDANTS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S NOTICE OF FILING**

Plaintiff National Railroad Passenger Corporation ("Amtrak") respectfully submits the redacted filings below pursuant to ECF 204.

| ECF No. | Description |
|---|---|
| 188-0 | Joint Motion to File Under Seal |
| 188-1 | Exhibit 1 |
| 188-2 | Exhibit 2 |
| 188-3 | Exhibit 3 |
| 188-4 | Exhibit 4 with redactions |
| 195-0 | Unopposed Motion for Leave to File Under Seal |
| 195-1 | Amtrak's Motion to Enforce Settlement Agreement |
| 195-2 | Declaration of Christopher Flack |
| 195-3 | Exhibit 1 with redactions |
| 195-4 | Exhibit 2 with redactions |

| ECF No. | Description |
| --- | --- |
| 195-5 | Exhibit 3 with redactions |
| 195-6 | Exhibit 4 with redactions |
| 195-7 | Exhibit 5 with redactions |
| 195-8 | Exhibit 6 |
| 195-9 | Exhibit 7 |
| 195-10 | Exhibit 8 |
| 196 | Motion to File Under Seal |
| 196-1 | Plaintiff's Response to Defendants' Motion to Enforce Settlement Agreement |

Respectfully submitted,

**COUNSEL FOR PLAINTIFF NATIONAL RAILROAD PASSENGER CORPORATION**

*/s/ Patricia McHugh Lambert*
Patricia McHugh Lambert, US DC Bar ID MD0008
Kambon R. Williams, US DC Bar ID MD29872
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, MD 21204
Telephone: 410-938-8800
Fax: 410-832-5650
plambert@pklaw.com
kwilliams@pklaw.com

*/s/ Lindsay Harrison*
Lindsay C. Harrison, DC Bar #977407
Jessica Ring Amunson, DC Bar #497223
JENNER & BLOCK, LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001-4412
Telephone: 202-639-6000

2

Fax: 202-639-6066
lharrison@jenner.com
jamunson@jenner.com

3

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 22nd day of October 2025, a copy of the foregoing pleading was served on all counsel of record by filing on the Court's ECF System.

               */s/ Lindsay Harrison*
               Lindsay C. Harrison, DC Bar #977407