**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

--------------------------------------------------------------------- X

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

        Plaintiff,                                        Case No. 1:22-cv-01043 (APM)

        v.

SUBLEASE INTEREST PERTAINING TO
DESCRIBED LEASEHOLD INTERESTS
AT WASHINGTON UNION STATION, et al.

        Defendants.

--------------------------------------------------------------------- X

## DEFENDANTS' NOTICE OF APPEAL

      Defendants Kookmin Bank Co., Ltd., individually ("Kookmin") and in its capacity as trustee ("Trustee") of KTB CRE Debt Fund No. 8, a Korean Investment Trust (the "Trust"), by its agent on behalf of the Trust in Korea, Daol Fund Management Co. ("Daol"), and by its agent on behalf of the Trust in United States, Rexmark Holdings LLC d/b/a Rexmark ("Rexmark," and together with Kookmin, Trustee, the Trust, and Daol, "Lender") and Union Station Investco, LLC ("USI") hereby give notice of their appeal to the U.S. Court of Appeals for the District of Columbia Circuit, of each and every part of this Court's Order Granting Plaintiff National Railroad Passenger Corporation (Amtrak)'s Motion to Enforce Settlement Agreement, dated February 24, 2026, (the "Order") (ECF Doc. No. 217).

Dated: March 11, 2026

 _/s/  Y. David Scharf_            _/s/ Paul J. Kiernan_
Y. David Scharf                    Paul J. Kiernan
Amber R. Will                      HOLLAND & KNIGHT LLP
Mahnoor Misbah                     800 17th Street N.W.
*Admitted pro hac vice*            Suite 1100
MORRISON COHEN LLP                 Washington, D.C. 20006
909 Third Avenue                   Phone: 202-663-7276
New York, New York 10022           Paul.Kiernan@hklaw.com
(212) 735-8600
ydscharf@morrisoncohen.com

*Attorneys for Lender Defendants*