**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

    Plaintiff,

v.

SUBLEASE INTEREST OBTAINED
PURSUANT TO AN ASSIGNMENT AND
ASSUMPTION OF LEASEHOLD INTEREST
MADE AS OF JANUARY 25, 2007, et al.,

    Defendants.

Case No. 22-cv-01043 (APM)

**PLAINTIFF AMTRAK'S MOTION FOR ATTORNEYS' FEES, COSTS, AND**
**EXPENSES**

Pursuant to Section 5.7 of the Settlement Agreement between Plaintiff National Railroad

Passenger Corporation ("Amtrak") and Defendants, Amtrak respectfully moves this Court for an

award of attorneys' fees, costs, and expenses incurred in pursuing this Enforcement Action. For

the reasons set forth in the accompanying Memorandum of Law and supporting declarations, the

Court should award Amtrak its fees and costs in the total amount of $109,289.60, comprising

$90,704.10 in fees incurred by Jenner & Block LLP and $18,356.25 in fees, plus $229.25 in costs

incurred by Pessin Katz Law, P.A.

Dated: May 4, 2026

Respectfully submitted,

COUNSEL FOR PLAINTIFF NATIONAL
RAILROAD PASSENGER CORPORATION

*/s/ Lindsay Harrison*
Lindsay C. Harrison, DC Bar #977407

Jessica Ring Amunson, DC Bar #497223
JENNER & BLOCK, LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001-4412
Telephone: 202-639-6000
Fax: 202-639-6066
lharrison@jenner.com
jamunson@jenner.com

*/s/ Patricia McHugh Lambert*
Patricia McHugh Lambert, US DC Bar ID MD0008
Kambon R. Williams, US DC Bar ID MD29872
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, MD 21204
Telephone: 410-938-8800
Fax: 410-832-5650
plambert@pklaw.com
kwilliams@pklaw.com