# EXHIBIT A

## EXHIBIT A

### Time and Billing Records – Jenner & Block LLP

*National Railroad Passenger Corporation (Amtrak) v. Sublease Interest, et al.  |  Case No. 22-cv-01043 (APM)*
*Enforcement Action Fees  |  Matter No. 29030-10774  |  March 2025 – March 2026*

| Date | Timekeeper | Position | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| **ATTORNEY AND PROFESSIONAL STAFF TIME** | | | | | |
| *Lindsay C. Harrison  |  Partner  |  $1,190/hr* | | | | **58.80** | **$70,644.00** |
| 04/08/2025 | Lindsay C. Harrison | Partner | Reviewed memo re declaratory relief in Judge Mehta case and reviewed related correspondence from P. Kiernan. | 1.00 | $1,190.00 |
| 04/10/2025 | Lindsay C. Harrison | Partner | Reviewed and revised memo re third-party claims. | 1.00 | $1,190.00 |
| 04/11/2025 | Lindsay C. Harrison | Partner | Prepared for and participated in call with C. Flack, P. Lambert re letter to P. Kiernan about third-party disputes. | 0.70 | $833.00 |
| 04/28/2025 | Lindsay C. Harrison | Partner | Reviewed correspondence from P. Kiernan and discussed strategy with C. Flack, P. Lambert. | 0.50 | $595.00 |
| 04/29/2025 | Lindsay C. Harrison | Partner | Drafted status conference request and instructed T. Lockhead on sealing motion. | 0.40 | $476.00 |
| 04/30/2025 | Lindsay C. Harrison | Partner | Edited sealing motion and status conference request. | 0.50 | $595.00 |
| 05/01/2025 | Lindsay C. Harrison | Partner | Discussed request for status conference and sealing motion with P. Kiernan and conveyed conversation to C. Flack. | 0.30 | $357.00 |
| 05/02/2025 | Lindsay C. Harrison | Partner | Call with P. Kiernan re status conference request. | 0.20 | $238.00 |
| 05/02/2025 | Lindsay C. Harrison | Partner | Reviewed final filing and oversaw filing of request for status conference and sealing motion. | 0.70 | $833.00 |
| 05/06/2025 | Lindsay C. Harrison | Partner | Corresponded with P. Kiernan re status conference request and scheduling hearing. | 0.30 | $357.00 |
| 05/07/2025 | Lindsay C. Harrison | Partner | Corresponded with opposing counsel and court re status conference. | 0.20 | $238.00 |
| 05/12/2025 | Lindsay C. Harrison | Partner | Coordinated with Amtrak and P. Lambert re hearing on status conference. | 0.20 | $238.00 |
| 05/13/2025 | Lindsay C. Harrison | Partner | Coordinated hearing with P. Kiernan and Amtrak/P. Lambert. | 0.20 | $238.00 |
| 05/16/2025 | Lindsay C. Harrison | Partner | Emailed with C. Flack, P. Lambert re status conference, notice of appearance. | 0.20 | $238.00 |
| 05/20/2025 | Lindsay C. Harrison | Partner | Participated in call with C. Flack, P. Lambert re preparation for status conference. | 0.50 | $595.00 |
| 05/23/2025 | Lindsay C. Harrison | Partner | Prepared for hearing on dispute over settlement agreement. | 1.00 | $1,190.00 |
| 05/27/2025 | Lindsay C. Harrison | Partner | Prepared for and participated in hearing re dispute over settlement agreement. | 1.50 | $1,785.00 |
| 05/27/2025 | Lindsay C. Harrison | Partner | Discussed strategy with C. Flack, P. Lambert following hearing. | 0.30 | $357.00 |
| 05/27/2025 | Lindsay C. Harrison | Partner | Emailed C. Flack and worked on draft motion to enforce settlement. | 0.20 | $238.00 |
| 05/29/2025 | Lindsay C. Harrison | Partner | Reviewed negotiating documents re settlement agreement. | 1.50 | $1,785.00 |
| 06/03/2025 | Lindsay C. Harrison | Partner | Worked on motion to enforce. | 2.20 | $2,618.00 |
| 06/04/2025 | Lindsay C. Harrison | Partner | Worked on motion to enforce settlement agreement and reviewed related correspondence. | 1.50 | $1,785.00 |
| 06/05/2025 | Lindsay C. Harrison | Partner | Worked on motion to enforce and reviewed and analyzed comments and edits re same from P. Lambert, D. Rochkind, C. Flack. | 3.30 | $3,927.00 |
| 06/05/2025 | Lindsay C. Harrison | Partner | Call with C. Flack, P. Lambert re motion to enforce. | 0.50 | $595.00 |
| 06/06/2025 | Lindsay C. Harrison | Partner | Drafted Flack Declaration and incorporated edits to motion to enforce settlement agreement. | 2.50 | $2,975.00 |
| 06/06/2025 | Lindsay C. Harrison | Partner | Reviewed documents from D. Rochkind reflecting correspondence with licensees and subtenants. | 0.70 | $833.00 |

