# EXHIBIT A

**EXHIBIT A**

**Time and Billing Records – Pessin Katz Law, P.A.**

*National Railroad Passenger Corporation (Amtrak) v. Sublease Interest, et al.  |  Case No. 22-cv-01043 (APM)*

*Enforcement Action Fees and Costs  |  Matter No. 008614.037*

| ATTORNEY AND PROFESSIONAL STAFF TIME | | | | | |
|---|---|---|---|---|---|
| **Date** | **Timekeeper** | **Position** | **Description of Work Performed** | **Hours** | **Amount** |
| 05/01/2025 | Patricia Lambert | Attorney | Review of L. Harrison and C. Flack email regarding motion to stay and status request. | 0.20 | $82.50 |
| 05/01/2025 | Patricia Lambert | Attorney | Email with L. Harrison and C. Flack as to motion on settlement. | 0.20 | $82.50 |
| 05/02/2025 | Patricia Lambert | Attorney | Emails from L. Harrison and C. Flack as to motion for Judge Mehta. | 0.20 | $82.50 |
| 05/02/2025 | Patricia Lambert | Attorney | Emails with C. Flack as to PAL recent letter and provisions at issue. | 0.20 | $82.50 |
| 05/02/2025 | Patricia Lambert | Attorney | Review pleading filed on issues to Judge Mehta. | 0.10 | $41.25 |
| 05/05/2025 | Patricia Lambert | Attorney | Review of emails regarding hearing of Judge Mehta. | 0.20 | $82.50 |
| 05/06/2025 | Patricia Lambert | Attorney | Email with C. Flack and L. Harrison as to hearing before Judge Mehta. | 0.20 | $82.50 |
| 05/06/2025 | Patricia Lambert | Attorney | Email from Paul Kiernan regarding hearing. | 0.10 | $41.25 |
| 05/06/2025 | Patricia Lambert | Attorney | Consider trial issues of misdirected payments. | 0.40 | $165.00 |
| 05/06/2025 | Patricia Lambert | Attorney | Email to L. Harrison regarding strategy for hearing. | 0.10 | $41.25 |
| 05/06/2025 | Patricia Lambert | Attorney | Email with history of negotiations for L. Harrison with chart. | 0.30 | $123.75 |
| 05/06/2025 | Patricia Lambert | Attorney | Email to L. Harrison regarding connecting with P. Kiernan. | 0.10 | $41.25 |
| 05/06/2025 | Patricia Lambert | Attorney | Email to L. Harrison regarding timing of hearing and scope. | 0.20 | $82.50 |
| 05/06/2025 | Patricia Lambert | Attorney | Review L. Harrison email to P. Kiernan as to issues on hearing. | 0.10 | $41.25 |
| 05/12/2025 | Patricia Lambert | Attorney | Consider rent issues for L. Harrison argument. | 0.40 | $165.00 |
| 05/12/2025 | Patricia Lambert | Attorney | Email to L. Harrison and C. Flack regarding hearing change. | 0.10 | $41.25 |
| 05/12/2025 | Patricia Lambert | Attorney | Email from Mehta court and consider request. | 0.10 | $41.25 |
| 05/13/2025 | Patricia Lambert | Attorney | Emails from court regarding hearing and provide input to C. Flack. | 0.20 | $82.50 |
| 05/13/2025 | Patricia Lambert | Attorney | Email to C. Flack and L. Harrison regarding call with LT. | 0.20 | $82.50 |
| 05/13/2025 | Patricia Lambert | Attorney | Review of court hearing notice. | 0.10 | $41.25 |
| 05/19/2025 | Patricia Lambert | Attorney | Review L. Harrison and C. Flack emails regarding hearing. | 0.20 | $82.50 |
| 05/20/2025 | Patricia Lambert | Attorney | Preparation for call with C. Flack as to misdirected payment hearing. | 0.70 | $288.75 |
| 05/20/2025 | Patricia Lambert | Attorney | Participate in conference call with C. Flack and L. Harrison re issues relating to hearing on misdirected payment. | 0.70 | $288.75 |
| 05/27/2025 | Patricia Lambert | Attorney | Preparation for hearing. | 2.00 | $825.00 |
| 05/27/2025 | Patricia Lambert | Attorney | Attend hearing. | 1.00 | $412.50 |
| 05/27/2025 | Patricia Lambert | Attorney | Conference with client and L. Harrison regarding hearing. | 0.60 | $247.50 |

