**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), | |
| Plaintiff, | Case No. 22-cv-01043 (APM) |
| v. | |
| SUBLEASE INTEREST OBTAINED PURSUANT TO AN ASSIGNMENT AND ASSUMPTION OF LEASEHOLD INTEREST MADE AS OF JANUARY 25, 2007, et al., | |
| Defendants. | |

**PLAINTIFF AMTRAK'S NOTICE OF WITHDRAWAL OF MOTION FOR
ATTORNEYS' FEES, COSTS, AND EXPENSES**

Plaintiff National Railroad Passenger Corporation ("Amtrak") respectfully withdraws its

Motion for Attorneys' Fees (ECF 220).

Dated: June 1, 2026

Respectfully submitted,

COUNSEL FOR PLAINTIFF NATIONAL
RAILROAD PASSENGER CORPORATION

*/s/ Lindsay Harrison*
Lindsay C. Harrison, DC Bar #977407
Jessica Ring Amunson, DC Bar #497223
JENNER & BLOCK, LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001-4412
Telephone: 202-639-6000
Fax: 202-639-6066
lharrison@jenner.com
jamunson@jenner.com

*/s/ Patricia McHugh Lambert*

Patricia McHugh Lambert, US DC Bar ID MD0008
Kambon R. Williams, US DC Bar ID MD29872
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, MD 21204
Telephone: 410-938-8800
Fax: 410-832-5650
plambert@pklaw.com
kwilliams@pklaw.com