| Date | Timekeeper | Position | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 06/07/2025 | Lindsay C. Harrison | Partner | Further revised declaration and motion to enforce and sent to C. Flack, P. Lambert. | 1.30 | $1,547.00 |
| 06/08/2025 | Lindsay C. Harrison | Partner | Drafted sealing motion and revised declaration. | 0.50 | $595.00 |
| 06/08/2025 | Lindsay C. Harrison | Partner | Reviewed redline edits from C. Flack to motion to enforce. | 0.30 | $357.00 |
| 06/09/2025 | Lindsay C. Harrison | Partner | Continued to work on motion to enforce and C. Flack declaration and incorporated additional edits from P. Lambert, C. Flack, D. Rochkind. | 2.60 | $3,094.00 |
| 06/10/2025 | Lindsay C. Harrison | Partner | Worked to finalize motion to file under seal, motion to enforce, C. Flack declaration, and exhibits and oversaw filing of same. | 1.50 | $1,785.00 |
| 06/10/2025 | Lindsay C. Harrison | Partner | Reviewed USI's motion to enforce settlement agreement and Rebibo declaration and exhibits. | 2.50 | $2,975.00 |
| 06/11/2025 | Lindsay C. Harrison | Partner | Worked on response to USI motion to enforce settlement. | 1.40 | $1,666.00 |
| 06/13/2025 | Lindsay C. Harrison | Partner | Worked on reply brief re motion to enforce. | 1.50 | $1,785.00 |
| 06/14/2025 | Lindsay C. Harrison | Partner | Researched and drafted response to USI motion to enforce and sent to C. Flack, P. Lambert. | 3.70 | $4,403.00 |
| 06/17/2025 | Lindsay C. Harrison | Partner | Reviewed edits from C. Flack, P. Lambert and D. Rochkind, incorporated, and further revised and finalized motion for leave to file under seal and reply brief. | 3.70 | $4,403.00 |
| 06/17/2025 | Lindsay C. Harrison | Partner | Read reply brief and declarations from USI on motion to enforce. | 1.50 | $1,785.00 |
| 06/17/2025 | Lindsay C. Harrison | Partner | Corresponded with F. McDowell and docketing re filings. | 0.30 | $357.00 |
| 06/18/2025 | Lindsay C. Harrison | Partner | Correspondence re timeline on negotiations and declarations. | 0.30 | $357.00 |
| 06/19/2025 | Lindsay C. Harrison | Partner | Corresponded with P. Lambert re discussion with client and USI declarations. | 0.20 | $238.00 |
| 06/20/2025 | Lindsay C. Harrison | Partner | Met with C. Flack, P. Lambert re motion to enforce. | 0.50 | $595.00 |
| 06/22/2025 | Lindsay C. Harrison | Partner | Reviewed and revised declarations and reviewed edits to both and to motion. | 1.20 | $1,428.00 |
| 06/23/2025 | Lindsay C. Harrison | Partner | Worked on declarations and drafted motion for leave to file declarations. | 1.30 | $1,547.00 |
| 06/23/2025 | Lindsay C. Harrison | Partner | Corresponded with P. Lambert, C. Flack re declarations and motion for leave to file. | 0.60 | $714.00 |
| 06/24/2025 | Lindsay C. Harrison | Partner | Finalized motion for leave to file declarations. | 0.80 | $952.00 |
| 06/24/2025 | Lindsay C. Harrison | Partner | Corresponded with P. Kiernan, C. Flack, P. Lambert re motion for leave to file declarations. | 0.40 | $476.00 |
| 06/24/2025 | Lindsay C. Harrison | Partner | Confirmed no need to file motion and declarations under seal. | 0.20 | $238.00 |
| 08/12/2025 | Lindsay C. Harrison | Partner | Corresponded with C. Flack, P. Lambert re potential third-party lawsuit against USI/Rexmark. | 0.20 | $238.00 |
| 09/08/2025 | Lindsay C. Harrison | Partner | Emailed C. Flack re New Tradition lawsuit and financial writedowns issue. | 0.20 | $238.00 |
| 09/11/2025 | Lindsay C. Harrison | Partner | Corresponded re Chipotle. | 0.30 | $357.00 |
| 09/12/2025 | Lindsay C. Harrison | Partner | Spoke with S. Gant re Chipotle. | 0.30 | $357.00 |
| 09/12/2025 | Lindsay C. Harrison | Partner | Spoke with C. Flack re Chipotle. | 0.20 | $238.00 |
| 09/12/2025 | Lindsay C. Harrison | Partner | Emailed C. Flack and P. Lambert re Chipotle. | 0.10 | $119.00 |
| 09/12/2025 | Lindsay C. Harrison | Partner | Reviewed filing by Chipotle. | 0.50 | $595.00 |
| 09/15/2025 | Lindsay C. Harrison | Partner | Discussed confidentiality obligations re settlement agreement with A. Trepp. | 0.20 | $238.00 |
| 09/15/2025 | Lindsay C. Harrison | Partner | Analyzed and worked on response to Chipotle motion. | 1.00 | $1,190.00 |