| Date | Timekeeper | Position | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 05/28/2025 | Patricia Lambert | Attorney | Email L. Harrison re negotiation of materials. | 0.90 | $371.25 |
| 05/30/2025 | Patricia Lambert | Attorney | Review of spreadsheet of charges and additional information. | 0.30 | $123.75 |
| 05/30/2025 | Patricia Lambert | Attorney | Email to Flack as to the type of claims. | 0.30 | $123.75 |
| 05/30/2025 | Patricia Lambert | Attorney | Review of Flack emails as to amounts owed and response to same. | 0.30 | $123.75 |
| 05/30/2025 | Patricia Lambert | Attorney | Review further emails with Flack and analysis of information and respond. | 0.20 | $82.50 |
| 06/03/2025 | Patricia Lambert | Attorney | Prepare for and conference with DR and CF as to misdirected payments. | 1.00 | $412.50 |
| 06/03/2025 | Patricia Lambert | Attorney | Draft email to L. Harrison as to misdirected payments. | 0.60 | $247.50 |
| 06/05/2025 | Patricia Lambert | Attorney | Review of various emails L. Harrison and C. Flack as to memo on misdirected payments. | 0.30 | $123.75 |
| 06/05/2025 | Patricia Lambert | Attorney | Review CF and DR emails regarding memo issue. | 0.30 | $123.75 |
| 06/05/2025 | Patricia Lambert | Attorney | Teleconference with C. Flack and L. Harrison as to WUS memorandum issues. | 0.50 | $206.25 |
| 06/05/2025 | Patricia Lambert | Attorney | Revisions to L. Harrison memo. | 1.70 | $701.25 |
| 06/07/2025 | Patricia Lambert | Attorney | Revision to memo to enforce. | 1.60 | $660.00 |
| 06/09/2025 | Patricia Lambert | Attorney | Revision to declaration for C. Flack. | 0.30 | $123.75 |
| 06/10/2025 | Patricia Lambert | Attorney | Brief review of final motion on misdirection. | 0.40 | $165.00 |
| 06/10/2025 | Patricia Lambert | Attorney | Review of other side brief. | 0.20 | $82.50 |
| 06/11/2025 | Patricia Lambert | Attorney | Review and annotate issues with defendants Motion to Enforce. | 1.50 | $618.75 |
| 06/11/2025 | Patricia Lambert | Attorney | Research on eminent domain and counterclaims at request of Lindsay Harrison. | 1.50 | $618.75 |
| 06/11/2025 | Patricia Lambert | Attorney | Research as to Rule 71.1, answer and counterclaim. | 0.80 | $330.00 |
| 06/15/2025 | Patricia Lambert | Attorney | Work on reply motion including research as to issues and cases. | 2.10 | $866.25 |
| 06/16/2025 | Patricia Lambert | Attorney | Review of C. Flack emails and edits. | 0.50 | $206.25 |
| 06/17/2025 | Patricia Lambert | Attorney | Email from C. Flack as to various issues on reply. | 0.20 | $82.50 |
| 06/17/2025 | Patricia Lambert | Attorney | Work on laws and research regarding reply. | 1.10 | $453.75 |
| 06/17/2025 | Patricia Lambert | Attorney | Draft edits to reply. | 0.30 | $123.75 |
| 06/17/2025 | Patricia Lambert | Attorney | Review C. Flack's edits, and review additional. | 0.30 | $123.75 |
| 06/18/2025 | Patricia Lambert | Attorney | Review of emails C. Flack and L. Harrison regarding reply. | 0.30 | $123.75 |
| 06/18/2025 | Patricia Lambert | Attorney | Respond to C. Flack email regarding topic for meeting on Friday. | 0.10 | $41.25 |
| 06/18/2025 | Patricia Lambert | Attorney | Brief review of other side's pleading. | 0.40 | $165.00 |
| 06/18/2025 | Patricia Lambert | Attorney | Research regarding Louis involvement with Rebibo in negotiations. | 1.10 | $453.75 |
| 06/18/2025 | Patricia Lambert | Attorney | Email to C. Flack as to motion exhibit review. | 0.20 | $82.50 |