| Date | Timekeeper | Position | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 09/16/2025 | Lindsay C. Harrison | Partner | Spoke to P. Kiernan re Chipotle. | 0.30 | $357.00 |
| 09/17/2025 | Lindsay C. Harrison | Partner | Reviewed Rexmark opposition to Chipotle motion and correspondence re same. | 1.00 | $1,190.00 |
| 09/17/2025 | Lindsay C. Harrison | Partner | Drafted response to Chipotle motion and related correspondence with Amtrak. | 1.00 | $1,190.00 |
| 09/18/2025 | Lindsay C. Harrison | Partner | Corresponded with D. Rochkind, C. Flack re Chipotle motion. | 0.40 | $476.00 |
| 09/19/2025 | Lindsay C. Harrison | Partner | Finalized response to Chipotle motion. | 0.50 | $595.00 |
| 10/15/2025 | Lindsay C. Harrison | Partner | Emailed with F. McDowell re redactions. | 0.30 | $405.00 |
| 10/16/2025 | Lindsay C. Harrison | Partner | Corresponded with F. McDowell, P. Kiernan re redactions. | 0.70 | $945.00 |
| 10/17/2025 | Lindsay C. Harrison | Partner | Corresponded with P. Kiernan re redactions. | 0.20 | $270.00 |
| 10/17/2025 | Lindsay C. Harrison | Partner | Reviewed redactions to settlement documents and corresponded with F. McDowell re same. | 1.00 | $1,350.00 |
| 10/17/2025 | Lindsay C. Harrison | Partner | Reviewed motion by New Traditions. | 0.30 | $405.00 |
| 10/21/2025 | Lindsay C. Harrison | Partner | Corresponded with P. Kiernan re redactions and filing. | 0.20 | $270.00 |
| 10/22/2025 | Lindsay C. Harrison | Partner | Reviewed redacted versions of sealed filings and prepared for filing. | 1.00 | $1,350.00 |
| 10/23/2025 | Lindsay C. Harrison | Partner | Met with Deborah Rochkind and Chris Flack to discuss strategy. | 0.50 | $675.00 |
| **Jessica Ring Amunson | Partner | $1,028/hr** | | | **5.90** | **$6,451.60** |
| 04/28/2025 | Jessica Ring Amunson | Partner | Reviewed materials re settlement dispute and responded to L. Harrison re same. | 0.50 | $514.00 |
| 05/02/2025 | Jessica Ring Amunson | Partner | Reviewed issues re settlement dispute. | 0.50 | $514.00 |
| 06/10/2025 | Jessica Ring Amunson | Partner | Reviewed motions re enforcement of settlement agreement. | 0.50 | $514.00 |
| 06/14/2025 | Jessica Ring Amunson | Partner | Reviewed and edited response to Lender motion to enforce settlement and sent same to L. Harrison. | 1.00 | $1,028.00 |
| 06/17/2025 | Jessica Ring Amunson | Partner | Reviewed responses to motion to enforce settlement agreement. | 0.50 | $514.00 |
| 06/24/2025 | Jessica Ring Amunson | Partner | Reviewed motion to file and declarations. | 0.50 | $514.00 |
| 06/26/2025 | Jessica Ring Amunson | Partner | Reviewed opposition to motion to file declarations and conferred re same. | 0.50 | $514.00 |
| 09/12/2025 | Jessica Ring Amunson | Partner | Reviewed filings from Chipotle and conferred re same. | 0.30 | $308.40 |
| 09/17/2025 | Jessica Ring Amunson | Partner | Reviewed Lender opposition to motion for public filing. | 0.20 | $205.60 |
| 09/19/2025 | Jessica Ring Amunson | Partner | Reviewed Amtrak response re motion for public filing. | 0.20 | $205.60 |
| 10/14/2025 | Jessica Ring Amunson | Partner | Reviewed court order on sealing motions. | 0.20 | $270.00 |
| 10/17/2025 | Jessica Ring Amunson | Partner | Reviewed motion to reconsider re unsealing documents and communications re same. | 0.30 | $405.00 |
| 10/22/2025 | Jessica Ring Amunson | Partner | Reviewed revised materials for filing. | 0.50 | $675.00 |
| 10/31/2025 | Jessica Ring Amunson | Partner | Reviewed Lender opposition to motion re unsealing settlement papers. | 0.20 | $270.00 |
| **Alex S. Trepp | Partner | $837/hr** | | | **5.70** | **$4,770.90** |
| 03/26/2025 | Alex S. Trepp | Partner | Analyzed correspondence re rent dispute. | 0.20 | $167.40 |