| Date | Timekeeper | Position | Description of Work Performed | Hours | Amount |
|------|-----------|----------|------------------------------|-------|--------|
| 06/18/2025 | Patricia Lambert | Attorney | Call with Louis as to strategy. | 0.20 | $82.50 |
| 06/18/2025 | Patricia Lambert | Attorney | Review of affidavits and exhibits to defense reply. | 0.80 | $330.00 |
| 06/18/2025 | Patricia Lambert | Attorney | Review C. Flack negotiation emails. | 0.80 | $330.00 |
| 06/19/2025 | Patricia Lambert | Attorney | Prepare for and teleconference with Louis. | 1.20 | $495.00 |
| 06/20/2025 | Patricia Lambert | Attorney | Email from and to C. Flack regarding Louis conversation. | 0.20 | $82.50 |
| 06/20/2025 | Patricia Lambert | Attorney | Review of Rebibo affidavit and draft email to C. Flack and L. Harrison regarding our call. | 0.90 | $371.25 |
| 06/20/2025 | Patricia Lambert | Attorney | Review of Louis and Rebibo information prior to strategy call. | 0.50 | $206.25 |
| 06/20/2025 | Patricia Lambert | Attorney | Draft LW Declaration. | 1.60 | $660.00 |
| 06/20/2025 | Patricia Lambert | Attorney | Consider motion and C. Flack affidavit information and points to draft. | 1.10 | $453.75 |
| 06/22/2025 | Patricia Lambert | Attorney | Review of L. Harrison motion to add affidavit. | 0.30 | $123.75 |
| 06/22/2025 | Patricia Lambert | Attorney | Draft C. Flack affidavit. | 1.70 | $701.25 |
| 06/23/2025 | Patricia Lambert | Attorney | Email to Louis regarding affidavit. | 0.20 | $82.50 |
| 06/23/2025 | Patricia Lambert | Attorney | Email to and from C. Flack regarding affidavit. | 0.10 | $41.25 |
| 06/23/2025 | Patricia Lambert | Attorney | Another email to and from Louis regarding same. | 0.10 | $41.25 |
| 06/23/2025 | Patricia Lambert | Attorney | Emails with L. Harrison and Louis regarding his affidavit. | 0.20 | $82.50 |
| 06/23/2025 | Patricia Lambert | Attorney | Review history of chrono to respond to C. Flack question. | 0.50 | $206.25 |
| 06/23/2025 | Patricia Lambert | Attorney | Email from and to Louis regarding his affidavit. | 0.10 | $41.25 |
| 06/23/2025 | Patricia Lambert | Attorney | Review of L. Harrison emails as to revisions. | 0.20 | $82.50 |
| 06/23/2025 | Patricia Lambert | Attorney | Teleconference with C. Flack regarding his affidavit. | 0.10 | $41.25 |
| 06/23/2025 | Patricia Lambert | Attorney | Edits to Louis and C. Flack declarations, and send all to C. Flack. | 0.30 | $123.75 |
| 06/23/2025 | Patricia Lambert | Attorney | Work on C. Flack and L Supplement. | 0.40 | $165.00 |
| 06/23/2025 | Patricia Lambert | Attorney | Review revisions to C. Flack affidavit to deal with P. Kiernan after researching same. | 0.70 | $288.75 |
| 06/23/2025 | Patricia Lambert | Attorney | Review and revision of C. Flack language. | 0.50 | $206.25 |
| 06/23/2025 | Patricia Lambert | Attorney | Review of C. Flack updated declaration and make edits after review of timeline. | 0.40 | $165.00 |
| 06/24/2025 | Patricia Lambert | Attorney | Review of emails from L. Harrison and C. Flack and Gretchen as to declaration. | 0.20 | $82.50 |
| 06/24/2025 | Patricia Lambert | Attorney | Review of Louis declaration. | 0.20 | $82.50 |
| 06/24/2025 | Patricia Lambert | Attorney | Review of Fallon email and final pleading for conformance and filing. | 0.20 | $82.50 |
| 06/24/2025 | Patricia Lambert | Attorney | Review of L. Harrison emails and further revisions. | 0.20 | $82.50 |
| 06/26/2025 | Patricia Lambert | Attorney | Email to C. Flack regarding same with thoughts as to reply. | 0.10 | $41.25 |