| Date | Timekeeper | Position | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 03/27/2025 | Alex S. Trepp | Partner | Conferred with L. Harrison re potential declaratory judgment action and strategized re same. | 0.50 | $418.50 |
| 04/02/2025 | Alex S. Trepp | Partner | Directed preparation of memorandum re potential declaratory judgment action and strategized re same. | 0.50 | $418.50 |
| 04/05/2025 | Alex S. Trepp | Partner | Analyzed settlement agreement. | 0.40 | $334.80 |
| 04/05/2025 | Alex S. Trepp | Partner | Reviewed and revised memorandum re potential Declaratory Judgment Action. | 2.00 | $1,674.00 |
| 04/05/2025 | Alex S. Trepp | Partner | Completed supplemental legal research for memorandum re Declaratory Judgment action. | 0.80 | $669.60 |
| 09/15/2025 | Alex S. Trepp | Partner | Analyzed Chipotle motion for access to settlement agreement and strategized re response to same. | 0.50 | $418.50 |
| 09/15/2025 | Alex S. Trepp | Partner | Analyzed settlement agreement. | 0.80 | $669.60 |
| *Tanner J. Lockhead | Associate | $539/hr* | | *7.10* | *$3,826.90* |
| 04/02/2025 | Tanner J. Lockhead | Associate | Conferred with A. Trepp re legal issue re potential declaratory judgment action in the U.S. District Court for the District of Columbia re Amtrak's settlement agreement with Lender in the Union Station eminent domain litigation. | 0.40 | $215.60 |
| 04/03/2025 | Tanner J. Lockhead | Associate | Researched legal standard and likelihood of success of potential action under the Declaratory Judgments Act in the U.S. District Court for the District of Columbia, and outlined memo re same. | 2.30 | $1,239.70 |
| 04/03/2025 | Tanner J. Lockhead | Associate | Drafted and finalized memo re potential action under the Declaratory Judgment Act related to Amtrak's settlement agreement with Lender, and shared analysis with A. Trepp. | 2.70 | $1,455.30 |
| 04/29/2025 | Tanner J. Lockhead | Associate | Researched and drafted motion to file materials under seal, including the confidential settlement agreement and related correspondence, and shared same with L. Harrison. | 1.70 | $916.30 |
| *Fallon P. McDowell | Paralegal | $465/hr* | | *10.90* | *$4,238.50* |
| 05/02/2025 | Fallon P. McDowell | Paralegal | Drafted proposed order, finalized requests and exhibits for filing and coordinated with docketing. | 1.80 | $657.00 |
| 06/10/2025 | Fallon P. McDowell | Paralegal | Finalized motions and exhibits for filing and coordinated filing logistics. | 3.50 | $1,277.50 |
| 06/17/2025 | Fallon P. McDowell | Paralegal | Proofed and finalized filings and coordinated with docketing. | 1.70 | $620.50 |
| 06/24/2025 | Fallon P. McDowell | Paralegal | Finalized motion and filings per attorney request and coordinated with docketing re same. | 1.00 | $365.00 |
| 09/19/2025 | Fallon P. McDowell | Paralegal | Finalized and coordinated filing with docketing. | 0.30 | $109.50 |
| 10/16/2025 | Fallon P. McDowell | Paralegal | Prepared redactions for attorney review. | 1.50 | $697.50 |
| 10/17/2025 | Fallon P. McDowell | Paralegal | Prepared exhibit for filing and reviewed briefs for citations. | 0.70 | $325.50 |
| 10/22/2025 | Fallon P. McDowell | Paralegal | Drafted notice, finalized materials, and coordinated filing with Docketing. | 0.40 | $186.00 |
| *Cheryl L. Olson | Paralegal | $429/hr* | | *1.80* | *$772.20* |
| 06/10/2025 | Cheryl L. Olson | Paralegal | Cite checked motion to enforce settlement agreement. | 1.80 | $772.20 |
| | | | **TOTAL – ATTORNEY FEES** | 90.20 | $90,704.10 |