| Date | Timekeeper | Position | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 06/26/2025 | Patricia Lambert | Attorney | Teleconference with Paul Kiernan regarding settlement. | 0.20 | $82.50 |
| 06/26/2025 | Patricia Lambert | Attorney | Email to C. Flack regarding same. | 0.10 | $41.25 |
| 06/26/2025 | Patricia Lambert | Attorney | Review of Opposition to Motion for Leave filed by Rebibo. | 0.20 | $82.50 |
| 06/26/2025 | Patricia Lambert | Attorney | Three emails from C. Flack about Rebibo and motion and case. | 0.20 | $82.50 |
| 07/02/2025 | Patricia Lambert | Attorney | Email from C. Flack regarding non-disparagement language and respond after reviewing same. | 0.30 | $123.75 |
| 07/21/2025 | Patricia Lambert | Attorney | Review mediation emails from mediator and L. Harrison team. | 0.10 | $41.25 |
| 07/21/2025 | Patricia Lambert | Attorney | Email from L. Harrison regarding same and reach out to Tom. | 0.10 | $41.25 |
| 02/24/2026 | Patricia Lambert | Attorney | Consider Judge Mehta opinion on motion to enforce. | 0.20 | $82.50 |
| 02/24/2026 | Patricia Lambert | Attorney | Analysis of settlement agreement to determine other side's restriction on appeal. | 0.20 | $82.50 |
| 02/24/2026 | Patricia Lambert | Attorney | Email to Flack as to possible limitation on appeal issues. | 0.10 | $41.25 |
| 02/24/2026 | Patricia Lambert | Attorney | Evaluate Mehta second order as to new traditions/disclosure of records/exhibits. | 0.10 | $41.25 |
| 02/24/2026 | Patricia Lambert | Attorney | Consider Flack email as to appeal issues. | 0.10 | $41.25 |
| 02/25/2026 | Patricia Lambert | Attorney | Consider Flack email regarding tenants requesting Rexmark to return monies. | 0.20 | $82.50 |
| 02/25/2026 | Patricia Lambert | Attorney | Consider emails of Flack and LH regarding collection of rent issues. | 0.20 | $82.50 |
| | | | **SUBTOTAL – ATTORNEY FEES** | **44.50** | **$18,356.25** |

| COSTS | | | | | |
|---|---|---|---|---|---|
| **Date** | | | **Description** | | **Amount** |
| 06/09/2025 | | | Transcript fee – May 27, 2025 hearing (William Zaremba, #21CL0013) | | $229.25 |
| | | | **SUBTOTAL – COSTS** | | **$229.25** |

| | |
|---|---|
| **TOTAL FEES AND COSTS – PESSIN KATZ LAW, P.A.** | **$18,585.50** |